| | |
|---|---|
| J. DAVID HADDEN (CSB No. 176148)<br>dhadden@fenwick.com<br>RAVI R. RANGANATH (CSB No. 272981)<br>rranganath@fenwick.com<br>CHIEH TUNG (CSB No. 318963)<br>ctung@fenwick.com<br>FENWICK & WEST LLP<br>SILICON VALLEY CENTER<br>801 CALIFORNIA STREET<br>MOUNTAIN VIEW, CA  94041<br>TELEPHONE:         650.988.8500<br>FACSIMILE: 650.938.5200<br><br>Attorneys for LIVECHAT, INC. | MICHAEL A. SHERMAN (SBN 94783)<br>masherman@stubbsalderton.com<br>JEFFREY F. GERSH (SBN 87124)<br>jgersh@stubbsalderton.com<br>SANDEEP SETH (SBN 195914)<br>sseth@ stubbsalderton.com<br>WESLEY W. MONROE (SBN 149211)<br>wmonroe@stubbsalderton.com<br>VIVIANA B. HEDRICK (SBN 239359)<br>vhedrick@stubbsalderton.com<br>STUBBS ALDERTON MARKILES, LLP<br>15260 Ventura Boulevard, 20TH Floor<br>Sherman Oaks, CA  91403<br>Telephone:     (818) 444-4500<br>Facsimile:     (818) 444-4520<br><br>ATTORNEYS FOR PERSONALWEB<br>TECHNOLOGIES, LLC<br><br> DAVID D. WIER<br>david.wier@level3.com<br>Assistant General Counsel<br>1025 Eldorado Boulevard<br>Broomfield, CO  80021<br>Telephone:     (720) 888-3539<br><br>ATTORNEY FOR LEVEL 3<br>COMMUNICATIONS, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: PERSONAL WEB TECHNOLOGIES, LLC ET AL. | Case No. 5:18-md-02834-BLF |
| PERSONALWEB TECHNOLOGIES LLC and LEVEL 3 COMMUNICATIONS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LIVECHAT SOFTWARE SA and LIVECHAT, INC.,<br><br>Defendants. | Case No.: 5:18-cv-03461-BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |

JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

CASE NO.: 5:18-cv-03461-BLF

Pursuant to Civil L.R. 6-1 and 6-2, plaintiffs PersonalWeb Technologies, LLC and Level 3 Communications, LLC (collectively "PersonalWeb") and defendants LiveChat Software SA and LiveChat, Inc. hereby stipulate and recite as follows:

WHEREAS, on January 24, 2018, PersonalWeb filed a Complaint (Dkt. No. 1) for patent infringement naming LiveChat, Inc. and LiveChat Software SA as defendants;

WHEREAS, on February 20, 2018, Amazon.com, Inc. and Amazon Web Services, Inc. (collectively "Amazon") filed a motion for preliminary injunction to enjoin this case and other similar patent infringement lawsuits that PersonalWeb filed against other website operators (Dkt. No. 15; *Amazon.com, Inc. et al. v. PersonalWeb Tech., LLC et al.*, Case No. 5:18-cv-00767-BLF (N.D. Cal.));

WHEREAS, on March 6, 2018, LiveChat, Inc. executed a waiver of service (Dkt. No. 6), setting LiveChat, Inc.'s deadline to answer or otherwise respond to the Complaint to April 9, 2018;

WHEREAS, on March 22, 2018, PersonalWeb and LiveChat, Inc. filed a stipulation (Dkt. No. 10) to extend the time for LiveChat, Inc. to answer or otherwise respond to the Complaint to June 15, 2018 and the Court granted that stipulation on March 23, 2018;

WHEREAS, on April 3, 2018, LiveChat, Inc. filed a motion to stay this case (Dkt. No. 11) pending resolution of Amazon's DJ action and that motion is fully briefed;

