| | |
|---|---|
| Robert F. McCauley (SBN 162056)<br>robert.mccauley@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>3300 Hillview Avenue<br>Palo Alto, California 94304<br>Telephone:    (650) 849-6600<br>Facsimile:     (650) 849-6666<br><br>C. Gregory Gramenopoulos (*pro hac vice*)<br>c.gregory.gramenopoulos@finnegan.com<br>Christopher C. Johns (*pro hac vice*)<br>christopher.johns@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>901 New York Avenue NW<br>Washington, DC 20001-4413<br>Telephone:    (202) 408-4000<br>Facsimile:     (202) 408-4400<br><br>Attorneys for Defendant<br>CAPTERRA, INC. | MICHAEL A. SHERMAN (SBN 94783)<br>masherman@stubbsalderton.com<br>JEFFREY F. GERSH (SBN 87124)<br>jgersh@stubbsalderton.com<br>SANDEEP SETH (SBN 195914)<br>sseth@stubbsalderton.com<br>WESLEY W. MONROE (SBN 149211)<br>wmonroe@stubbsalderton.com<br>VIVIANA B. HEDRICK (SBN 239359)<br>vhedrick@stubbsalderton.com<br>STUBBS ALDERTON MARKILES, LLP<br>15260 Ventura Boulevard, 20TH Floor<br>Sherman Oaks, CA  91403<br>Telephone:    (818) 444-4500<br>Facsimile:     (818) 444-4520<br><br>THEODORE S. MACEIKO (SBN 150211)<br>ted@maceikoip.com<br>MACEIKO IP<br>420 2nd Street<br>Manhattan Beach, CA  90266<br>Telephone:    (310) 545-3311<br>Facsimile:     (310) 545-3344<br><br>ATTORNEYS FOR PERSONALWEB<br>TECHNOLOGIES, LLC<br><br>DAVID D. WIER (*PRO HAC VICE*)<br>david.wier@level3.com<br>Assistant General Counsel<br>1025 Eldorado Boulevard<br>Broomfield, CO  80021<br>Telephone:    (720) 888-3539<br><br>ATTORNEY FOR LEVEL 3<br>COMMUNICATIONS, LLC |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PERSONALWEB TECHNOLOGIES, LLC ET AL. | Case No. 5:18-md-02834-BLF |
| PERSONALWEB TECHNOLOGIES, LLC, a Texas limited liability company, and LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company,<br><br>              Plaintiffs,<br><br>           v.<br><br>CAPTERRA, INC., a Delaware corporation,<br><br>              Defendant. | Case No. 5:18-cv-03458<br><br>**JOINT STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT** |

1     Pursuant to Civil L.R. 6-1 and 6-2, plaintiffs PersonalWeb Technologies, LLC and Level 3 Communications, LLC (collectively "PersonalWeb") and defendant Capterra, Inc. ("Capterra") hereby stipulate and recite as follows:

    WHEREAS, on January 24, 2018, PersonalWeb filed a Complaint in the District of Delaware (Dkt. No. 1) for patent infringement naming Capterra as the defendant;

    WHEREAS, on February 20, 2018, Amazon.com, Inc. and Amazon Web Services, Inc. (collectively "Amazon") filed a motion for preliminary injunction to enjoin this case and other similar patent infringement lawsuits that PersonalWeb filed against other website operators (Dkt. No. 15; *Amazon.com, Inc. et al. v. PersonalWeb Tech., LLC et al.*, Case No. 5:18-cv-00767-BLF (N.D. Cal.));

    WHEREAS, on March 26, 2018, PersonalWeb and Capterra filed a stipulation (Dkt. No. 9) to extend the time for Capterra to answer or otherwise respond to the Complaint to June 15, 2018, and the Court granted that stipulation on March 27, 2018;

    WHEREAS, on April 6, 2018, Capterra filed a joinder in motion to stay for this case (Dkt. No. 10) pending resolution of Amazon's DJ action and that motion is fully briefed;

