UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE: PERSONAL WEB TECHNOLOGIES, LLC ET AL.<br><br>This document relates to: ALL ACTIONS | Case No. 5:18-md-02834-BLF<br><br>**JOINT NOTICE IN RESPONSE TO THE COURT'S JULY 13, 2018 ORDER ON THE PARTIES' STIPULATION (DKT. NO. 26)** |
|---|---|

Pursuant to the Court's July 13, 2018 Order, the parties to this multidistrict litigation have conferred and are available for the preliminary case management conference and a hearing on the pending stay motions (previously noticed for July 19, 2018) on September 20, 2018 at 1:30 p.m.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

JOINT NOTICE IN RESPONSE TO THE COURT'S JULY 13, 2018 ORDER ON THE PARTIES' STIPU-LATION (DKT. NO. 26)          1          CASE NO.: 5:18-md-2834-BLF

Respectfully submitted,

Dated: July 17, 2018

FENWICK & WEST LLP

By: */s/ Ravi R. Ranganath*
    Ravi R. Ranganath
    Attorneys for AMAZON.COM, INC., AMAZON WEB SERVICES, INC., AIRBNB, INC., ATLASSIAN, INC., CLOUD 66, INC., CUREBIT, INC., DOXIMITY, INC., GOLDBELY, INC., GOPRO, INC., LEAP MOTION, INC., MELIAN LABS, INC., QUOTIENT TECHNOLOGY, INC., ROBLOX CORPORATION, SQUARE, INC., STITCHFIX, INC., TEESPRING, INC., TOPHATTER, INC., VEND INC., WEBFLOW, INC., KARMA MOBILITY INC., LIVECHAT SOFTWARE SA, LIVECHAT, INC., MATCH GROUP, LLC, MATCH GROUP INC., WEDDINGWIRE, INC., BDG MEDIA, INC., BITLY, INC., BLUE APRON, LLC, CENTAUR MEDIA USA, INC., E-CONSULTANCY.COM LTD., FAB COMMERCE & DESIGN, INC., FANDUEL INC., FANDUEL LTD., FOOD52, INC., GROUP NINE MEDIA, INC., PANJIVA, INC., SPONGECELL, INC., THRILLIST MEDIA GROUP, INC., ATLAS OBSCURA, INC., and SPOKEO, INC.

Dated: July 17, 2018

STUBBS, ALDERTON & MARKILES, LLP

By: */s/ Jeffrey F. Gersh*
    Jeffrey F. Gersh
    Michael A. Sherman
    Sandeep Seth
    Wesley W. Monroe
    Viviana Boero Hedrick
    Attorneys for Plaintiff
    PERSONALWEB TECHNOLOGIES, LLC

Dated: July 17, 2018

MACEIKO IP

By: */s/ Theodore S. Maceiko*
    Theodore S. Maceiko (SBN 150211)
    ted@maceikoip.com

|     |                           |                                           |
| --- | ------------------------- | ----------------------------------------- |
| 1   |                           | MACEIKO IP                                |
| 2   |                           | 420 2nd Street                            |
|     |                           | Manhattan Beach, California 90266         |
| 3   |                           | Telephone: (310) 545-3311                 |
|     |                           | Facsimile: (310) 545-3344                 |
| 4   |                           | Attorneys for Plaintiff                   |
| 5   |                           | PERSONALWEB TECHNOLOGIES, LLC             |
|     | Dated:  July 17, 2018     | DAVID D. WIER                             |
| 6   |                           |                                           |
| 7   |                           | By: */s/ David D. Wier*                   |
| 8   |                           | DAVID D. WIER (*PRO HAC VICE*)            |
|     |                           | david.wier@level3.com                     |
| 9   |                           | Assistant General Counsel                 |
|     |                           | 1025 Eldorado Boulevard                   |
| 10  |                           | Broomfield, CO  80021                     |
| 11  |                           | Telephone: (720) 888-3539                 |
|     |                           | Attorneys for Plaintiff                   |
| 12  |                           | LEVEL 3 COMMUNICATIONS, LLC               |
| 13  |                           |                                           |
|     | Dated:  July 17, 2018     | ARNOLD & PORTER KAYE SCHOLER LLP          |
| 14  |                           |                                           |
| 15  |                           | By: */s/ Nicholas H. Lee*                 |
|     |                           | Nicholas H. Lee (SBN 259588)              |
| 16  |                           | 777 S. Figueroa Street, 44th Floor        |
| 17  |                           | Los Angeles, CA 90017                     |
|     |                           | Phone: (213) 243-4000                     |
| 18  |                           | Fax: (213) 243-4199                       |
|     |                           | nicholas.lee@arnoldporter.com             |
| 19  |                           |                                           |
| 20  |                           | Attorneys for Defendant HEROKU, INC.      |
| 21  | Dated:  July 17, 2018     | KASOWITZ, BENSON, TORRES LLP              |
| 22  |                           |                                           |
| 23  |                           | By: */s/ Marcus A. Barber*                |
|     |                           | Marcus A. Barber                          |
| 24  |                           | 333 Twin Dolphin Drive, Suite 200         |
|     |                           | Redwood Shores, California 94065          |
| 25  |                           | Telephone: (650) 453-5170                 |
| 26  |                           | Facsimile: (650) 453-5171                 |
| 27  |                           | Attorneys for Defendant REDDIT, INC.      |
| 28  |                           |                                           |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

JOINT NOTICE IN RESPONSE TO THE COURT'S
JULY 13, 2018 ORDER ON THE PARTIES' STIPU-
LATION (DKT. NO. 26)  3  CASE NO.: 5:18-md-2834-BLF

| | | |
|---|---|---|
| Dated: | July 17, 2018 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |

By: */s/ Robert F. McCauley*
    Robert F. McCauley (SBN 162056)
    robert.mccauley@finnegan.com
    3300 Hillview Avenue
    Palo Alto, California 94304
    Telephone: (650) 849-6600
    Facsimile: (650) 849-6666

    C. Gregory Gramenopoulos (*pro hac vice*)
    c.gregory.gramenopoulos@finnegan.com
    Christopher C. Johns (*pro hac vice*)
    christopher.johns@finnegan.com
    901 New York Avenue NW
    Washington, DC 20001-4413
    Telephone: (202) 408-4000
    Facsimile: (202) 408-4400

Attorneys for Defendants CAPTERRA, INC. AND MERKLE, INC.

Dated: July 17, 2018    KELLEY DRYE & WARREN LLP

By: */s/ Michael J. Zinna*
    Michael J. Zinna
    mzinna@kelleydrye.com
    David G. Lindenbaum
    dlindenbaum@kelleydrye.com
    101 Park Avenue
    New York, New York 10178
    Telephone: (212) 808-7800
    Facsimile: (212) 808-7897

Attorneys for Defendant KICKSTARTER, PBC

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

JOINT NOTICE IN RESPONSE TO THE COURT'S JULY 13, 2018 ORDER ON THE PARTIES' STIPULATION (DKT. NO. 26)    4    CASE NO.: 5:18-md-2834-BLF

**ATTESTATION**

The undersigned hereby attests that concurrence in the filing of this document was obtained from all its signatories.

Dated: July 17, 2018  FENWICK & WEST LLP

*/s/ Ravi R. Ranganath*
Ravi R. Ranganath

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

JOINT NOTICE IN RESPONSE TO THE COURT'S JULY 13, 2018 ORDER ON THE PARTIES' STIPULATION (DKT. NO. 26)    5    CASE NO.: 5:18-md-2834-BLF