# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BRAZE, INC.,<br><br>Defendant. | Case No. 5:18-cv-04624 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Beth Labson Freeman to determine whether it is related to 18-md-02834 BLF, In Re: PersonalWeb Technologies, LLC, et al., Patent Litigation. .

IT IS SO ORDERED.

Date: August 14, 2018

_____
Nathanael M. Cousins
United States Magistrate Judge