UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RELATED CASE ORDER**

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to case

   18-md-02834-BLF
   In re: PersonalWeb Technologies, LLC, et al., Patent Litigation

I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me and consolidated into the multidistrict litigation for pretrial purposes.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 18-cv-04624 | PersonalWeb Technologies, LLC, et al. v. Braze, Inc. | X | |
| 18-cv-04625 | PersonalWeb Technologies, LLC, et al. v. Kongregate, Inc. | X | |
| 18-cv-04628 | PersonalWeb Technologies, LLC, et al. v. Peek Travel, Inc. | X | |
| 18-cv-04626 | PersonalWeb Technologies, LLC, et al. v. Shopify (USA), Inc., et al. | X | |
| 18-cv-04627 | PersonalWeb Technologies, LLC v. Strava, Inc. | X | |

**ORDER**

The parties are instructed to review the orders issued in *In re: PersonalWeb Technologies, LLC, et al., Patent Litigation* as they are applicable to the reassigned cases. A Preliminary Case Management Conference is scheduled for September 20, 2018 at 1:30 p.m.

Dated: August 22, 2018          By: /s/ Beth Labson Freeman
                                                         Beth Labson Freeman
                                                         United States District Judge