UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PERSONALWEB TECHNOLOGIES, LLC,
AND LEVEL 3 COMMUNICATIONS, LLC,
PATENT LITIGATION                                                               MDL No. 2834

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On June 6, 2018, the Panel transferred 23 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d (J.P.M.L. 2018). Since that time, no additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Beth Labson Freeman.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Freeman.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of June 6, 2018, and, with the consent of that court, assigned to the Honorable Beth Labson Freeman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 23, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: PERSONALWEB TECHNOLOGIES, LLC,
AND LEVEL 3 COMMUNICATIONS, LLC,
PATENT LITIGATION                                       MDL No. 2834

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 18−06596 | Personalweb Technologies, LLC et al v. Dollar Shave Club |
| DELAWARE | | | |
| DE | 1 | 18−01140 | Personal Web Technologies, LLC et al v. Cars.com, LLC |
| DE | 1 | 18−01141 | Personal Web Technologies, LLC et al v. Curious.com, Inc. |
| DE | 1 | 18−01142 | Personal Web Technologies, LLC et al v. Le Tote, Inc. |
| DE | 1 | 18−01143 | Personal Web Technologies, LLC et al v. Mavenlink, Inc. |
| DE | 1 | 18−01144 | Personal Web Technologies, LLC et al v. NRT LLC et al |
| DE | 1 | 18−01145 | Personal Web Technologies, LLC et al v. ShareFile LLC |
| DE | 1 | 18−01146 | Personal Web Technologies, LLC et al v. StartDate Labs, Inc. |
| DE | 1 | 18−01147 | Personal Web Technologies, LLC et al v. Tastytrade, Inc. |
| DE | 1 | 18−01148 | Personal Web Technologies, LLC et al v. Treehouse Island, Inc. |
| DE | 1 | 18−01153 | Personal Web Technologies, LLC et al v. Valassis Communications, Inc. |
| NEW YORK EASTERN | | | |
| NYE | 1 | 18−04364 | PersonalWeb Technologies, LLC et al v. Brooklyn Brewery Corporation |
| NEW YORK SOUTHERN | | | |
| NYS | 1 | 18−06932 | PersonalWeb Technologies, LLC et al v. Wework Companies Inc. |