1  Michael A. Sherman (SBN 94783)
   masherman@stubbsalderton.com
2  Jeffrey F. Gersh (SBN 87124)
   jgersh@stubbsalderton.com
3  Sandeep Seth (SBN 195914)
   sseth@stubbsalderton.com
4  Wesley W. Monroe (SBN 149211)
   wmonroe@stubbsalderton.com
5  Stanley H. Thompson, Jr. (SBN 198825)
   sthompson@stubbsalderton.com
6  Viviana Boero Hedrick (SBN 239359)
   vhedrick@stubbsalderton.com
7  STUBBS ALDERTON & MARKILES, LLP
   15260 Ventura Blvd., 20th Floor
8  Sherman Oaks, CA 91403
   Telephone:   (818) 444-4500
9  Facsimile:   (818) 444-4520

10 Attorneys for Plaintiffs

11 [ADDITIONAL ATTORNEYS LISTED ON
   SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PERSONALWEB TECHNOLOGIES, LLC, ET AL., PATENT LITIGATION | **CASE NO.: 5:18-md-02834-BLF** |
| | **NOTICE OF APPEARANCE BY STUBBS ALDERTON & MARKILES** |
| Related Cases:<br><br>*PersonalWeb Technologies, LLC et al v. Cars.com, LLC 5:18-05195-BLF*<br><br>*PersonalWeb Technologies, LLC et al v. Curious.com, Inc.., 5:18-05198-BLF*<br><br>*PersonalWeb Technologies, LLC et al v. Mavenlink, Inc. 5:18-05200-BLF*<br><br>*PersonalWeb Technologies, LLC et al v. NRT LLC, et al, 5:18-05201-BLF*<br><br>*PersonalWeb Technologies, LLC et al v. ShareFile LLC, 5:18-05202-BLF* | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*PersonalWeb Technologies, LLC et al v. StartDate Labs, Inc., 5:18-05203-BLF*

*PersonalWeb Technologies, LLC et al v. Tastytrade, Inc., 5:18-05204-BLF*

*PersonalWeb Technologies, LLC et al v. Treehouse Island, Inc., 5:18-05205-BLF*

*PersonalWeb Technologies, LLC et al v. Valassis Communications, Inc., 5:18-05206-BLF*

*PersonalWeb Technologies, LLC et al v. WeWork Companies, Inc., 5:18-05272-BLF*

*PersonalWeb Technologies, LLC et al v. Brooklyn Brewery Corporation, 5:18-05436-BLF*

1 | **TO THE COURT, DEFENDANTS AND THEIR COUNSEL OF RECORD:**

2 |     **PLEASE TAKE NOTICE** of the appearance of Stubbs Alderton & Markiles, LLP, and its attorneys, Michael A. Sherman, Jeffrey F. Gersh, Sandy Seth, Wesley W. Monroe, Stanley H. Thompson, Jr., and Viviana Boero Hedrick as counsel in this action for Plaintiffs PersonalWeb Technologies, LLC and Level 3 Communications, LLC.

Dated: September 6, 2018

Respectfully submitted,

**STUBBS ALDERTON & MARKILES, LLP**

By: _____
Michael A. Sherman
Attorney for Plaintiffs

By: _____
Jeffrey F. Gersh
Attorney for Plaintiffs

By: _____
Sandeep Seth
Attorney for Plaintiffs

By: _____
Wesley W. Monroe
Attorney for Plaintiffs

By: _____
Stanley H. Thompson, Jr.
Attorney for Plaintiffs

By: _____
Viviana Boero Hedrick
Attorney for Plaintiffs

## PROOF OF SERVICE

I declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 15260 Ventura Blvd., 20th Floor, Sherman Oaks, California 91403. On **September 10, 2018**, I served the documents described as: **NOTICE OF APPEARANCE BY STUBBS ALDERSTON & MARKILES LLP** on the interested parties in this action as follows:

### ***SEE ATTACHED SERVICE LIST***

☒ **BY U.S. MAIL:** By depositing for collection and mailing in the ordinary course of business. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Sherman Oaks, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing on affidavit.

