UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE: PERSONALWEB TECHNOLOGIES, LLC, ET AL., PATENT LITIGATION | Case No. 18-md-02834-BLF <br><br> **ORDER RE VOLUNTARY DISMISSAL OF FOUR ACTIONS** <br><br> [Re: ECF 105, 106, 107, 108] |
|---|---|

Plaintiffs have filed notice of voluntary dismissal of the following four actions pursuant to Federal Rule of Civil Procedure 41(a):

*PersonalWeb v. Group Nine* (5:18-cv-03581-BLF);

*PersonalWeb v. LiveChat Software* (5:18-cv-03461-BLF);

*PersonalWeb v. Vend* (5:18-cv-00196-BLF);

*PersonalWeb v. Le Tote* (5:18-cv-05199-BLF). *See* ECF 105, 106, 107, 108.

The aforementioned actions are hereby terminated without prejudice.

**IT IS SO ORDERED.**

Dated: September 20, 2018

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge