# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: PERSONALWEB TECHNOLOGIES, LLC, ET AL., PATENT LITIGATION | Case No. 18-md-02834-BLF<br><br>**CASE MANAGEMENT ORDER NO. 1** |

On September 20, 2018, the parties appeared for a Case Management Conference. As discussed on the record at the Case Management Conference, the Court **ORDERS** as follows:

(1) PersonalWeb Technologies, LLC and Level 3 Communications, LLC (collectively, "PersonalWeb") are granted leave to amend their complaints in the "customer cases." PersonalWeb is further granted leave to amend its counterclaims in *Amazon v. PersonalWeb* (5:18-cv-00767-BLF) ("Amazon DJ action").

(2) Amended pleadings shall be filed no later than October 4, 2018.

(3) The Court will proceed with the Amazon DJ action first, thus defendants in the "customer cases" (i.e. any case comprising this MDL other than the Amazon DJ action) shall not be required to respond to the operative complaint, unless and until ordered to do so by this Court.

(4) Defendants in the "customer cases," and Plaintiffs (Amazon) in the Amazon DJ action, reserve the right to file motions to dismiss the complaints or amended complaints, or counterclaims, respectively.

(5) It is PersonalWeb's obligation to accomplish timely service on all parties. PersonalWeb may request leave to extend the 90-day period to serve those defendants not yet served, in those cases where the 90-day period has expired. In

the future, PersonalWeb shall request an extension of time before the 90-day period elapses.

(6) Amazon has requested leave to file a second and earlier dispositive motion regarding claims preclusion and the *Kessler* doctrine. Although the Court generally limits the parties to one summary judgment motion, Amazon has shown good cause for a second motion. The claims preclusion / *Kessler* motion is limited to 15 pages for the opening and responsive briefs and 7 pages for any reply. Amazon may reserve a hearing date up to 14 days before the motion is filed. This limitation does not apply to the motions for summary judgment set for hearing on November 15, 2019. For those motions, the 25-25-15 page limit will apply.

(7) Although the Court has preliminarily determined that the Amazon DJ action should proceed to trial first, the Court will reevaluate this decision at the November 2, 2018 CMC/tutorial. The Court will revisit PersonalWeb's request to designate four representative customer cases.

(8) All disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

(9) The parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

**IT IS FURTHER ORDERED** that the following schedule and deadlines shall apply to this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Last Day to Amend Pleadings in "customer cases" and Counterclaims in Amazon DJ action | October 4, 2018 |
| Tutorial and Further Case Management Conf. | November 2, 2018 (Friday, 9 a.m. – noon ) |
| Claim Construction Tutorial | May 2, 2019 (Thursday, 1:30 p.m.) |
| Claim Construction Hearing | May 24, 2019 (Friday, 9 a.m.) |
| Last Day to Hear Dispositive Motions | November 15, 2019 (Friday, 9 a.m.) |

2

| Final Pretrial Conference | February 6, 2020 (Thursday, 1:30 p.m.) |
|---|---|
| Trial | March 16, 2020 |

Dated:  September 26, 2018

_____
BETH LABSON FREEMAN
United States District Judge

3