J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
PHILLIP J. HAACK (CSB No. 262060)
phaack@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:      650.938.5200

Attorneys for Defendant Lesson Nine GmbH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: PERSONAL WEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION | Case No. 5:18-md-02834-BLF |
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LESSON NINE GMBH,<br><br>Defendant. | Case No.: 5:18-cv-03453-BLF<br><br>**NOTICE OF APPEARANCE OF TODD R. GREGORIAN** |

Pursuant to Civil L.R. 5-1 (c)(2), Todd R. Gregorian of the law firm of Fenwick and West LLP hereby enters his appearance in this action on behalf of Defendant Lesson Nine GmbH. The email addresses for Todd R. Gregorian are tgregorian@fenwick.com and jlinteo@fenwick.com.

Dated: October 3, 2018

Respectfully submitted,

FENWICK & WEST LLP

By: */s/ Todd R. Gregorian*
    Todd R. Gregorian
    Attorneys for Defendant
    LESSON NINE GMBH