1  Benjamin T. Horton
2  Tron Y. Fu
   MARSHALL, GERSTEIN & BORUN LLP
3  233 South Wacker Drive
   6300 Willis Tower
4  Chicago, IL 60606-6357
   (312) 474-6300
5  E:  bhorton@marshallip.com
   E:  tfu@marshallip.com
6
7  *Attorneys for Defendant Cars.com*
8
9  **UNITED STATES DISTRICT COURT**
10 **NORTHERN DISTRICT OF CALIFORNIA**
11 **SAN JOSE**

| | |
|---|---|
| IN RE: PERSONALWEB TECHNOLOGIES, LLC et al., PATENT LITIGATION | **MULTI-DISTRICT LITIGATION**<br>**Case No.  5:18-md-02834-BLF** |
| PERSONALWEB TECHNOLOGIES, LLC, a Texas limited liability company, and<br>LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CARS.COM, a Delaware Corporation,<br><br>Defendant. | ~~[PROPOSED]~~ **ORDER GRANTING CARS.COM'S ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE**<br><br>Case No. 5:18-cv-05195-BLF |

Defendant Cars.com in the above-referenced Civil Action having moved the Court, pursuant to L.R. 7- 11, to permit certain Midwest-resident counsel for Defendant to participate telephonically in the Case Management Conference currently scheduled to take place at 9 am on November 2, 2018, and good cause appearing therefor, the Court hereby GRANTS Defendant's motion..

Date: __October 31, 2018__          _____
                                    United States District Judge
                                    Honorable Beth Labson Freeman