| | |
|---|---|
| 1 | Michael A. Sherman (SBN 94783) |
|   | masherman@stubbsalderton.com |
| 2 | Jeffrey F. Gersh (SBN 87124) |
|   | jgersh@stubbsalderton.com |
| 3 | Sandeep Seth (SBN 195914) |
|   | sseth@stubbsalderton.com |
| 4 | Wesley W. Monroe (SBN 149211) |
|   | wmonroe@stubbsalderton.com |
| 5 | Stanley H. Thompson, Jr. (SBN 198825) |
|   | sthompson@stubbsalderton.com |
| 6 | Viviana Boero Hedrick (SBN 239359) |
|   | vhedrick@stubbsalderton.com |
| 7 | STUBBS, ALDERTON & MARKILES, LLP |
|   | 15260 Ventura Blvd., 20th Floor |
| 8 | Sherman Oaks, CA 91403 |
|   | Telephone:   (818) 444-4500 |
| 9 | Facsimile:   (818) 444-4520 |

**Attorneys for Plaintiffs**
[Additional Attorneys listed below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PERSONALWEB TECHNOLOGIES, LLC, ET AL., PATENT LITIGATION | **Case No.: 5:18-md-02834-BLF** |
| PERSONALWEB TECHNOLOGIES, LLC, ET AL., | **PROOF OF SERVICE ON FOREIGN DEFENDANT LESSON NINE GMBH VIA THE HAGUE CONVENTION** |
| Plaintiffs, | **Case No.: 5:18-cv-03453-BLF** |
| v. | |
| LESSON NINE GMBH, a Germany Limited Liability Company, | |
| Defendant. | |

**TO THE COURT AND ALL PARTIES OF RECORD:**

In accordance with Article 5 of the Hague Convention, PersonalWeb Technologies, LLC and Level 3 Communications, LLC have effectuated service of the Summons, First Amended Complaint and related documents on foreign defendant Lesson Nine GmbH via the Hague Convention, and in accordance with the laws of Germany, as is specified in the Certificate of service attached hereto as Exhibit A.

Respectfully submitted,

Dated:   November 1, 2018          STUBBS, ALDERTON & MARKILES, LLP

By: */s/ Michael A. Sherman*
    Michael A. Sherman
    Jeffrey F. Gersh
    Sandeep Seth
    Wesley W. Monroe
    Stanley H. Thompson, Jr.
    Viviana Boero Hedrick
    Attorneys for Plaintiffs

Dated:   November 1, 2018          MACEIKO IP

By: */s/ Theodore S. Maceiko*
    Theodore S. Maceiko (SBN 150211)
    ted@maceikoip.com
    MACEIKO IP
    420 2nd Street
    Manhattan Beach, California 90266
    Telephone:   (310) 545-3311
    Facsimile:    (310) 545-3344
    Attorneys for Plaintiff
    PERSONALWEB TECHNOLOGIES, LLC,

Dated: November 1, 2018                DAVID D. WIER

By: */s/ David D. Wier*
David D. Wier
david.wier@level3.com
Vice President and Assistant General Counsel
Level 3 Communications, LLC
1025 Eldorado Boulevard
Broomfield, CO 80021
Telephone: (720) 888-3539
Attorneys for Plaintiff
LEVEL 3 COMMUNICATIONS, LLC

2

**PROOF OF SERVICE ON FOREIGN**
**DEFENDANT LESSON NINE GMBH VIA**
**THE HAGUE CONVENTION**

**5:18-MD-02834**
**5:18-CV-03453**