| | |
|---|---|
| 1 | Michael A. Sherman (SBN 94783)<br>masherman@stubbsalderton.com |
| 2 | Jeffrey F. Gersh (SBN 87124)<br>jgersh@stubbsalderton.com |
| 3 | Sandeep Seth (SBN 195914)<br>sseth@stubbsalderton.com |
| 4 | Wesley W. Monroe (SBN 149211)<br>wmonroe@stubbsalderton.com |
| 5 | Stanley H. Thompson, Jr. (SBN 198825)<br>sthompson@stubbsalderton.com |
| 6 | Viviana Boero Hedrick (SBN 239359)<br>vhedrick@stubbsalderton.com |
| 7 | STUBBS, ALDERTON & MARKILES, LLP<br>15260 Ventura Blvd., 20th Floor |
| 8 | Sherman Oaks, CA 91403<br>Telephone:     (818) 444-4500 |
| 9 | Facsimile:      (818) 444-4520 |
| 10 | **Attorneys for Plaintiffs** |
| 11 | [Additional Attorneys listed below] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 15 | IN RE PERSONALWEB TECHNOLOGIES, LLC, ET AL., PATENT LITIGATION | **Case No.: 5:18-md-02834-BLF** |
| 16 | | **Magistrate Judge Hon. Beth L. Freeman** |
| 17 | | |
| 18 | Related Cases: | **DECLARATION OF VIVIANA BOERO HEDRICK IN SUPPORT OF PLAINTIFFS PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC OMNIBUS REPLY IN SUPPORT OF MOTION FOR LEAVE TO EXTEND PERIOD OF SERVICE TO DEFENDANTS _NUNC PRO TUNC_** |
| 19 | *PersonalWeb Technologies, LLC et al., v. LESSON NINE GMBH, Germany Limited Liability Company: Case No.: 5:18-CV-03453-BLF* | |
| 20 | | |
| 21 | | |
| 22 | *PersonalWeb Technologies, LLC, et al., v. MWM MY WEDDING MATCH LTD., a Canada limited company, Case No.: 5:18-CV-03457-BLF* | **Date: March 7, 2019**<br>**Time: 9:00 a.m.**<br>**Dept.: Courtroom 3, Floor 5** |
| 23 | | |
| 24 | *PersonalWeb Technologies, LLC, et al., v. OUR FILM FESTIVAL, INC., a Delaware corporation, doing business as FANDOR, INC., Case No.: 5:18-CV-00159-BLF* | |
| 25 | | |
| 26 | | |
| 27 | *PersonalWeb Technologies, LLC, et al., v. PAYPAL, INC. A Delaware Corporation: Case No.: 5:18-Cv-00177-BLF* | |
| 28 | | |

1  *PersonalWeb Technologies, LLC, et al., v. UNDER ARMOUR, INC., A Maryland Corporation: Case No.: 5:18-Cv-00166-BLF*

2

3  *PersonalWeb Technologies, LLC, et al., v. YOTPO LTD., An Israel Corporation Case No.: 5:18-Cv-03452-BLF*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF VIVIANA BOERO HEDRICK

I, Viviana Boero Hedrick, declare as follows:

1. I am a member of the bar of the State of California and am admitted to practice before the United States District Court for the Northern District of California. I am Of Counsel at Stubbs Alderton & Markiles, LLP, counsel for Plaintiffs PersonalWeb Technologies, LLC ("PersonalWeb") and Level 3 Communications, LLC ("Level 3") (collectively, "Plaintiffs" or "PersonalWeb"). The facts herein are, unless otherwise stated, based upon personal knowledge, and if called upon to do so, I could, and would testify to their truth under oath. I submit this declaration in support of Plaintiffs Omnibus Reply In Support of Plaintiffs' Motion for Leave to Extend period of Service to Defendants *Nunc Pro Tunc*.

2. On or about March 1, 2018, my office received a letter from Ryan M. Hubbard, of Kirkland & Ellis LLP, which at that time was counsel for Defendant Our Film Festival, Inc. d/b/a Fandor, Inc. Attached hereto as Exhibit A is a true and correct copy of the letter.

3. My office received notice that defendant Lesson Nine GmbH ("Lesson Nine") was successfully served with the Summons and First Amended Complaint on September 28, 2018. Attached hereto as Exhibit B is a true and correct copy of the Certificate of Service my office received from the German Authorities reflecting service on Lesson Nine pursuant to the Hague Convention and applicable German law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing I true and correct.

Executed on November 1, 2018 in Sherman Oaks, California.

By: */s/ Viviana Boero Hedrick*
Viviana Boero Hedrick

1
DECLARATION OF VIVIANA BOERO HEDRICK
IN SUPPORT OF OMNIBUS REPLY ISO MOTION FOR LEAVE
TO EXTEND PERIOD OF SERVICE TO
DEFENDANTS *NUNC PRO TUNC*

5:18-MD-02834-BLF
RELATED CASES