Michael A. Sherman (SBN 94783)
masherman@stubbsalderton.com
Jeffrey F. Gersh (SBN 87124)
jgersh@stubbsalderton.com
Sandeep Seth (SBN 195914)
sseth@stubbsalderton.com
Wesley W. Monroe (SBN 149211)
wmonroe@stubbsalderton.com
Stanley H. Thompson, Jr. (SBN 198825)
sthompson@stubbsalderton.com
Viviana Boero Hedrick (SBN 239359)
vhedrick@stubbsalderton.com
STUBBS, ALDERTON & MARKILES, LLP
15260 Ventura Blvd., 20th Floor
Sherman Oaks, CA 91403
Telephone:    (818) 444-4500
Facsimile:    (818) 444-4520

**Attorneys for Plaintiffs**
[Additional Attorneys listed below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PERSONALWEB TECHNOLOGIES, LLC, ET AL., PATENT LITIGATION | Case No.: 5:18-md-02834-BLF<br><br>**Judge Hon. Beth L. Freeman** |
| Related Cases:<br><br>*PersonalWeb Technologies, LLC, et al., v. LESSON NINE GMBH, a Germany Limited Liability Company, Case No.: 5:18-CV-03453-BLF*<br><br>*PersonalWeb Technologies, LLC, et al., v. MWM MY WEDDING MATCH LTD., a Canada limited company, Case No.: 5:18-CV-03457-BLF*<br><br>*PersonalWeb Technologies, LLC, et al., v. OUR FILM FESTIVAL, INC., a Delaware corporation, doing business as FANDOR, INC., Case No., 5:18-CV-00159-BLF*<br><br>*PersonalWeb Technologies, LLC, et al., v. PAYPAL, INC. a Delaware Corporation, Case No.: 5:18-Cv-00177-BLF* | **PROOF OF SERVICE OF PLAINTIFFS PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC OMNIBUS REPLY IN SUPPORT OF THEIR MOTION FOR LEAVE TO EXTEND PERIOD OF SERVICE TO DEFENDANTS *NUNC PRO TUNC***<br><br>DATE:  March 7, 2019<br>TIME:   9:00 AM<br>PLACE: Courtroom 3, 5TH Floor<br>          280 South First Street<br>          San Jose, CA 95113 |

PROOF OF SERVICE ON PLAINTIFFS' OMNIBUS REPLY IN SUPPORT OF MOTION FOR LEAVE TO EXTEND PERIOD OF SERVICE TO DEFENDANTS *NUNC PRO TUNC*

5:18-MD-02834-BLF
RELATED CASES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*PersonalWeb Technologies, LLC, et al., v.*
*UNDER ARMOUR, INC. A Maryland*
*Corporation: Case No.: 5:18-Cv-00166-BLF*


*PersonalWeb Technologies, LLC, et al., v.*
*YOTPO LTD., An Israel Corporation Case No.:*
*5:18-Cv-03452-BLF*

PROOF OF SERVICE ON PLAINTIFFS' OMNIBUS REPLY IN SUPPORT OF
MOTION FOR LEAVE TO EXTEND  PERIOD OF SERVICE TO
DEFENDANTS *NUNC PRO TUNC*

5:18-MD-02834-BLF
RELATED CASES

**PROOF OF SERVICE**

I declare as follows:

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 15260 Ventura Blvd., 20th Floor, Sherman Oaks, California 91403.  On November 1, 2018, I served the documents described as:

1. **PLAINTIFFS PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC OMNIBUS REPLY IN SUPPORT OF THEIR MOTION FOR LEAVE TO EXTEND PERIOD OF SERVICE TO DEFENDANTS *NUNC PRO TUNC***

2. **DECLARATION OF VIVIANA BOERO HEDRICK IN SUPPORT OF PLAINTIFFS PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC OMNIBUS REPLY IN SUPPORT OF MOTION FOR LEAVE TO EXTEND PERIOD OF SERVICE TO DEFENDANTS *NUNC PRO TUNC*** on the interested parties in this action as follows:

**\*\*\*SEE ATTACHED SERVICE LIST\*\*\***

☒ **BY U.S. MAIL:**  By depositing for collection and mailing in the ordinary course of business.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Sherman Oaks, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing on affidavit.

☒ **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") pursuant to FRCP, Rule 5(b)(2)(E) and JPML Rule 4.1**  (Pursuant to controlling General Order(s) and Local Rule(s) ("LR"), the foregoing document will be served by the court via NEF and hyperlink to the document to counsel at the email address(s) listed below).

☐ **(BY OVERNIGHT DELIVERY)** I am personally and readily familiar with the business practice of Stubbs Alderton & Markiles, LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on November 1, 2018 at Sherman Oaks, California.

*/s/ Ana Escamilla*
Ana Escamilla

PROOF OF SERVICE ON PLAINTIFFS' OMNIBUS REPLY IN SUPPORT OF
MOTION FOR LEAVE TO EXTEND PERIOD OF SERVICE TO
DEFENDANTS *NUNC PRO TUNC*

5:18-MD-02834-BLF
RELATED CASES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SERVICE LIST**
In Re PersonalWeb Technologies, LLC, et al.
USDC Case No: **5:18-MD-02834**

AIRBNB, INC.
c/o J. David Hadden
dhadden@fenwick.com
c/o Todd R. Gregorian
tgregorian@fenwick.com
FENWICK & WEST, LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041

c/o Ravi Ragavendra Ranganath
rranganath@fenwick.com
c/o Chieh Tung
ctung@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104

**NDCA Case No. 5:18-cv-00149-BLF**
*Attorney for Airbnb, Inc.*

AMAZON.COM, INC. AND AMAZON WEB
SERVIES, INC.
c/o J. David Hadden
dhadden@fenwick.com
c/o Phillip John Haack
phaack@fenwick.com
c/o Saina Sason Shamilov
sshamilov@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041

c/o Ravi Ragavendra Ranganath
rranganath@fenwick.com
c/o Chieh Tung
ctung@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104

**NDCA Case No. 5:18-cv-00767-BLF**
*Attorney for Amazon.com, Inc. and
Amazon Web Services, Inc.*

1

PROOF OF SERVICE ON PLAINTIFFS' OMNIBUS REPLY IN SUPPORT OF
MOTION FOR LEAVE TO EXTEND PERIOD OF SERVICE TO
DEFENDANTS *NUNC PRO TUNC*

5:18-MD-02834-BLF
RELATED CASES

| | | |
|---|---|---|
| 1 | AMICUS FTW, INC. | **NDCA Case No. 5:18-cv-00150-BLF** |
| 2 | The Corporation Trust Company<br>Corporation Trust Center | *Agent for Service of Process for Amicus FTW, Inc.* |
| 3 | 1209 Orange St.<br>Wilmington, DE 19801 | ***By U.S. Mail*** |
| 4 | | |
| 5 | ATLAS OBSCURA INC.<br>c/o J. David Hadden | **NDCA Case No. 1:18-00164**<br>*Attorney for Atlas Obscura, Inc.* |
| 6 | dhadden@fenwick.com<br>c/o Todd R. Gregorian | |
| 7 | tgregorian@fenwick.com<br>FENWICK & WEST LLP | |
| 8 | Silicon Valley Center<br>801 California Street | |
| 9 | Mountain View, CA 94041 | |
| 10 | ATLASSIAN, INC. | **NDCA Case No. 5:18-cv-00154-BLF** |
| 11 | c/o Brent P. Ray | *Attorneys for Atlassian, Inc.* |
| 12 | Brent.ray@kirkland.com<br>c/o Ryan Mark Hubbard | |
| 13 | ryan.hubbard@kirkland.com<br>KIRKLAND & ELLIS, LLP | |
| 14 | 300 North LaSalle, Ste. 2400<br>Chicago, Illinois 60654 | |
| 15 | United States | |
| 16 | c/o Eric B. Cheng | |
| 17 | eric.cheng@kirkland.com<br>KIRKLAND & ELLIS, LLP | |
| 18 | 3330 Hillview Avenue<br>Palo Alto, CA 94304 | |
| 19 | | |
| 20 | c/o J. David Hadden<br>dhadden@fenwick.com | |
| 21 | c/o Todd R. Gregorian<br>tgregorian@fenwick.com | |
| 22 | FENWICK & WEST LLP<br>Silicon Valley Center | |
| 23 | 801 California Street | |
| 24 | Mountain View, CA 94041 | |
| 25 | c/o Chieh Tung | |
| 26 | ctung@fenwick.com<br>FENWICK & WEST LLP | |
| 27 | 555 California Street, 12th Floor<br>San Francisco, CA 94104 | |
| 28 | | |

