Michael A. Sherman (SBN 94783)
masherman@stubbsalderton.com
Jeffrey F. Gersh (SBN 87124)
jgersh@stubbsalderton.com
Sandeep Seth (SBN 195914)
sseth@stubbsalderton.com
Wesley W. Monroe (SBN 149211)
wmonroe@stubbsalderton.com
Stanley H. Thompson, Jr. (SBN 198825)
sthompson@stubbsalderton.com
Viviana Boero Hedrick (SBN 239359)
vhedrick@stubbsalderton.com
STUBBS, ALDERTON & MARKILES, LLP
15260 Ventura Blvd., 20th Floor
Sherman Oaks, CA 91403
Telephone: (818) 444-4500
Facsimile: (818) 444-4520

**Attorneys for Plaintiffs**
[Additional Attorneys listed below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE PERSONALWEB TECHNOLOGIES, LLC, ET AL., PATENT LITIGATION

Related Cases:

*PersonalWeb Technologies, LLC et al., v. LESSON NINE GMBH, Germany Limited Liability Company: Case No.: 5:18-CV-03453-BLF*

*PersonalWeb Technologies, LLC, et al., v. MWM MY WEDDING MATCH LTD., a Canada limited company, Case No.: 5:18-CV-03457-BLF*

*PersonalWeb Technologies, LLC, et al., v. OUR FILM FESTIVAL, INC.*, a Delaware corporation, doing business as FANDOR, INC., *Case No.: 5:18-CV-00159-BLF*

*PersonalWeb Technologies, LLC, et al., v. PAYPAL, INC. A Delaware Corporation: Case No.: 5:18-Cv-00177-BLF*

*PersonalWeb Technologies, LLC, et al., v.*

**Case No.: 5:18-md-02834-BLF**

**Magistrate Judge Hon. Beth L. Freeman**

**NOTICE OF WITHDRAWAL OF DOCKET NO. 285, REPLY IN SUPPORT OF MOTION FOR LEAVE TO EXTEND PERIOD OF SERVICE TO DEFENDANTS *NUNC PRO TUNC* AND DOCKET NO. 286, CERTIFICATE OF SERVICE**

*UNDER ARMOUR, INC., A Maryland Corporation: Case No.: 5:18-Cv-00166-BLF*

*PersonalWeb Technologies, LLC, et al., v. YOTPO LTD., An Israel Corporation Case No.: 5:18-Cv-03452-BLF*

**WITHDRAWAL STATEMENT**

PersonalWeb Technologies, LLC and Level 3 Communications, LLC hereby withdraw Docket No. 285, Reply in Support of Motion for Leave To Extend Period of Service To Defendants *Nunc Pro Tunc* and Docket No. 286, Certificate of Service filed on November 1, 2018, and will file a corrected one imminently. We apologize for any inconvenience to the Court.

Dated: November 1, 2018

**STUBBS ALDERTON & MARKILES, LLP**

By: /s/ Michael A. Sherman
Michael A. Sherman
Attorneys for Plaintiffs

Dated: November 1, 2018

MACEIKO IP

By: */s/ Theodore S. Maceiko*

Theodore S. Maceiko (SBN 150211)
ted@maceikoip.com
MACEIKO IP
420 2nd Street
Manhattan Beach, California 90266
Telephone: (310) 545-3311
Facsimile: (310) 545-3344
Attorneys for Plaintiff
PERSONALWEB TECHNOLOGIES, LLC,

Dated: November 1, 2018

DAVID D. WIER

By: */s/ David D. Wier*

David D. Wier
david.wier@level3.com
Vice President and Assistant General Counsel
Level 3 Communications, LLC
1025 Eldorado Boulevard
Broomfield, CO 80021
Telephone: (720) 888-3539
Attorneys for Plaintiff
LEVEL 3 COMMUNICATIONS, LLC