UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

[Re: ECF 279]

An Administrative Motion to Consider Whether Cases Should be Related (Civil L.R. 3-12; 7-11) has been filed. ECF 279. The time for filing an opposition or statement of support has passed. As the judge assigned to case

*In re: PersonalWeb Technologies, LLC, et al., Patent Litigation* (5:18-md-02834-BLF)

I find that the more recently filed cases that I have initialed below are related to the case assigned to me, and such cases shall be reassigned to me and consolidated into the multidistrict litigation for pretrial purposes.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 3:18-cv-06615 | *PersonalWeb Techs., LLC, et al. v. Hootsuite, Inc.* | BLF | |
| 5:18-cv-06614 | *PersonalWeb Techs., LLC, et al. v. Optimizely, Inc.* | BLF | |
| 5:18-cv-06612 | *PersonalWeb Techs., LLC, et al. v. PopSugar, Inc.* | BLF | |

**ORDER**

The parties are instructed to review the orders issued in *In re: PersonalWeb Technologies, LLC, et al., Patent Litigation* (5:18-md-02834-BLF) as they are applicable to the reassigned cases. A Preliminary Case Management Conference was held on September 20, 2018. *See* ECF 157 (Case Management Order No. 1).

Dated: November 6, 2018

Beth Labson Freeman
United States District Judge

1