Joshua Anderson - SBN 279170
Joshua.Anderson@wbd-us.com
Womble Bond Dickinson (US) LLP
3200 Park Center Drive, Suite 700
Costa Mesa, CA 92626-7149
714-557-3800
714-557-3347

David R. Boaz – SBN-NC 44229 (*admitted pro hac vice*)
Womble Bond Dickinson (US) LLP
555 Fayetteville, Suite 1100
Raleigh, NC  27601
919-755-8124
919-755-6042

Attorneys for Defendant
KONGREGATE INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: PERSONAL WEB TECHNOLOGIES, LLC, ET AL., PATENT LITIGATION | Case No. 5:18-md-02834-BLF<br><br>**DEFENDANT KONGREGATE'S STATEMENT  REGARDING REPRESENTATIVE CUSTOMER CASE** |
|---|---|

1    Through counsel and pursuant to the Court's Case Management Order No. 2 (Dkt. 304) and
2    the Joint Notice Regarding Parties' Proposals for a Representative Customer Case filed by Plaintiffs
3    and Amazon (Dkt. 303), Defendant Kongregate Inc. ("Kongregate") respectfully submits this
4    Statement Regarding Representative Customer Case.

5    During the November 2, 2019 status conference, the Court made it clear that it wished to
6    proceed with a "single" customer case, and that case should involve a customer alleged to infringe
7    the asserted patents in all four categories. (Nov. 2, 2018 Trans., at pp. 5-9, 28-29, identifying Twitch
8    Interactive, Inc. and Centaur Media as the only candidates). The Court soundly reasoned that
9    proceeding with such a case would best promote efficiencies and provide the most comprehensive
10   claim preclusion or collateral estoppel scenario as applied to Plaintiffs' claims against the other
11   customers. Plaintiffs' counsel agreed. (*Id*. at 7).

12   Following the conference, and without notice to Kongregate, Plaintiffs apparently decided
13   that the Kongregate case should also move forward. As Plaintiffs have not contacted Kongregate to
14   discuss the matter, and Plaintiffs do not allege that Kongregate infringes under all four categories,
15   Kongregate is left to speculate about Plaintiffs' motives (Perhaps Plaintiffs wish to proceed with the
16   Kongregate case because Kongregate is one of the few customer defendants not currently
17   represented by Amazon's counsel).

18   Regardless, Kongregate objects to Plaintiffs' new proposal. It makes no sense and runs
19   counter to the Court's rational of proceeding with a single customer case that is comprehensive.
20   Kongregate is not alleged to infringe under all four categories, and many defendants that are alleged
21   to infringe the same categories as Kongregate are represented by Amazon's counsel. Moreover,
22   requiring Kongregate to defend against Plaintiffs' claims while the Amazon case and a fully-
23   encompassing customer case proceeds, would be highly prejudicial to Kongregate, only serve to
24   complicate matters, and waste the Court's and Kongregate's resources. Accordingly, Kongregate
25   respectfully submits that the Court should reject Plaintiffs' most recent proposal.

| | |
|---|---|
| DATED:  November 9, 2018 | WOMBLE BOND DICKINSON (US) LLP |
| | By: /s/ *Joshua Anderson* |
| | Joshua Anderson (CA Bar No. 279170) |
| | Womble Bond Dickinson (US) LLP |
| | 3200 Park Center Drive, Ste. 700, Costa Mesa, CA 92626 |
| | Telephone: (657) 266-1046 |
| | Fax:  (714) 371-2656 |
| | |
| | David R. Boaz – SBN-NC 44229 (*admitted pro hac vice*) |
| | Womble Bond Dickinson (US) LLP |
| | 555 Fayetteville, Suite 1100 |
| | Raleigh, NC  27601 |
| | 919-755-8124 |
| | 919-755-6042 |
| | |
| | *Attorneys for* |
| | KONGREGATE INC. |

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                     */s/ Joshua Anderson*
                                     David R. Boaz