WHEREAS, on April 13, 2018, PersonalWeb filed a motion to dismiss Amazon's First Amended Complaint in the Amazon DJ action (Dkt. No. 43; *Amazon.com, Inc. et al. v. PersonalWeb Tech., LLC et al.*, Case No. 5:18-cv-00767-BLF (N.D. Cal.));

WHEREAS, on April 27, 2018, this Court held a hearing on Amazon's preliminary injunction motion and motions to stay in fourteen suits PersonalWeb filed against website operators;

WHEREAS, at the April 27, 2018 hearing, the parties agreed to a stay of fourteen actions against other website operators until the June 7, 2018 hearing on PersonalWeb's motion to dismiss Amazon's First Amended Complaint (*Amazon.com, Inc. et al. v. PersonalWeb Tech., LLC et al.*, Case No. 5:18-cv-00767-BLF (N.D. Cal.));

WHEREAS, on May 11, 2018, PersonalWeb withdrew its motions to dismiss Amazon's

First Amended Complaint (Dkt. No. 59; *Amazon.com, Inc. et al. v. PersonalWeb Tech., LLC et al.*, Case No. 5:18-cv-00767-BLF (N.D. Cal.)), and the June 7, 2018 hearing was taken off calendar;

WHEREAS, on June 6, 2018, the Chair of the Panel on Multidistrict Litigation granted PersonalWeb's motion to centralize pretrial proceedings and ordered the transfer of this case from the District of Delaware to the Northern District of California (Dkt. No. 38, *In re PersonalWeb Technologies, LLC et al.* (MDL No. 2834); Dkt. No. 19, *Personal Web Technologies v. LiveChat Software SA et al*, Case No. 1:18-cv-00135-GMS (D. Del)).

WHEREAS, LiveChat, Inc.'s motion to stay this case remains pending;

WHEREAS, LiveChat, Inc. has requested, and PersonalWeb has agreed to, an extension of time up to and including August 16, 2018, for LiveChat, Inc. to file an answer or otherwise respond to PersonalWeb's Complaint (Dkt. No. 1);

WHEREAS, the parties may consider an additional extension of the deadline for LiveChat, Inc. to file an answer or otherwise respond to the Complaint if the Court has not yet issued an order on LiveChat, Inc.'s motion to stay (Dkt. No. 11) as of August 2, 2018;

WHEREAS, the parties do not expect that this change will impact any other dates already fixed by Court Order;

THE PARTIES HEREBY STIPULATE and jointly request that LiveChat, Inc. shall have up to and including August 16, 2018 to submit an answer or otherwise respond to PersonalWeb's Complaint (Dkt. No. 1).

Respectfully submitted,

Dated:   June 14, 2018          FENWICK & WEST LLP

By: */s/ J. David Hadden*
    J. David Hadden
    Attorneys for Defendant
    LIVECHAT, INC.

| | | |
|---|---|---|
| 1 | Dated: June 14, 2018 | STUBBS ALDERTON MARKILES, LLP |
| 2 | | |
| 3 | | By: */s/ Michael A. Sherman* |
| | | Michael A. Sherman |
| 4 | | Attorneys for Plaintiff |
| | | PERSONALWEB TECHNOLOGIES, LLC |
| 5 | | |
| 6 | Dated: June 14, 2018 | DAVID D. WIER |
| 7 | | |
| 8 | | By: */s/David D. Wier* |
| | | David D. Wier |
| 9 | | Attorneys for Plaintiff |
| | | LEVEL 3 COMMUNICATIONS, LLC |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____                 _____
Honorable Beth Labson Freeman
United States District Judge

**ATTESTATION**

Counsel for LiveChat, Inc. hereby attests by his signature below that concurrence in the filing of this document was obtained from counsel for PersonalWeb and Level 3.

Dated: June 14, 2018                              FENWICK & WEST LLP

*/s/ J. David Hadden*
J. David Hadden
Attorney for Defendant
LIVECHAT, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
BOISE