    WHEREAS, on April 13, 2018, PersonalWeb filed a motion to dismiss Amazon's First Amended Complaint in the Amazon DJ action (Dkt. No. 43; *Amazon.com, Inc. et al. v. PersonalWeb Tech., LLC et al.*, Case No. 5:18-cv-00767-BLF (N.D. Cal.));

    WHEREAS, on April 27, 2018, this Court held a hearing on Amazon's preliminary injunction motion and motions to stay in fourteen suits PersonalWeb filed against website operators pending in the Northern District of California;

    WHEREAS, at the April 27, 2018 hearing, the parties agreed to a stay of those fourteen actions against other website operators until the June 7, 2018 hearing on PersonalWeb's motion to dismiss Amazon's First Amended Complaint (*Amazon.com, Inc. et al. v. PersonalWeb Tech., LLC et al.*, Case No. 5:18-cv-00767-BLF (N.D. Cal.));

    WHEREAS, on May 11, 2018, PersonalWeb withdrew its motion to dismiss Amazon's First Amended Complaint (Dkt. No. 59; *Amazon.com, Inc. et al. v. PersonalWeb Tech., LLC et al.*, Case No. 5:18-cv-00767-BLF (N.D. Cal.)), and the June 7, 2018 hearing was taken off calendar;

1   WHEREAS, on May 29, 2018, PersonalWeb filed a First Amended Complaint (Dkt. No. 17)
2   and Capterra's deadline to answer or otherwise respond to that First Amended Complaint is June 15,
3   2018;
4   WHEREAS, on June 6, 2018, the Chair of the Panel on Multidistrict Litigation ordered the
5   transfer of this case from the District of Delaware to this District (Dkt. No. 18);
6   WHEREAS, Capterra's motion to stay this case remains pending;
7   WHEREAS, Capterra has requested, and PersonalWeb has agreed to, an extension of time,
8   up to and including August 16, 2018, for Capterra to file an answer or otherwise respond to
9   PersonalWeb's First Amended Complaint (Dkt. No. 17);
10  WHEREAS, the parties may consider an additional extension of the deadline for Capterra to
11  file an answer or otherwise respond to the First Amended Complaint if the Court has not yet issued
12  an order on Capterra's joinder motion to stay (Dkt. No. 10) as of August 2, 2018;
13  WHEREAS, the parties do not expect that this change will impact any other dates already
14  fixed by Court Order;
15  THE PARTIES HEREBY STIPULATE and jointly request that Capterra shall have up to and
16  including August 16, 2018 to submit an answer or otherwise respond to PersonalWeb's First
17  Amended Complaint (Dkt. No. 17).
18  Respectfully submitted,
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| Dated: June 14, 2018 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| | By:   */s/ Robert F. McCauley* <br>     Robert F. McCauley <br>     Attorneys for Defendant <br>     CAPTERRA, INC |
| Dated: June 14, 2018 | STUBBS ALDERTON MARKILES, LLP |
| | By:   */s/ Michael Sherman* <br>     Michael Sherman <br>     Attorneys for Plaintiff <br>     PERSONALWEB TECHNOLOGIES, LLC |
| Dated: June 14, 2018 | DAVID D. WIER |
| | By:   */s/ David D. Wier* <br>     David D. Wier <br>     Attorneys for Plaintiff <br>     LEVEL 3 COMMUNICATIONS, LLC |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                            Honorable Beth Labson Freeman
                            United States District Judge

### ATTESTATION

Counsel for Capterra hereby attests by his signature below that concurrence in the filing of this document was obtained from counsel for PersonalWeb and Level 3.

| | |
|---|---|
| Dated: June 14, 2018 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| | By:   */s/ Robert F. McCauley* <br>     Robert F. McCauley <br>     Attorneys for Defendant <br>     CAPTERRA, INC. |