☒ **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") pursuant to FRCP, Rule 5(b)(2)(E) and JPML Rule 4.1** (Pursuant to controlling General Order(s) and Local Rule(s) ("LR"), the foregoing document will be served by the court via NEF and hyperlink to the document to counsel at the email address(es) listed below).

☐ **(BY OVERNIGHT DELIVERY)** I am personally and readily familiar with the business practice of Stubbs Alderton & Markiles, LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on **September 10, 2018**, at Sherman Oaks, California.

_____
Elizabeth Saál de Casas

PROOF OF SERVICE
CASE NO: 5:18-MD-02834-BLF
CASE NO: 5:18-CV-05436-BLF

| | |
|---|---|
| AIRBNB, INC.<br>c/o J. David Hadden, Esq,<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>**NDCA Case No. 5:18-cv-00149-BLF**<br>*Attorney for Airbnb, Inc.*<br>*Via ECF* | AMAZON.COM, INC. AND AMAZON WEB SERVIES, INC.<br>c/o J. David Hadden, Esq,<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>**NDCA Case No. 5:18-cv-00767-BLF**<br>*Attorney for Amazon.com, Inc. and Amazon Web Services, Inc.*<br>*Via ECF* |
| AMICUS FTW, INC.<br>c/o Seth Ban<br>21 Buena Vista Ave. #E<br>San Francisco, CA 94117<br>**NDCA Case No. 5:18-cv-00150-BLF**<br>*Agent for Service of Process for Amicus FTW, Inc.*<br>***By U.S. Mail*** | ATLAS OBSCURA INC.<br>c/o J. David Hadden, Esq,<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>**NDCA Case No. 1:18-00164**<br>*Attorney for Atlas Obscura, Inc.*<br>*Via ECF* |
| ATLASSIAN, INC.<br>c/o Brent P. Ray<br>Kirkland & Ellis, LLP<br>Brent.ray@kirkland.com<br>c/o J. David Hadden, Esq,<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>**NDCA Case No. 5:18-cv-00154-BLF**<br>*Attorneys for Atlassian, Inc.*<br>*Via ECF* | BDG MEDIA, INC.<br>c/o Shannon Turner<br>Fenwick & West LLP<br>sturner@fenwick.com<br>c/o Todd R. Gregorian<br>Fenwick & West LLP<br>tgregorian@fenwick.com<br>**NDCA Case No. 5:18-cv-03571-BLF**<br>*Attorney for BDG Media, Inc.*<br>*Via ECF* |
| BITLY, INC.<br>c/o J. David Hadden<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>**NDCA Case No. 5:18-cv-03572-BLF**<br>*Attorney for Bitly, Inc.*<br>*Via ECF* | BLUE APRON, LLC.<br>c/o J. David Hadden, Esq,<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>**NDCA Case No. 5:18-cv-03573-BLF**<br>*Attorney for Blue Apron, LLC*<br>*Via ECF* |