**PROOF OF SERVICE ON PLAINTIFFS' OMNIBUS REPLY IN SUPPORT OF MOTION FOR LEAVE TO EXTEND PERIOD OF SERVICE TO DEFENDANTS *NUNC PRO TUNC***

**5:18-MD-02834-BLF RELATED CASES**

| | |
|---|---|
| 1 | BDG MEDIA, INC. | **NDCA Case No. 5:18-cv-03571-BLF** |

BDG MEDIA, INC.                                   **NDCA Case No. 5:18-cv-03571-BLF**
c/o J. David Hadden                               *Attorney for BDG Media, Inc.*
dhadden@fenwick.com
c/o Shannon E. Turner
sturner@fenwick.com
c/o Todd R. Gregorian
tgregorian@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041


BITLY, INC.                                       **NDCA Case No. 5:18-cv-03572-BLF**
c/o J. David Hadden                               *Attorney for Bitly, Inc.*
dhadden@fenwick.com
c/o Shannon E. Turner
sturner@fenwick.com
c/o Todd R. Gregorian
tgregorian@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041


BLUE APRON, LLC                                   **NDCA Case No. 5:18-cv-03573-BLF**
c/o J. David Hadden                               *Attorney for Blue Apron, LLC*
dhadden@fenwick.com
c/o Shannon E. Turner
sturner@fenwick.com
c/o Todd R. Gregorian
tgregorian@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041

3

| | | |
|---|---|---|
| 1 | BRAZE, INC | **NDCA Case No. 5:18-cv-04624-BLF** |
| | c/o Ryan J. McBrayer | *Attorneys for Braze, Inc.* |
| 2 | RMcBrayer@perkinscoie.com | |
| 3 | PERKINS COIE LLP | |
| | 1201 Third Avenue, Suite 4900 | |
| 4 | Seattle, WA 98101-3099 | |
| 5 | c/o Daniel T. Shvodian | |
| | DShvodian@perkinscoie.com | |
| 6 | PERKINS COIE LLP | |
| 7 | 3150 Porter Drive | |
| | Palo Alto, CA  94304-1212 | |
| 8 | | |
| | BROOKLYN BREWERY CORPORATION | **NDCA Case No. 5:18-cv-05436-BLF** |
| 9 | c/o Todd R. Gregorian | *Attorneys for Brooklyn Brewery* |
| | tgregorian@fenwick.com | *Corporation* |
| 10 | FENWICK & WEST LLP | |
| 11 | Silicon Valley Center | |
| | 801 California Street | |
| 12 | Mountain View, CA  94041 | |
| 13 | BUZZFEED, INC. | **NDCA Case No. 5:18-cv-06046-BLF** |
| | c/o CSC | *Agent for Service of Process on behalf of* |
| 14 | 80 State Street | *BuzzFeed, Inc.* |
| 15 | Albany, NY 12207 | **Via U.S. Mail** |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

4

| | | |
|---|---|---|
| 1 | CAPTERRA, INC.<br>c/o Andrew Colin Mayo | **NDCA Case No. 5:18-cv-03458-BLF**<br>*Attorneys for Capterra, Inc.* |
| 2 | amayo@ashbygeddes.com<br>c/o Steven J. Balick | |
| 3 | sbalick@ashbygeddes.com<br>ASHBY GEDDES | |
| 4 | PO Box 1150 | |
| 5 | 500 Delaware Avenue<br>Wilmington, DE 19899 | |
| 6 | | |
| 7 | c/o C. Gregory Gramenopoulos<br>gramenoc@finnegan.com | |
| 8 | c/o Christopher Charles Johns<br>christopher.johns@finnegan.com | |
| 9 | FINNEGAN HENDERSON FARABOW<br>GARRETT AND DUNNER | |
| 10 | 901 New York Avenue, NW | |
| 11 | Washington, DC  20001-4413 | |
| 12 | c/o Robert Francis McCauley<br>Robert.mccauley@finnegan.com | |
| 13 | FINNEGAN HENDERSON FARABOW<br>GARRETT AND DUNNER | |
| 14 | 3300 Hillview Avenue | |
| 15 | Palo Alto, CA 94304-1003 | |
| 16 | | |
| 17 | CARS.COM LLC<br>c/o Benjamin T. Horton | **NDCA Case No: 5:18-cv-05195-BLF**<br>*Attorneys for Cars.com LLC* |
| 18 | bhorton@marshallip.com<br>c/o Tron Yue Fu | |
| 19 | tfu@marshallip.com<br>MARSHALL GERSTEIN & BORUN LLP | |
| 20 | 233 South Wacker Drive | |
| 21 | 6300 Willis Tower<br>Chicago, IL, 60606-6357 | |
| 22 | | |
| 23 | CENTAUR MEDIA USA INC. AND<br>ECONSULTANCY, LTD. | **NDCA Case No. 5:18-cv-03577-BLF**<br>*Attorney for Centaur Media USA Inc. and* |
| 24 | c/o Todd R. Gregorian | *EConsultancy, Ltd.* |
| 25 | tgregorian@fenwick.com<br>FENWICK & WEST LLP | |
| 26 | Silicon Valley Center<br>801 California Street | |
| 27 | Mountain View, CA 94041 | |
| 28 | | |

PROOF OF SERVICE ON PLAINTIFFS' OMNIBUS REPLY IN SUPPORT OF
MOTION FOR LEAVE TO EXTEND PERIOD OF SERVICE TO
DEFENDANTS *NUNC PRO TUNC*

5:18-MD-02834-BLF
RELATED CASES

CLOUD WARMER, INC.                              **NDCA Case No. 5:18-cv-03998-BLF**
c/o Todd R. Gregorian                           *Attorney for Cloud Warmer, Inc.*
tgregorian@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041


CLOUD 66, INC.                                  **NDCA Case No. 5:18-cv-00155-BLF**
c/o J. David Hadden                             *Attorney for Cloud66, Inc.*
dhadden@fenwick.com
c/o Todd R. Gregorian
tgregorian@fenwick.com
FENWICK & WEST, LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041

c/o Chieh Tung
ctung@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104


CURIOUS.COM, INC.                               **NDCA Case No. 5:18-cv-05198-BLF**
c/o Todd R. Gregorian                           *Attorneys for Curious.com Inc.*
tgregorian@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041