PROOF OF SERVICE

CASE NO: 5:18-MD-02834-BLF
CASE NO: 5:18-CV-05195-BLF

| | |
|---|---|
| BRAZE, INC<br>c/o Ryan McBrayer, Esq.<br>Perkins Coie LLP<br>RMcBrayer@perkinscoie.com<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>**NDCA Case No. 5:18-cv-04624-BLF**<br>*Attorneys for Braze, Inc.*<br>*Via U.S. Mail* | BROOKLYN BREWERY CORPORATION<br>c/o J. David Hadden, Esq.<br>Fenwick & West LLP<br>dhadden@fenwick.com<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br><br>c/o Ralph A. Dengler, Esq.<br>RADengler@Venable.com<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas<br>The Twenty-Fourth Floor<br>New York, NY 10020<br>**NDCA Case No. 5:18-cv-05436-BLF**<br>*Attorneys for Brooklyn Brewery Corporation*<br>*Via U.S. Mail* |
| CAPTERRA, INC.<br>c/o Steven J. Balick<br>Ashby & Geddes<br>sbalick@ashbygeddes.com<br>c/o C. Gregory Gramenopoulos<br>Finnegan Henderson Farabow Garrett and Dunner<br>gramenoc@finnegan.com<br>c/o Andrew Colin Mayo<br>Morris, Nichols, Arsht & Tunnell<br>amayo@mnat.com<br>**NDCA Case No. 5:18-cv-03458-BLF**<br>*Attorneys for Capterra, Inc.*<br>*Via ECF* | CARS.COM LLC<br>c/o Benjamin T. Horton<br>bhorton@marshallip.com<br>Marshall, Gerstein & Borun LLP<br>233 South Wacker Drive<br>6300 Willis Tower<br>Chicago, IL 60606-6357<br>**NDCA Case No: 5:18-cv-05195-BLF**<br>*Attorneys for Cars.com LLC*<br>*Via U.S. Mail* |
| CENTAUR MEDIA USA INC. AND ECONSULTANCY, LTD.<br>c/o Todd R. Gregorian<br>Fenwick & West LLP<br>tgregorian@fenwick.com<br>**NDCA Case No. 5:18-cv-03577-BLF**<br>*Attorney for Centaur Media USA Inc. and EConsultancy, Ltd.*<br>*Via ECF* | CLOUD WARMER, INC.<br>c/o Anthony Handal<br>Handal & Morofsky, LLC<br>420 Lexington Ave. Ste. 300<br>New York, NY 10170<br>**NDCA Case No. 2:18-00205**<br>*Attorney for Cloud Warmer, Inc.*<br>*Via U.S. Mail* |

| | |
|---|---|
| CLOUD 66, INC.<br>c/o J. David Hadden, Esq,<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>**NDCA Case No. 5:18-cv-00155-BLF**<br>*Attorney for Cloud66, Inc.*<br>*Via ECF* | CURIOUS.COM, INC.<br>c/o J. David Hadden, Esq.<br>Fenwick & West LLP<br>dhadden@fenwick.com<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br>**NDCA Case No. 5:18-cv-05198-BLF**<br>*Attorneys for Curious.com Inc.*<br>*Via U.S. Mail* |
| CUREBIT, INC.<br>c/o J. David Hadden, Esq,<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>**NDCA Case No 5:18-cv-00156-BLF**<br>*Attorney for Curebit, Inc.*<br>*Via ECF* | DOLLAR SHAVE CLUB, INC.<br>c/o Ryan Hubbard, Esq.<br>Brent P. Ray, Esq.<br>Ryan.Hubbard@kirkland.com<br>Brent.ray@kirkland.com<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>**NDCA 5:18-cv-05373-BLF**<br>Attorneys for Dollar Shave Club, Inc.<br>*Via U.S. Mail* |
| DOXIMITY, INC.<br>c/o J. David Hadden, Esq,<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>**NDCA Case No. 5:18-cv-00157-BLF**<br>*Attorney for Doximity, Inc.*<br>*Via ECF* | FAB COMMERCE DESIGN, INC.<br>c/o J. David Hadden, Esq,<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>**NDCA Case No. 5:18-cv-03578-BLF**<br>*Attorney for Fab Commerce & Design, Inc.*<br>*Via ECF* |
| FANDOR, INC.<br>c/o J. David Hadden, Esq,<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>801 California Street<br>Mountain View, CA 94041<br>**NDCA Case No 5:18-cv-00159-BLF**<br>*Attorney for Fandor, Inc.*<br>*Via U.S. Mail* | FANDUEL, INC. AND FANDUEL LTD.<br>c/o Shannon Turner<br>Fenwick & West LLP<br>sturner@fenwick.com<br>c/o Todd R. Gregorian<br>Fenwick & West LLP<br>tgregorian@fenwick.com<br>**NDCA Case No. 5:18-cv-03582-BLF**<br>*Attorneys for FanDuel, Inc. and FanDuel Ltd.*<br>*Via ECF* |