**PROOF OF SERVICE ON PLAINTIFFS' OMNIBUS REPLY IN SUPPORT OF**          **5:18-MD-02834-BLF**
**MOTION FOR LEAVE TO EXTEND PERIOD OF SERVICE TO**                      **RELATED CASES**
**DEFENDANTS** *NUNC PRO TUNC*

| | | |
|---|---|---|
| 1 | CUREBIT, INC. | **NDCA Case No 5:18-cv-00156-BLF** |
| 2 | c/o J. David Hadden<br>dhadden@fenwick.com | *Attorney for Curebit, Inc.* |
| 3 | c/o Todd R. Gregorian<br>tgregorian@fenwick.com | |
| 4 | FENWICK & WEST LLP<br>Silicon Valley Center | |
| 5 | 801 California Street<br>Mountain View, CA  94041 | |
| 6 | | |
| 7 | c/o Chieh Tung<br>ctung@fenwick.com | |
| 8 | FENWICK & WEST LLP<br>555 California Street, 12th Floor | |
| 9 | San Francisco, CA 94104 | |
| 10 | | |
| 11 | DICTIONARY.COM, LLC | **NDCA Case No 5:18-cv-5:18-05606-BLF** |
| 12 | c/o Todd R. Gregorian | *Attorney for Dictionary.com, LLC* |
| 13 | tgregorian@fenwick.com<br>FENWICK & WEST LLP | |
| 14 | Silicon Valley Center | |
| 15 | 801 California Street<br>Mountain View, CA  94041 | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**PROOF OF SERVICE ON PLAINTIFFS' OMNIBUS REPLY IN SUPPORT OF**
**MOTION FOR LEAVE TO EXTEND PERIOD OF SERVICE TO**
**DEFENDANTS** *NUNC PRO TUNC*

5:18-MD-02834-BLF
RELATED CASES

| | |
|---|---|
| 1 | DOLLAR SHAVE CLUB, INC.<br>c/o Brent P. Ray |
| 2 | Brent.ray@kirkland.com<br>c/o Ryan Hubbard |
| 3 | Ryan.Hubbard@kirkland.com |
| 4 | KIRKLAND & ELLIS LLP<br>300 N. LaSalle |
| 5 | Chicago IL 60654 |

1    DOLLAR SHAVE CLUB, INC.
c/o Brent P. Ray
2    Brent.ray@kirkland.com
c/o Ryan Hubbard
3    Ryan.Hubbard@kirkland.com
4    KIRKLAND & ELLIS LLP
300 N. LaSalle
5    Chicago IL 60654

6    c/o Joseph A. Loy
7    jloy@kirkland.com
KIRKLAND & ELLIS LLP
8
9    601 Lexington Avenue
New York, NY 10022

10   c/o Todd R. Gregorian
11   tgregorian@fenwick.com
FENWICK & WEST LLP
12   Silicon Valley Center
801 California Street
13   Mountain View, CA  94041

14   DOXIMITY, INC.
15   c/o J. David Hadden
dhadden@fenwick.com
16   c/o Todd R. Gregorian
tgregoriaran@fenwick.com
17   FENWICK & WEST LLP
18   Silicon Valley Center
801 California Street
19   Mountain View, CA  94041

20   c/o Chieh Tung
21   ctung@fenwick.com
FENWICK & WEST LLP
22   555 California Street, 12th Floor
San Francisco, CA 94104

23
24
25
26
27
28

NDCA 5:18-cv-05373-BLF

*Attorneys for Dollar Shave Club, Inc.*

NDCA Case No. 5:18-cv-00157-BLF
*Attorneys for Doximity, Inc.*

8

PROOF OF SERVICE ON PLAINTIFFS' OMNIBUS REPLY IN SUPPORT OF
MOTION FOR LEAVE TO EXTEND PERIOD OF SERVICE TO
DEFENDANTS *NUNC PRO TUNC*

5:18-MD-02834-BLF
RELATED CASES

| | | |
|---|---|---|
| 1 | FAB COMMERCE DESIGN, INC. | **NDCA Case No. 5:18-cv-03578-BLF** |
| 2 | c/o J. David Hadden<br>dhadden@fenwick.com | *Attorney for Fab Commerce & Design, Inc.* |
| 3 | c/o Shannon E. Turner<br>sturner@fenwick.com | |
| 4 | c/o Todd R. Gregorian<br>tgregorian@fenwick.com | |
| 5 | FENWICK & WEST LLP | |
| 6 | Silicon Valley Center<br>801 California Street | |
| 7 | Mountain View, CA  94041 | |
| 8 | | |
| 9 | FANDUEL, INC. AND FANDUEL LTD. | **NDCA Case No. 5:18-cv-03582-BLF**<br>*Attorneys for FanDuel, Inc. and FanDuel* |
| 10 | c/o J. David Hadden<br>dhadden@fenwick.com | *Ltd.* |
| 11 | c/o Shannon E. Turner<br>sturner@fenwick.com | |
| 12 | c/o Todd R. Gregorian<br>tgregorian@fenwick.com | |
| 13 | FENWICK & WEST LLP | |
| 14 | Silicon Valley Center<br>801 California Street | |
| 15 | Mountain View, CA 94041 | |
| 16 | | |
| 17 | FIVERR INTERNATIONAL LTD.<br>c/o Todd R. Gregorian | **NDCA Case No. 5:18-cv-03455-BLF**<br>*Attorney for Fiverr International Ltd.* |
| 18 | tgregorian@fenwick.com<br>FENWICK & WEST LLP | |
| 19 | 555 California Street<br>12th Floor | |
| 20 | San Francisco, CA 94104 | |
| 21 | FOOD52, INC. | **NDCA Case No. 5:18-cv-03579-BLF** |
| 22 | c/o J. David Hadden<br>dhadden@fenwick.com | *Attorneys for Food52, Inc.* |
| 23 | c/o Shannon E. Turner<br>sturner@fenwick.com | |
| 24 | c/o Todd R. Gregorian<br>tgregorian@fenwick.com | |
| 25 | FENWICK & WEST LLP | |
| 26 | Silicon Valley Center<br>801 California Street | |
| 27 | Mountain View, CA 94041 | |
| 28 | | |

PROOF OF SERVICE ON PLAINTIFFS' OMNIBUS REPLY IN SUPPORT OF
MOTION FOR LEAVE TO EXTEND PERIOD OF SERVICE TO
DEFENDANTS *NUNC PRO TUNC*

5:18-MD-02834-BLF
RELATED CASES

| | | |
|---|---|---|
| 1 | GOLDBELY, INC. | **NDCA CASE No. 5:18-cv-00160-BLF** |
| | c/o J. David Hadden | *Attorneys for Goldbely, Inc.* |
| 2 | dhadden@fenwick.com | |
| 3 | c/o Todd R. Gregorian | |
| | tgregorian@fenwick.com | |
| 4 | FENWICK & WEST LLP | |
| | Silicon Valley Center | |
| 5 | 801 California Street | |
| 6 | Mountain View, CA 94041 | |
| 7 | c/o Chieh Tung | |
| | ctung@fenwick.com | |
| 8 | FENWICK & WEST LLP | |
| | 555 California Street, 12th Floor | |
| 9 | San Francisco, CA 94104 | |
| 10 | c/o David Shane Brun | |
| 11 | sbrun@goodwinlaw.com | |
| | GOODWIN PROCTOR LLP | |
| 12 | Three Embarcadero Center, 28th Floor | |
| | San Francisco, CA 94111 | |
| 13 | | |
| 14 | c/o David L. Simson | |
| | dsimson@goodwinlaw.com | |
| 15 | GOODWIN PROCTOR LLP | |
| | 601 Marshall Street, 8th Floor | |
| 16 | Redwood City, CA 94063 | |
| 17 | GOODREADS, LLC | **NDCA Case No 5:18-cv-05595-BLF** |
| | c/o Todd R. Gregorian | *Attorney for Goodreads, LLC* |
| 18 | tgregorian@fenwick.com | |
| 19 | FENWICK & WEST LLP | |
| | Silicon Valley Center | |
| 20 | 801 California Street | |
| 21 | Mountain View, CA 94041 | |
| 22 | GOPRO, INC. | **NDCA Case No 5:18-cv-00161-BLF** |
| | c/o J. David Hadden | *Attorney for GoPro, Inc.* |
| 23 | dhadden@fenwick.com | |
| 24 | c/o Todd R. Gregorian | |
| | tgregorian@fenwick.com | |
| 25 | FENWICK & WEST LLP | |
| | Silicon Valley Center | |
| 26 | 801 California Street | |
| | Mountain View, CA 94041 | |
| 27 | | |
| 28 | | |