STUBBS ALDERTON & MARKILES, LLP
15260 VENTURA BLVD.
20TH FLOOR
SHERMAN OAKS, CALIFORNIA 91403

3
SERVICE LIST
CASE NO: 5:18-MD-02834-BLF
CASE NO: 5:18-CV-05195-BLF

STUBBS ALDERTON & MARKILES, LLP
15260 VENTURA BLVD.
20TH FLOOR
SHERMAN OAKS, CALIFORNIA 91403

| | |
|---|---|
| FIVERR INTERNATIONAL LTD.<br>c/o Todd R. Gregorian<br>Fenwick & West, LLP<br>tgregorian@fenwick.com<br>**NDCA Case No. 5:18-cv-03455-BLF**<br>*Attorney for Fiverr International Ltd.*<br>*Via ECF* | FOOD52, INC.<br>c/o Shannon Turner<br>Fenwick & West LLP<br>sturner@fenwick.com<br>c/o Todd R. Gregorian<br>Fenwick & West LLP<br>tgregorian@fenwick.com<br>**NDCA Case No. 5:18-cv-03579-BLF**<br>*Attorney for Food52, Inc.*<br>*Via ECF* |
| GOLDBELY, INC.<br>c/o J. David Hadden, Esq,<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>c/o David L. Simson<br>c/o David Shane Brun<br>Goodwin Proctor LLP<br>dsimson@goodwinlaw.com<br>sbrun@goodwinlaw.com<br>**NDCA CASE No. 5:18-cv-00160-BLF**<br>*Attorneys for Goldbely, Inc.*<br>*Via ECF* | GOPRO, INC.<br>c/o J. David Hadden, Esq,<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>**NDCA Case No 5:18-cv-00161-BLF**<br>*Attorney for GoPro, Inc.*<br>*Via ECF* |
| GROUP NINE MEDIA, INC.<br>c/o J. David Hadden, Esq,<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>**NDCA Case No. 5:18-cv-03581-BLF**<br>*Attorney for Group Nine Media, Inc*<br>*Via ECF* | HEROKU, INC.<br>c/o Nicholas H Lee<br>Arnold & Porter Kaye Scholer LLP<br>nicholas.lee@arnoldporter.com<br>**NDCA Case No. 5:18-cv-00162-BLF**<br>*Attorney for Heroku, Inc.*<br>*Via ECF* |
| KARMA MOBILITY INC.<br>c/o J. David Hadden, Esq,<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>c/o Steven J. Balick<br>sbalick@ashbygeddes.com<br>Ashby & Geddes<br>c/o Andrew Colin Mayo<br>Morris, Nichols, Arsht & Tunnell<br>amayo@mnat.com<br>**NDCA Case No. 5:18-cv-03459-BLF**<br>*Attorneys for Karma Mobility, Inc.*<br>*Via ECF* | KICKSTARTER, PBC<br>c/o Michael J. Zinna<br>Kelley, Drye & Warren, LLP<br>mzinna@kelleydrye.com<br>**NDCA Case No. 1:18-cv-00206**<br>*Attorney for Kickstarter, PBC*<br>*Via ECF* |