PROOF OF SERVICE ON PLAINTIFFS' OMNIBUS REPLY IN SUPPORT OF
MOTION FOR LEAVE TO EXTEND PERIOD OF SERVICE TO
DEFENDANTS *NUNC PRO TUNC*

5:18-MD-02834-BLF
RELATED CASES

| | | |
|---|---|---|
| 1 | c/o Chieh Tung | |
| 2 | ctung@fenwick.com<br>FENWICK & WEST LLP | |
| 3 | 555 California Street, 12th Floor<br>San Francisco, CA 94104 | |
| 4 | | |
| 5 | HEROKU, INC. | **NDCA Case No. 5:18-cv-00162-BLF** |
| 6 | c/o Michael A. Berta<br>michael.berta@arnoldporter.com | *Attorney for Heroku, Inc.* |
| 7 | ARNOLD & PORTER KAYE SCHOLER LLP<br>10th Floor Three Embarcadero Center | |
| 8 | San Francisco, CA  94111-4024 | |
| 9 | | |
| 10 | c/o Nicholas H Lee<br>nicholas.lee@arnoldporter.com | |
| 11 | ARNOLD & PORTER KAYE SCHOLER LLP<br>44th Floor 777 South Figueroa Street | |
| 12 | Los Angeles, CA  90017-5844 | |
| 13 | | |
| 14 | HOOTSUITE, INC. | **NDCA Case No. 3:18-cv-06615-TSH** |
| 15 | c/o Corporation Service Co., d/b/a CSC – Lawyers, Inc. | *Agent for Service of Process for Hootsuite, Inc.* |
| 16 | 211 E. 7th Street, Suite 620<br>Austin, TX  78701 | **Via U.S. Mail** |
| 17 | | |
| 18 | | |
| 19 | IMGUR, INC. | **NDCA Case No. 5:18-cv-05596-BLF** |
| 20 | c/o Todd R. Gregorian<br>tgregorian@fenwick.com | *Attorney for Imgur, Inc.* |
| 21 | FENWICK & WEST LLP<br>Silicon Valley Center | |
| 22 | 801 California Street<br>Mountain View, CA 94041 | |
| 23 | | |
| 24 | INTUIT, INC. | **NDCA Case No. 5:18-cv-05611-BLF** |
| 25 | c/o Becky DeGeorge<br>CSC LAWYERS INCORPORATING SERVICE | *Agent for Service of Process on behalf of Intuit, Inc.* |
| 26 | 2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 | **Via U.S. Mail** |
| 27 | | |
| 28 | | |

PROOF OF SERVICE ON PLAINTIFFS' OMNIBUS REPLY IN SUPPORT OF
MOTION FOR LEAVE TO EXTEND PERIOD OF SERVICE TO
DEFENDANTS *NUNC PRO TUNC*

5:18-MD-02834-BLF
RELATED CASES

| | |
|---|---|
| 1 | KARMA MOBILITY INC. |
| 2 | c/o Andrew Colin Mayo |

KARMA MOBILITY INC.
c/o Andrew Colin Mayo
amayo@ashbygeddes.com
c/o Steven J. Balick
sbalick@ashbygeddes.com
ASHBY GEDDES
PO Box 1150
500 Delaware Avenue
Wilmington, DE 19899

c/o J. David Hadden
dhadden@fenwick.com
c/o Saina Sason Shamilov
sshamilov@fenwick.com
c/o Todd R. Gregorian
tgregorian@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041

c/o Melanie Mayer
mmayer@fenwick.com
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101

c/o Ravi Ragavendra Ranganath
rranganath@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104

KICKSTARTER, PBC
c/o Michael J. Zinna
mzinna@kelleydrye.com
c/o David Lindenbaum
dlindenbaum@kelleydrye.com
KELLEY, DRYE & WARREN, LLP
101 Park Avenue
New York, New York 10178

NDCA Case No. 5:18-cv-03459-BLF
*Attorneys for Karma Mobility, Inc.*

NDCA Case No. 1:18-cv-00206
*Attorneys for Kickstarter, PBC*

PROOF OF SERVICE ON PLAINTIFFS' OMNIBUS REPLY IN SUPPORT OF
MOTION FOR LEAVE TO EXTEND PERIOD OF SERVICE TO
DEFENDANTS *NUNC PRO TUNC*

5:18-MD-02834-BLF
RELATED CASES

1
2
3
4

KONGREGATE, INC.
c/o David Rufus Boaz
david.boaz@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC, US 27601

**NDCA Case No. 5:18-cv-04625-BLF**
*Attorney for Kongregrate, Inc.*

5
6
7
8
9
10
11
12
13

LEAP MOTION, INC.
c/o J. David Hadden
dhadden@fenwick.com
c/o Todd R. Gregorian
tgregorian@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
c/o Chieh Tung
ctung@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104

**NDCA Case No. 5:18-cv-00163-BLF**
*Attorneys for Leap Motion, Inc.*

14
15
16
17

LESSON NINE GMBH
c/o Todd R. Gregorian
tgregorian@fenwick.com
FENWICK AND WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041

**NDCA Case No. 5:18-cv-03453-BLF**
*Attorney for Lesson Nine GMBH*

18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE ON PLAINTIFFS' OMNIBUS REPLY IN SUPPORT OF
MOTION FOR LEAVE TO EXTEND PERIOD OF SERVICE TO
DEFENDANTS *NUNC PRO TUNC*

5:18-MD-02834-BLF
RELATED CASES

| | |
|---|---|
| 1 | MATCH GROUP, LLC AND |
| | MATCH GROUP, INC. |
| 2 | c/o Andrew Colin Mayo |
| 3 | amayo@ashbygeddes.com |
| | c/o Steven J. Balick |
| 4 | sbalick@ashbygeddes.com |
| | ASHBY & GEDDES |
| 5 | 500 Delaware Avenue 8th Floor |
| 6 | Wilmington, DE 19801 |
| 7 | c/o J. David Hadden |
| | dhadden@fenwick.com |
| 8 | c/o Phillip John Haack |
| | phaack@fenwick.com |
| 9 | c/o Saina Sason Shamilov |
| 10 | sshamilov@fenwick.com |
| | c/o Todd R. Gregorian |
| 11 | tgregorian@fenwick.com |
| | FENWICK AND WEST LLP |
| 12 | Silicon Valley Center |
| 13 | 801 California Street |
| | Mountain View, CA 94041 |
| 14 | |
| 15 | c/o Ravi Ragavendra Ranganath |
| | rranganath@fenwick.com |
| 16 | FENWICK & WEST LLP |
| | 555 California Street, 12th Floor |
| 17 | San Francisco, CA 94104 |
| | c/o Melanie Mayer |
| 18 | mmayer@fenwick.com |
| | FENWICK & WEST LLP |
| 19 | 1191 Second Avenue, 10th Floor |
| | Seattle, WA 98101 |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**NDCA Case No. 5:18-cv-03462-BLF**
*Attorneys for Match Group, LLC and Match Group, Inc.*

14

PROOF OF SERVICE ON PLAINTIFFS' OMNIBUS REPLY IN SUPPORT OF
MOTION FOR LEAVE TO EXTEND PERIOD OF SERVICE TO
DEFENDANTS *NUNC PRO TUNC*

5:18-MD-02834-BLF
RELATED CASES

1    MAVENLINK, INC.                          **NDCA- Case No.: 5:18-cv-05200-BLF**
     c/o Steven L. Caponi                     *Attorneys for Mavenlink, Inc.*
2    caponi@blankrome.com
     BLANK ROME LLP
3    1201 North Market Street, Suite 800
4    Wilmington, DE 19801-4226

5
     c/o Audrey Hsio-Chun Lo
6    audrey.lo@klgates.com
7    K&L GATES LLP
     620 Hansen Way
8    Palo Alto, California 94304