| | |
|---|---|
| KONGREGATE, INC.<br>c/o John Morrow, Esq.<br>David Boaz, Esq.<br>Womble Bond Dickinson<br>555 Fayetteville Street<br>Suite 1100<br>Raleigh, NC 27601<br>John.Morrow@wbd-us.com<br>David.Boaz@wbd-us.com<br>**NDCA Case No. 5:18-cv-04625-BLF**<br>Attorneys for Kongregrate, Inc.<br>***Via U.S. Mail*** | LEAP MOTION, INC.<br>c/o J. David Hadden, Esq,<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>**NDCA Case No. 5:18-cv-00163-BLF**<br>*Attorney for Leap Motion, Inc*<br>***Via ECF*** |
| LESSON NINE GMBH<br>c/o Markus Witte, CEO<br>149 5TH AVE. FLOOR 5,<br>NEW YORK, NEW YORK 10010<br>**NDCA Case No. 5:18-cv-03453-BLF**<br>*Unrepresented Party*<br>*Last known address*<br>***By U.S. Mail*** | LE TOTE, INC.<br>c/o Incorporating Services, Ltd.<br>3500 S. Dupont Highway<br>Dover, DE 19901<br>**NDCA Case No. 5:18-cv-05199-BLF**<br>*Agent for Service of Process for LeTote, Inc.*<br>***Via U.S. Mail*** |
| LIVECHAT, INC. AND LIVECHAT SOFTWARE SA<br>c/o J. David Hadden<br>Fenwick and West LLP<br>dhadden@fenwick.com<br>c/o Steven J. Balick<br>Ashby & Geddes<br>sbalick@ashbygeddes.com<br>c/o Andrew Colin Mayo<br>Morris, Nichols, Arsht & Tunnell<br>amayo@mnat.com<br>**NDCA Case No. 5:18-cv-03461-BLF**<br>*Attorneys for LiveChat, Inc.*<br>***Via ECF*** | MATCH GROUP, LLC AND MATCH GROUP, INC.<br>c/o J. David Hadden<br>Fenwick and West LLP<br>dhadden@fenwick.com<br>c/o Steven J. Balick<br>Ashby & Geddes<br>sbalick@ashbygeddes.com<br>**NDCA Case No. 5:18-cv-03462-BLF**<br>*Attorneys for Match Group, LLC and Match Group, Inc.*<br>***Via ECF*** |
| MELIAN LABS, INC.<br>c/o J. David Hadden<br>Fenwick and West LLP<br>dhadden@fenwick.com<br>**NDCA Case No. 5:18-cv-00165-BLF**<br>*Attorney for Melian Labs, Inc.*<br>***Via ECF*** | MERKLE, INC.<br>c/o Robert F. McCauley<br>c/o Christopher C. Johns<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br>Robert.mccauley@finnegan.com<br>Christopher.johns@finnegan.com<br>**NDCA Case No. 5:18-cv-00409-BLF**<br>*Attorneys for Merkle, Inc.*<br>***Via ECF*** |

Stubbs Alderton & Markiles, LLP
15260 Ventura Blvd.
20th Floor
Sherman Oaks, California 91403

Stubbs Alderton & Markiles, LLP
15260 Ventura Blvd.
20TH Floor
Sherman Oaks, California 91403

| | |
|---|---|
| MYFITNESSPAL, INC.<br>c/o Wesley Muller<br>Under Armour<br>2601 Port Covington Drive<br>Baltimore, MD 21230<br>**NDCA Case No. 5:18-cv-00166-BLF**<br>**Via U.S. Mail** | MWM MY WEDDING MATCH LTD.<br>c/o Angel Pui, CEO<br>609 Hastings St. W 11th Floor<br>Vancouver<br>British Columbia<br>V6B4W4<br>**NDCA Case No. 5:18-cv-03457-BLF**<br>*Unrepresented Party*<br>*Last known address*<br>**Via U.S. Mail** |
| NRT, LLC<br>c/o Rich Basile, Esq.<br>rbasile@murthalaw.com<br>Murtha Cullina<br>177 Broad Street, 16th Floor<br>Stamford, CT 06901<br>**NDCA Case No. 5:18-cv-05201-BLF**<br>*Attorneys for NRT LLC*<br>**Via ECF** | NRT New York LLC dba Citi Habitats<br>c/o Rich Basile, Esq.<br>rbasile@murthalaw.com<br>**NDCA Case No. 5:18-cv-05201-BLF**<br>*Attorneys for NRT New York LLC dba Citi Habitats*<br>**Via ECF** |
| PANJIVA, INC.<br>c/o Martin Edward Gilmore, III<br>Perkins Coie LLP *(NYC)<br>mgilmore@perkinscoie.com<br>c/o J. David Hadden, Esq,<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>**NDCA Case No. 5:18-cv-03580-BLF**<br>*Attorneys for Panjiva, Inc.*<br>**Via ECF** | PEEK TRAVEL, INC.<br>c/o J. David Hadden, Esq.<br>dhadden@fenwick.com<br>Fenwick & West LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br>**NDCA Case No. 5:18-cv-04628-BLF**<br>**Via U.S. Mail** |
| QUOTIENT TECHNOLOGY INC.<br>c/o J. David Hadden, Esq.<br>Fenwick and West LLP<br>dhadden@fenwick.com<br>c/o Jason A. Crotty<br>Mauriel Kapouytian Woods LLP<br>jcrotty@mkwllp.com<br>**NDCA Case No. 5:18-cv-00169-BLF**<br>*Attorney for Quotient Technology Inc.*<br>**Via ECF** | REDDIT, INC.<br>c/o Marcus Barber, Esq.<br>Kasowitz Benson Torres LLP<br>MBarber@kasowitz.com<br>**NDCA Case No. 5:18-cv-00170-BLF**<br>*Attorney for Reddit, Inc.*<br>**Via ECF** |