9
     MELIAN LABS, INC.                        **NDCA Case No. 5:18-cv-00165-BLF**
10   c/o J. David Hadden                      *Attorneys for Melian Labs, Inc.*
     dhadden@fenwick.com
11   c/o Saina Sason Shamilov
     sshamilov@fenwick.com
12   c/o Todd R. Gregorian
     tgregorian@fenwick.com
13   FENWICK AND WEST LLP
14   Silicon Valley Center
     801 California Street
15   Mountain View, CA  94041

16
     c/o Chieh Tung
17   ctung@fenwick.com
     FENWICK & WEST LLP
18   555 California Street, 12th Floor
     San Francisco, CA 94104
19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE ON PLAINTIFFS' OMNIBUS REPLY IN SUPPORT OF**          **5:18-MD-02834-BLF**
**MOTION FOR LEAVE TO EXTEND PERIOD OF SERVICE TO**                      **RELATED CASES**
**DEFENDANTS** *NUNC PRO TUNC*

| | |
|---|---|
| 1 | MERKLE, INC. |
| | c/o C. Gregory Gramenopoulos |
| 2 | gramenoc@finnegan.com |
| | c/o Christopher C. Johns |
| 3 | Christopher.johns@finnegan.com |
| 4 | FINNEGAN, HENDERSON, FARABOW, |
| | GARRETT & DUNNER, LLP |
| 5 | 901 New York Avenue, NW |
| | Washington, DC  20001-4413 |

1   MERKLE, INC.
    c/o C. Gregory Gramenopoulos
2   gramenoc@finnegan.com
    c/o Christopher C. Johns
3   Christopher.johns@finnegan.com
4   FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP
5   901 New York Avenue, NW
    Washington, DC  20001-4413
6
7   c/o Robert F. McCauley
    Robert.mccauley@finnegan.com
8   FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP
9   Stanford Research Park
    3300 Hillview Avenue, 2nd Floor
10  Palo Alto, CA  94304-1203
11
12  MWM MY WEDDING MATCH LTD.
    c/o Angel Pui, CEO
13  609 Hastings St. W 11th Floor
    Vancouver
14  British Columbia
15  V6B4W4
16  NRT, LLC
    c/o Rich Basile
17  rbasile@murthalaw.com
18  MURTHA CULLINA
    177 Broad Street, 16th Floor
19  Stamford, CT 06901
20  c/o Todd R. Gregorian
    tgregorian@fenwick.com
21  FENWICK & WEST LLP
22  Silicon Valley Center
    801 California Street
23  Mountain View, CA 94041
24
25
26
27
28

**NDCA Case No. 5:18-cv-00409-BLF**
*Attorneys for Merkle, Inc.*

**NDCA Case No. 5:18-cv-03457-BLF**
*Unrepresented Party*
*Last known address*
***Via U.S. Mail***

**NDCA Case No. 5:18-cv-05201-BLF**
*Attorneys for NRT LLC*

PROOF OF SERVICE ON PLAINTIFFS' OMNIBUS REPLY IN SUPPORT OF
MOTION FOR LEAVE TO EXTEND PERIOD OF SERVICE TO
DEFENDANTS *NUNC PRO TUNC*

5:18-MD-02834-BLF
RELATED CASES

| | | |
|---|---|---|
| 1 | NRT NEW YORK LLC dba CITI HABITATS | **NDCA Case No. 5:18-cv-05201-BLF** |
| | c/o Rich Basile | *Attorneys for NRT New York LLC dba Citi* |
| 2 | rbasile@murthalaw.com | *Habitats* |
| | MURTHA CULLINA LLP | |
| 3 | 177 Broad Street, 16th Floor | |
| 4 | Stamford, CT  06901 | |
| 5 | c/o Todd R. Gregorian | |
| | tgregorian@fenwick.com | |
| 6 | FENWICK & WEST LLP | |
| 7 | Silicon Valley Center | |
| | 801 California Street | |
| 8 | Mountain View, CA 94041 | |
| 9 | OATH, INC. | **NDCA Case No. 5:18-cv-06044-BLF** |
| | c/o CT CORPORATION SYSTEM | *Agent for Service of Process on behalf of* |
| 10 | 111 Eighth Avenue, 13th Fl | *Oath, Inc.* |
| 11 | New York, NY 10011 | **Via U.S. Mail** |
| 12 | OPTIMIZELY, INC. | **NDCA Case No. 5:18-cv-06614-SVK** |
| | c/o James Larson | *Agent for Service of Process for Optimizely,* |
| 13 | 631 Howard Street, Sutie 100 | *Inc.* |
| 14 | San Francisco, CA  94105 | ***Via U.S. Mail*** |
| 15 | OUR FILM FESTIVAL, INC dba FANDOR, INC. | **NDCA Case No. 5:18-cv-00159-BLF** |
| | c/o Todd R. Gregorian | *Attorney for Our Film Festival, Inc.* |
| 16 | tgregorian@fenwick.com | *d/b/a Fandor, Inc.* |
| | FENWICK & WEST LLP | |
| 17 | Silicon Valley Center | |
| 18 | 801 California Street | |
| | Mountain View, CA  94041 | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**PROOF OF SERVICE ON PLAINTIFFS' OMNIBUS REPLY IN SUPPORT OF**
**MOTION FOR LEAVE TO EXTEND PERIOD OF SERVICE TO**
**DEFENDANTS *NUNC PRO TUNC***

**5:18-MD-02834-BLF**
**RELATED CASES**

| | | |
|---|---|---|
| 1 | PANJIVA, INC. | **NDCA Case No. 5:18-cv-03580-BLF** |
| | c/o J. David Hadden | *Attorneys for Panjiva, Inc.* |
| 2 | dhadden@fenwick.com | |
| | c/o Shannon E. Turner | |
| 3 | sturner@fenwick.com | |
| | c/o Todd R. Gregorian | |
| 4 | tgregorian@fenwick.com | |
| 5 | FENWICK & WEST LLP | |
| | Silicon Valley Center | |
| 6 | 801 California Street | |
| 7 | Mountain View, CA  94041 | |
| 8 | c/o Martin Edward Gilmore, III | |
| | mgilmore@perkinscoie.com | |
| 9 | PERKINS COIE LLP | |
| | 30 Rockefeller Plaza, 22nd Floor | |
| 10 | New York, NY 10112-0085 | |
| 11 | | |
| 12 | PAYPAL, INC., | **NDCA Case No. 5:18-cv-00177-BLF** |
| | c/o Todd R. Gregorian | *Attorney for PayPal, Inc.* |
| 13 | tgregorian@fenwick.com | |
| 14 | FENWICK & WEST LLP | |
| | Silicon Valley Center | |
| 15 | 801 California Street | |
| 16 | Mountain View, CA 94041 | |
| 17 | PATREON, INC. | **NDCA Case No. 5:18-cv-05599-BLF** |
| | c/o Todd R. Gregorian | *Attorney for Patreon, Inc.* |
| 18 | tgregorian@fenwick.com | |
| | FENWICK & WEST LLP | |
| 19 | Silicon Valley Center | |
| | 801 California Street | |
| 20 | Mountain View, CA 94041 | |
| 21 | | |
| | PEEK TRAVEL, INC. | **NDCA Case No. 5:18-cv-04628-BLF** |
| 22 | c/o Todd R. Gregorian | *Attorney for Peek Travel, Inc.* |
| 23 | tgregorian@fenwick.com | |
| | FENWIK AND WEST LLP | |
| 24 | Silicon Valley Center | |
| | 801 California Street | |
| 25 | Mountain View, CA  94041 | |
| 26 | | |
| 27 | | |
| 28 | | |

PROOF OF SERVICE ON PLAINTIFFS' OMNIBUS REPLY IN SUPPORT OF
MOTION FOR LEAVE TO EXTEND PERIOD OF SERVICE TO
DEFENDANTS *NUNC PRO TUNC*