| | |
|---|---|
| ROBLOX CORPORATION<br>c/o J. David Hadden, Esq,<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>**NDCA Case No. 5:18-cv-00171-BLF**<br>*Attorney for Roblox Corporation*<br>*Via ECF* | ROCKETHUB INC. AND ELEQT GROUP LTD.<br>34 Queen Anne Street<br>London, W1G 8HG<br>United Kingdom<br>**NDCA Case No. 5:18-cv-03583-BLF**<br>*Unrepresented Party Last known address*<br>*Via U.S. Mail* |
| SHAREFILE LLC<br>c/o Aaron Wainscoat, Esq.<br>aaron.wainscoat@dlapiper.com<br>DLA Piper LLP<br>**NDCA Case No. 5:18-cv-05202-BLF**<br>*Via ECF* | SHOPIFY INC.<br>c/o Tobias Lütke, CEO<br>150 Elgin Street<br>8th Floor, Ottawa,<br>ON K2P 1L4, Canada<br>**NDCA Case No. 5:18-cv-04626-BLF**<br>*Via U.S. Mail* |
| SHOPIFY (USA), INC.<br>c/o Brent P. Ray, Esq.<br>Brent.ray@kirkland.com<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>**NDCA Case No. 5:18-cv-04626-BLF**<br>*Attorneys for Shopify (USA), Inc.*<br>*Via ECF* | SPOKEO, INC.<br>c/o J. David Hadden, Esq,<br>dhadden@fenwick.com<br>Fenwick & West, LLP<br>**NDCA Case No. 5:18-cv-02140-BLF**<br>*Attorney for Spokeo, Inc.*<br>*Via ECF* |
| SPONGECELL, INC.<br>c/o Shannon Turner<br>sturner@fenwick.com<br>Fenwick & West LLP<br>c/o Todd R. Gregorian<br>tgregorian@fenwick.com<br>Fenwick & West LLP<br>**NDCA Case No. 5:18-cv-03584-BLF**<br>*Attorney for Spongecell, Inc.*<br>*Via ECF* | SQUARE, INC.<br>c/o J. David Hadden, Esq,<br>dhadden@fenwick.com<br>Fenwick & West, LLP<br>c/o Bijal V. Vikal<br>bvakil@whitecase.com<br>c/o Allen W. Wang<br>awang@whitecase.com<br>White & Case LLP<br>**NDCA Case No. 5:18-cv-00183-BLF**<br>*Attorneys for Square, Inc.*<br>*Via ECF* |