5:18-MD-02834-BLF
RELATED CASES

| | | |
|---|---|---|
| 1 | POPSUGAR, INC. | **NDCA Case No. 5:18-cv-06612-SVK** |
| | c/o Sean Macnew, CFO/COO | *Agent for Service of Process for PopSugar,* |
| 2 | 111 Sutter Street, 16th Floor | *Inc.* |
| | San Francisco, CA  94104 | **Via U.S. Mail** |
| 3 | | |
| 4 | QUOTIENT TECHNOLOGY INC. | **NDCA Case No. 5:18-cv-00169-BLF** |
| | c/o J. David Hadden | *Attorneys for Quotient Technology Inc.* |
| 5 | dhadden@fenwick.com | |
| | c/o Saina Sason Shamilov | |
| 6 | sshamilov@fenwick.com | |
| | c/o Todd R. Gregorian | |
| 7 | tgregorian@fenwick.com | |
| 8 | FENWICK AND WEST LLP | |
| | Silicon Valley Center | |
| 9 | 801 California Street | |
| | Mountain View, CA  94041 | |
| 10 | | |
| 11 | c/o Chieh Tung | |
| | ctung@fenwick.com | |
| 12 | FENWICK & WEST LLP | |
| | 555 California Street, 12th Floor | |
| 13 | San Francisco, CA 94104 | |
| 14 | | |
| 15 | c/o Jason A. Crotty | |
| | jcrotty@mkwllp.com | |
| | c/o Jason R. Bartlett | |
| 16 | jbartlett@mkwllp.com | |
| | MAURIEL KAPOUYTIAN WOODS LLP | |
| 17 | 275 Battery Street, Suite 480 | |
| | San Francisco, CA 94111 | |
| 18 | | |
| 19 | REDDIT, INC. | **NDCA Case No. 5:18-cv-00170-BLF** |
| | c/o Marcus A. Barber | *Attorneys for Reddit, Inc.* |
| 20 | MBarber@kasowitz.com | |
| | c/o Gurtej Singh | |
| 21 | gsingh@kasowitz.com | |
| 22 | c/o Heather S. Kim | |
| | hkim@kasowitz.com | |
| 23 | c/o John Walter Downing | |
| | jdowning@kasowitz.com | |
| 24 | c/o Jonathan K. Waldrop | |
| | jwaldrop@kasowitz.com | |
| 25 | KASOWITZ BENSON TORRES LLP | |
| 26 | 333 Twin Dolphin Drive, Suite 200 | |
| | Redwood Shores, CA 94065 | |
| 27 | | |
| 28 | | |

**PROOF OF SERVICE ON PLAINTIFFS' OMNIBUS REPLY IN SUPPORT OF MOTION FOR LEAVE TO EXTEND PERIOD OF SERVICE TO DEFENDANTS *NUNC PRO TUNC***

**5:18-MD-02834-BLF RELATED CASES**

| | | |
|---|---|---|
| 1 | RETAILMENOT, INC. | **NDCA Case No. 5:18-cv-05966** |
| 2 | c/o Amy McLaren, Authorized Agent<br>Corporation Trust Company | *Agent for Service of Process on behalf of*<br>*RetailMeNot, Inc.* |
| 3 | Corporation Trust Center<br>1209 Orange Street | **Via U.S. Mail** |
| 4 | Wilmington, DE 19801 | |

RETAILMENOT, INC.
c/o Amy McLaren, Authorized Agent
Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**NDCA Case No. 5:18-cv-05966**
*Agent for Service of Process on behalf of RetailMeNot, Inc.*
**Via U.S. Mail**

ROBLOX CORPORATION
c/o J. David Hadden
dhadden@fenwick.com
c/o Todd R. Gregorian
tgregorian@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041

**NDCA Case No. 5:18-cv-00171-BLF**
*Attorney for Roblox Corporation*

c/o Chieh Tung
ctung@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104

ROCKETHUB, INC.
c/o Secretary of State, Authorized Agent
99 Washington Avenue
Albany, NY 12207

**NDCA Case No. 5:18-cv-03583-BLF**
EDNY Case No. 1:18-cv-00271-UA
*Authorized Agent for Service of Process on behalf of Rockethub, Inc.*
***Via U.S. Mail***

ELEQT GROUP LTD.
142 Cromwell Road
London, SW7 4EF
United Kingdom

**NDCA Case No. 5:18-cv-03583-BLF**
*Unrepresented Party Last known address*
***Via U.S. Mail***

SHAREFILE LLC
c/o Todd R. Gregorian
tgregorian@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041

**NDCA Case No. 5:18-cv-05202-BLF**
*Attorney for Sharefile LLC*

20

PROOF OF SERVICE ON PLAINTIFFS' OMNIBUS REPLY IN SUPPORT OF
MOTION FOR LEAVE TO EXTEND PERIOD OF SERVICE TO
DEFENDANTS *NUNC PRO TUNC*

5:18-MD-02834-BLF
RELATED CASES

| | | |
|---|---|---|
| 1 | SHOPIFY INC. | **NDCA Case No. 5:18-cv-04626-BLF** |
| | c/o Ryan Hubbard | *Attorney for Shopify Inc.* |
| 2 | ryan.hubbard@kirkland.com | |
| 3 | KIRKLAND & ELLIS LLP | |
| | 300 N. LaSalle | |
| 4 | Chicago IL 60654 | |
| 5 | SHOPIFY (USA), INC. | **NDCA Case No. 5:18-cv-04626-BLF** |
| | c/o Brent P. Ray | *Attorneys for Shopify (USA), Inc.* |
| 6 | Brent.ray@kirkland.com | |
| 7 | c/o Ryan Hubbard | |
| | ryan.hubbard@kirkland.com | |
| 8 | KIRKLAND & ELLIS LLP | |
| | 300 North LaSalle | |
| 9 | Chicago, Illinois 60654 | |
| 10 | | |
| 11 | SLACK TECHNOLOGIES, INC. | **NDCA Case No. 5:18-cv-05600-BLF** |
| | c/o Bijal V. Vakil | *Attorneys for Slack Technologies, Inc.* |
| 12 | bvakil@whitecase.com | |
| 13 | c/o Allen Wang | |
| | awang@whitecase.com | |
| 14 | WHITE & CASE LLP | |
| | Two Palo Alto Square, Suite 900 | |
| 15 | 3000 El Camino Real | |
| | Palo Alto, CA 94306 | |
| 16 | SPOKEO, INC. | **NDCA Case No. 5:18-cv-02140-BLF** |
| | c/o J. David Hadden | *Attorneys for Spokeo, Inc.* |
| 17 | dhadden@fenwick.com | |
| 18 | c/o Todd R. Gregorian | |
| | tgregorian@fenwick.com | |
| 19 | FENWICK & WEST LLP | |
| 20 | Silicon Valley Center | |
| | 801 California Street | |
| 21 | Mountain View, CA 94041 | |
| 22 | c/o Chich Tung | |
| | ctung@fenwick.com | |
| 23 | FENWICK & WEST LLP | |
| | 555 California Street, 12th Floor | |
| 24 | San Francisco, CA 94104 | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**PROOF OF SERVICE ON PLAINTIFFS' OMNIBUS REPLY IN SUPPORT OF**          5:18-MD-02834-BLF
**MOTION FOR LEAVE TO EXTEND PERIOD OF SERVICE TO**                    RELATED CASES
**DEFENDANTS** *NUNC PRO TUNC*

| | |
|---|---|
| 1 | SPONGECELL, INC.<br>c/o J. David Hadden<br>dhadden@fenwick.com | **NDCA Case No. 5:18-cv-03584-BLF**<br>*Attorneys for Spongecell, Inc.* |