STUBBS ALDERTON & MARKILES, LLP
15260 VENTURA BLVD.
20TH FLOOR
SHERMAN OAKS, CALIFORNIA 91403

| | |
|---|---|
| STARTDATE LABS, INC.<br>c/o Andrew Colin Mayo, Esq.<br>amayo@ashbygeddes.com<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>**NDCA Case No. 5:18-cv-05203-BLF**<br>**Via U. S. Mail** | STITCH FIX, INC.<br>c/o Brent P. Ray<br>Brent.ray@kirkland.com<br>Kirkland & Ellis, LLP<br>c/o J. David Hadden, Esq,<br>dhadden@fenwick.com<br>Fenwick & West, LLP<br>**NDCA Case No. 5:18-cv-00173-BLF**<br>*Attorneys for Stitch Fix, Inc.*<br>*Via ECF* |
| STRAVA, INC.<br>c/o Brent P. Ray, Esq.<br>Brent.ray@kirkland.com<br>Ryan Hubbard, Esq.<br>Ryan.hubbard@kirkland.com<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>**NDCA Case No. 5:18-cv-04627-BLF**<br>Attorneys for Strava, Inc.<br>*Via ECF* | TASTY TRADE, INC.<br>c/o J. David Hadden, Esq.<br>dhadden@fenwick.com<br>Fenwick & West LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br>**NDCA Case No. 5:18-cv-05204-BLF**<br>**Via U.S. Mail** |
| TEESPRING, INC.<br>c/o Ryan R. Smith<br>Wilson Sonsini Goodrich & Rosati<br>rsmith@wsgr.com<br>c/o J. David Hadden, Esq,<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>**NDCA Case No. 5:18-cv-00175-BLF**<br>*Attorneys for Teespring, Inc,*<br>*Via ECF* | THRILLIST MEDIA GROUP, INC.<br>c/o J. David Hadden, Esq,<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>**NDCA Case No. 5:18-cv-03581-BLF**<br>*Attorney for Thrillist Media Group, Inc.*<br>*Via ECF* |
| TOPHATTER, INC.<br>c/o J. David Hadden, Esq,<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>**NDCA Case No. 5:18-cv-00176-BLF**<br>*Attorney for Tophatter, Inc.*<br>*Via ECF* | TREEHOUSE ISLAND INC.<br>c/o Peter E. Heuser, Esq.<br>pheuser@schwabe.com<br>Schwabe, Williamson & Wyatt, P.C.<br>1211 SW Fifth Avenue<br>Suite 1900<br>Portland, OR 97204<br>**NDCA Case No. 5:18-cv-05205-BLF**<br>*Attorneys for Treehouse Island, Inc.*<br>*Via ECF* |

| | |
|---|---|
| VALASSIS COMMUNICATIONS, INC.<br>c/o Brent P. Ray, Esq.<br>Brent.ray@kirkland.com<br>Ryan Hubbard, Esq.<br>Ryan.Hubbard@kirkland.com<br>Kirkland & Ellis LLP<br>**NDCA Case No. 5:18-cv-05206-BLF**<br>Attorneys for Valassis Communications, Inc.<br>*Via ECF* | VEND, INC. AND VEND LIMITED<br>c/o J. David Hadden, Esq,<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>**NDCA Case No. 5:18-cv-00196-BLF**<br>*Attorney for Vend, Inc. and Vend Limited*<br>*Via ECF* |
| WEBFLOW, INC.<br>c/o J. David Hadden, Esq,<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>**NDCA Case No. 5:18-cv-00178-BLF**<br>*Attorney for Webflow, Inc.*<br>*Via ECF* | WEDDINGWIRE, INC.<br>c/o Steven J. Balick<br>Ashby & Geddes<br>sbalick@ashbygeddes.com<br>c/o J. David Hadden, Esq,<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>c/o Andrew Colin Mayo<br>Morris, Nichols, Arsht & Tunnell<br>amayo@mnat.com<br>**NDCA Case No. 5:18-cv-03458-BLF**<br>*Attorneys for WeddingWire, Inc.*<br>*Via ECF* |
| WEWORK COMPANIES INC.<br>c/o Todd R. Gregorian, Esq.<br>tgregorian@fenwick.com<br>Fenwick & West LLP<br>**NDCA Case No. 5:18-cv-05272-BLF**<br>*Attorneys for WeWork Companies Inc.*<br>*Via ECF* | YOTPO LTD.<br>c/o J. David Hadden, Esq,<br>Fenwick & West, LLP<br>801 California Street<br>Mountain View, CA 94041<br>**NDCA Case No. 5:18-cv-03452-BLF**<br>*Attorney for Yotpo, Ltd.*<br>*Via U.S. Mail* |