1  SPONGECELL, INC.
c/o J. David Hadden
dhadden@fenwick.com
2  c/o Shannon E. Turner
sturner@fenwick.com
3  c/o Todd R. Gregorian
tgregorian@fenwick.com
4  FENWICK & WEST LLP
5  Silicon Valley Center
6  801 California Street
Mountain View, CA 94041
7

**NDCA Case No. 5:18-cv-03584-BLF**
*Attorneys for Spongecell, Inc.*

8  SQUARE, INC.
9  c/o Bijal V. Vakil
bvakil@whitecase.com
10  c/o Allen W. Wang
awang@whitecase.com
11  WHITE & CASE LLP
12  3000 El Camino Real
2 Palo Alto Square, Suite 900
13  Palo Alto CA 94306
14
15  c/o J. David Hadden
dhadden@fenwick.com
15  c/o Todd R. Gregorian
16  tgregorian@fenwick.com
FENWICK & WEST LLP
17  Silicon Valley Center
18  801 California Street
Mountain View, CA  94041

**NDCA Case No. 5:18-cv-00183-BLF**
*Attorneys for Square, Inc.*

19  STACK EXCHANGE, INC.
20  c/o CSC
80 State Street
21  Albany, NY 12207

**NDCA Case No. 5:18-cv-06045-BLF**
*Agent for Service of Process on behalf of Stack Exchange, Inc.*
**Via U.S. Mail**

22  STARTDATE LABS, INC.
23  c/o Todd R. Gregorian
tgregorian@fenwick.com
24  FENWICK & WEST LLP
25  Silicon Valley Center
801 California Street
26  Mountain View, CA 94041

**NDCA Case No. 5:18-cv-05203-BLF**
*Attorney for Startdate Labs, Inc.*

27
28

PROOF OF SERVICE ON PLAINTIFFS' OMNIBUS REPLY IN SUPPORT OF
MOTION FOR LEAVE TO EXTEND PERIOD OF SERVICE TO
DEFENDANTS *NUNC PRO TUNC*

5:18-MD-02834-BLF
RELATED CASES

| | | |
|---|---|---|
| 1 | STITCH FIX, INC. | **NDCA Case No. 5:18-cv-00173-BLF** |
| | c/o Brent P. Ray | *Attorneys for Stitch Fix, Inc.* |
| 2 | Brent.ray@kirkland.com | |
| | Ryan Hubbard | |
| 3 | Ryan.hubbard@kirkland.com | |
| | KIRKLAND & ELLIS, LLP | |
| 4 | 300 North LaSalle | |
| 5 | Chicago, Illinois 60654 | |
| 6 | c/o J. David Hadden | |
| 7 | dhadden@fenwick.com | |
| | c/o Todd R. Gregorian | |
| 8 | tgregorian@fenwick.com | |
| | FENWICK & WEST LLP | |
| 9 | Silicon Valley Center | |
| | 801 California Street | |
| 10 | Mountain View, CA  94041 | |
| 11 | c/o Chieh Tung | |
| 12 | ctung@fenwick.com | |
| | FENWICK & WEST LLP | |
| 13 | 555 California Street, 12th Floor | |
| | San Francisco, CA 94104 | |
| 14 | | |
| 15 | c/o Eric B. Cheng | |
| | eric.cheng@kirkland.com | |
| 16 | KIRKLAND & ELLIS, LLP | |
| | 3330 Hillview Avenue | |
| 17 | Palo Alto, CA 94304 | |
| 18 | STRAVA, INC. | **NDCA Case No. 5:18-cv-04627-BLF** |
| | c/o Brent P. Ray | |
| 19 | Brent.ray@kirkland.com | *Attorneys for Strava, Inc.* |
| 20 | Ryan Hubbard | |
| | Ryan.hubbard@kirkland.com | |
| 21 | KIRKLAND & ELLIS LLP | |
| | 300 North LaSalle | |
| 22 | Chicago, Illinois 60654 | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**PROOF OF SERVICE ON PLAINTIFFS' OMNIBUS REPLY IN SUPPORT OF MOTION FOR LEAVE TO EXTEND PERIOD OF SERVICE TO DEFENDANTS** *NUNC PRO TUNC*

5:18-MD-02834-BLF
RELATED CASES

| | |
|---|---|
| 1 | TASTY TRADE, INC. |
| | c/o Todd R. Gregorian |
| 2 | tgregorian@fenwick.com |
| | FENWICK & WEST LLP |
| 3 | Silicon Valley Center |
| | 801 California Street |
| 4 | Mountain View, CA 94041 |
| 5 | |
| 6 | |
| | TEESPRING, INC. |
| 7 | c/o J. David Hadden |
| | dhadden@fenwick.com |
| 8 | c/o Saina Sason Shamilov |
| | sshamilov@fenwick.com |
| 9 | FENWICK & WEST LLP |
| 10 | Silicon Valley Center |
| | 801 California Street |
| 11 | Mountain View, CA  94041 |
| 12 | |
| 13 | c/o Ryan R. Smith |
| | rsmith@wsgr.com |
| 14 | WILSON SONSINI GOODRICH & ROSATI |
| 15 | 650 Page Mill Road |
| | Palo Alto, CA 94304-1050 |
| 16 | |
| | TOPHATTER, INC. |
| 17 | c/o J. David Hadden |
| | dhadden@fenwick.com |
| 18 | c/o Saina Sason Shamilov |
| | sshamilov@fenwick.com |
| 19 | c/o Todd R. Gregorian |
| | tgregorian@fenwick.com |
| 20 | FENWICK & WEST LLP |
| 21 | Silicon Valley Center |
| | 801 California Street |
| 22 | Mountain View, CA  94041 |
| 23 | |
| | c/o Chieh Tung |
| 24 | ctung@fenwick.com |
| | FENWICK & WEST LLP |
| 25 | 555 California Street, 12th Floor |
| | San Francisco, CA 94104 |
| 26 | |
| 27 | |
| 28 | |

**NDCA Case No. 5:18-cv-05204-BLF**
*Attorney for Tasty Trade, Inc.*

**NDCA Case No. 5:18-cv-00175-BLF**

*Attorneys for Teespring, Inc,*

**NDCA Case No. 5:18-cv-00176-BLF**
*Attorney for Tophatter, Inc.*

PROOF OF SERVICE ON PLAINTIFFS' OMNIBUS REPLY IN SUPPORT OF
MOTION FOR LEAVE TO EXTEND PERIOD OF SERVICE TO
DEFENDANTS *NUNC PRO TUNC*

5:18-MD-02834-BLF
RELATED CASES

| | | |
|---|---|---|
| 1 | TREEHOUSE ISLAND INC. | **NDCA Case No. 5:18-cv-05205-BLF** |
| 2 | c/o Todd R. Gregorian<br>tgregorian@fenwick.com | *Attorney for Treehouse Island, Inc.* |
| 3 | FENWICK & WEST LLP<br>Silicon Valley Center | |
| 4 | 801 California Street<br>Mountain View, CA 94041 | |
| 5 | | |
| 6 | | |
| 7 | TRELLO, INC.<br>c/o CSC | **NDCA Case No. 5:18-cv-06043-BLF**<br>*Agent for Service of Process on behalf of* |
| 8 | 80 State Street | *Trello, Inc.* |
| 9 | Albany, NY 12207 | **Via U.S. Mail** |
| 10 | | |
| 11 | TRIPADVISOR, LLC<br>c/o Todd R. Gregorian | **NDCA Case No. 5:18-cv-05967-BLF**<br>*Attorney for TripAdvisor, LLC* |
| 12 | tgregorian@fenwick.com<br>FENWICK & WEST LLP | |
| 13 | Silicon Valley Center | |
| 14 | 801 California Street<br>Mountain View, CA 94041 | |
| 15 | | |
| 16 | TWITCH INTERACTIVE, INC.<br>c/o Todd R. Gregorian | **NDCA Case No. 5:18-cv-05619-BLF**<br>*Attorney for Twitch Interactive, Inc.* |
| 17 | tgregorian@fenwick.com<br>FENWICK & WEST LLP | |
| 18 | Silicon Valley Center | |
| 19 | 801 California Street<br>Mountain View, CA 94041 | |
| 20 | | |
| 21 | UNDER ARMOUR, INC.<br>c/o Todd R. Gregorian | **NDCA Case No. 5:18-cv-00166-BLF**<br>*Attorney for Under Armour, Inc.* |
| 22 | tgregorian@fenwick.com<br>FENWICK & WEST LLP | |
| 23 | Silicon Valley Center | |
| 24 | 801 California Street<br>Mountain View, CA 94041 | |
| 25 | UPWORK GLOBAL, INC.<br>c/o Trisha Rosano | **NDCA Case No. 5:18-cv-05624-BLF**<br>*Authorized Agent to Accept Service on* |
| 26 | REGISTERED AGENT SOLUTIONS, INC. | *behalf of UpWork Global, Inc.* |
| 27 | 1220 S. Street, Suite 150<br>Sacramento, CA 95811 | **Via U.S. Mail** |
| 28 | | |

| | |
|---|---|
| 1 | URBAN DICTIONARY, LLC | **NDCA Case No. 5:18-cv-05968-BLF** |
| | c/o Todd R. Gregorian | *Attorney for Urban Dictionary, LLC* |
| 2 | tgregorian@fenwick.com | |
| | FENWICK & WEST LLP | |
| 3 | Silicon Valley Center | |
| | 801 California Street | |
| 4 | Mountain View, CA 94041 | |
| 5 | | |
| | VALASSIS COMMUNICATIONS, INC. | **NDCA Case No. 5:18-cv-05206-BLF** |
| 6 | c/o Brent P. Ray | *Attorneys for Valassis Communications,* |
| | Brent.ray@kirkland.com | *Inc.* |
| 7 | Ryan Hubbard | |
| | Ryan.Hubbard@kirkland.com | |
| 8 | KIRKLAND & ELLIS LLP | |
| 9 | 300 North LaSalle | |
| | Chicago, Illinois 60654 | |
| 10 | | |

1 URBAN DICTIONARY, LLC
c/o Todd R. Gregorian
tgregorian@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041

**NDCA Case No. 5:18-cv-05968-BLF**
*Attorney for Urban Dictionary, LLC*

VALASSIS COMMUNICATIONS, INC.
c/o Brent P. Ray
Brent.ray@kirkland.com
Ryan Hubbard
Ryan.Hubbard@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654

**NDCA Case No. 5:18-cv-05206-BLF**
*Attorneys for Valassis Communications, Inc.*

VICE MEDIA, LLC
c/o CSC
80 State Street
Albany, NY 12207

**NDCA Case No. 5:18-cv-05970-BLF**
*Authorized Agent for Service of Process On behalf of Vice Media, LLC*
**Via U.S. Mail**

VIMEO, INC.
c/o Michael A. Cheah
michael.chea@iac.com
IAC/InterActiveCorp
555 West 18th Street
New York, NY 10011

c/o Todd R. Gregorian
tgregorian@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041

**NDCA Case No. 5:18-cv-06042-BLF**
*Attorneys for Vimeo, Inc.*

VOX MEDIA, INC.
c/o Todd R. Gregorian
tgregorian@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041

**NDCA Case No. 5:18-cv-05969-BLF**
*Attorney for Vox Media, Inc.*

26

PROOF OF SERVICE ON PLAINTIFFS' OMNIBUS REPLY IN SUPPORT OF
MOTION FOR LEAVE TO EXTEND PERIOD OF SERVICE TO
DEFENDANTS *NUNC PRO TUNC*

5:18-MD-02834-BLF
RELATED CASES

| | | |
|---|---|---|
| 1 | WEBFLOW, INC. | **NDCA Case No. 5:18-cv-00178-BLF** |
| | c/o J. David Hadden | *Attorneys for Webflow, Inc.* |
| 2 | dhadden@fenwick.com | |
| | c/o Saina Sason Shamilov | |
| 3 | sshamilov@fenwick.com | |
| | c/o Todd R. Gregorian | |
| 4 | tgregorian@fenwick.com | |
| 5 | FENWICK & WEST LLP | |
| | Silicon Valley Center | |
| 6 | 801 California Street | |
| 7 | Mountain View, CA 94041 | |
| 8 | c/o Chieh Tung | |
| | ctung@fenwick.com | |
| 9 | FENWICK & WEST LLP | |
| | 555 California Street, 12th Floor | |
| 10 | San Francisco, CA 94104 | |
| 11 | | |
| 12 | WEDDINGWIRE, INC. | **NDCA Case No. 5:18-cv-03458-BLF** |
| | c/o Andrew Colin Mayo | *Attorneys for WeddingWire, Inc.* |
| 13 | amayo@ashbygeddes.com | |
| 14 | c/o Steven J. Balick | |
| | sbalick@ashbygeddes.com | |
| 15 | ASHBY & GEDDES | |
| | 500 Delaware Avenue 8th Floor | |
| 16 | Wilmington, DE 19801 | |
| 17 | c/o J. David Hadden | |
| 18 | dhadden@fenwick.com | |
| | c/o Todd R. Gregorian | |
| 19 | tgregorian@fenwick.com | |
| | FENWICK & WEST LLP | |
| 20 | Silicon Valley Center | |
| | 801 California Street | |
| 21 | Mountain View, CA  94041 | |
| 22 | WEWORK COMPANIES INC. | **NDCA Case No. 5:18-cv-05272-BLF** |
| 23 | c/o Todd R. Gregorian | |
| | tgregorian@fenwick.com | *Attorney for WeWork Companies Inc.* |
| 24 | FENWICK AND WEST LLP | |
| | Silicon Valley Center | |
| 25 | 801 California Street | |
| 26 | Mountain View, CA 94041 | |
| 27 | | |
| 28 | | |

27

PROOF OF SERVICE ON PLAINTIFFS' OMNIBUS REPLY IN SUPPORT OF
MOTION FOR LEAVE TO EXTEND PERIOD OF SERVICE TO
DEFENDANTS *NUNC PRO TUNC*

5:18-MD-02834-BLF
RELATED CASES

| 1 | YOTPO LTD. | **NDCA Case No. 5:18-cv-03452-BLF** |
| | c/o J. David Hadden | *Attorney for Yotpo, Ltd.* |
| 2 | FENWICK & WEST LLP | |
| 3 | Silicon Valley Center | |
| | 801 California Street | |
| 4 | Mountain View, CA  94041 | |

5

| 6 | | |
| | ZIFF DAVIS, LLC | **SDNY Case No. 1:18-cv-10027-DLC-** |
| 7 | c/o Corporation Service Company | **SDA** |
| | 80 State Street | *Agent for Service of Process for Ziff* |
| 8 | Albany, NY  12207-2543 | *Davis, LLC* |
| | | **Via U.S. Mail** |

9

10

11

| 12 | ZOOM VIDEO COMMUNICATIONS, INC. | **NDCA Case No. 5:18-cv-05625-BLF** |
| | c/o Mason Tse | *Agent authorized to accept service on* |
| 13 | Authorized Agent to Accept Service | *behalf of Zoom Video Communications,* |
| | 55 S. Almaden Boulevard, Suite 600 | *Inc.* |
| 14 | San Jose, CA 95113 | **Via U.S. Mail** |

15

16

17   List Updated: 11/1/2018 7:21 PM

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE ON PLAINTIFFS' OMNIBUS REPLY IN SUPPORT OF**                   5:18-MD-02834-BLF
**MOTION FOR LEAVE TO EXTEND PERIOD OF SERVICE TO**                                      **RELATED CASES**
**DEFENDANTS** *NUNC PRO TUNC*