| | |
|---|---|
| J. DAVID HADDEN (CSB No. 176148) <br> dhadden@fenwick.com <br> SAINA S. SHAMILOV (CSB No. 215636) <br> sshamilov@fenwick.com <br> TODD R. GREGORIAN (CSB No. 236096) <br> tgregorian@fenwick.com <br> PHILLIP J. HAACK (CSB No. 262060) <br> phaack@fenwick.com <br> RAVI R. RANGANATH (CSB No. 272981) <br> rranganath@fenwick.com <br> CHIEH TUNG (CSB No. 318963) <br> ctung@fenwick.com <br> FENWICK & WEST LLP <br> Silicon Valley Center <br> 801 California Street <br> Mountain View, CA  94041 <br> Telephone:     650.988.8500 <br> Facsimile:     650.938.5200 <br><br> Counsel for AMAZON.COM, INC. and AMAZON WEB SERVICES, INC. | MICHAEL A. SHERMAN (SBN 94783) <br> masherman@stubbsalderton.com <br> JEFFREY F. GERSH (SBN 87124) <br> jgersh@stubbsalderton.com <br> SANDEEP SETH (SBN 195914) <br> sseth@ stubbsalderton.com <br> WESLEY W. MONROE (SBN 149211) <br> wmonroe@stubbsalderton.com <br> STANLEY H. THOMPSON, JR. (SBN 198825) <br> sthompson@stubbsalderton.com <br> VIVIANA B. HEDRICK (SBN 239359) <br> vhedrick@stubbsalderton.com <br> STUBBS ALDERTON MARKILES, LLP <br> 15260 Ventura Boulevard, 20TH Floor <br> Sherman Oaks, CA  91403 <br> Telephone:    (818) 444-4500 <br> Facsimile:    (818) 444-4520 <br><br> Attorneys for PERSONALWEB TECHNOLOGIES, LLC <br><br> DAVID D. WIER <br> david.wier@level3.com <br> Assistant General Counsel <br> 1025 Eldorado Boulevard <br> Broomfield, CO  80021 <br> Telephone:    (720) 888-3539 <br><br> Attorney for LEVEL 3 COMMUNICATIONS, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PERSONALWEB TECHNOLOGIES, LLC, ET AL., PATENT LITIGATION | Case No.: 5:18-md-02834-BLF |
| AMAZON.COM, INC. and AMAZON WEB SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PERSONAL WEB TECHNOLOGIES, LLC, and LEVEL 3 COMMUNICATIONS, LLC, <br><br> Defendants. | Case No.: 5:18-cv-00767-BLF <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING ON AMAZON'S CLAIM PRECLUSION/*KESSLER* MOTION** |

Amazon.com, Inc. and Amazon Web Services, Inc. (collectively, "Amazon") and PersonalWeb Technologies, LLC and Level 3 Communications, LLC (collectively, "PersonalWeb") hereby stipulate and recite as follows:

WHEREAS, by Order dated November 6, 2018, the Court set a hearing on Amazon's anticipated motion under the claim preclusion and/or *Kessler* doctrines on February 7, 2019 at 2:00 P.M., and directed that the "closing brief shall be filed at least 14 days before the hearing" (Dkt. No. 304);

WHEREAS, the Court directed the parties to "meet and confer regarding the briefing schedule and . . . submit their proposed schedule to the Court by November 9, 2019"; (*Id.*)

WHEREAS, the parties have conferred and agreed that Amazon shall file its motion on November 28, 2018, PersonalWeb shall file its opposition by January 9, 2019, and Amazon shall file its reply brief by January 24, 2019;

THE PARTIES HEREBY STIPULATE and jointly request that:

(1) Amazon shall have up to and including November 28, 2018 to file its motion under the claim preclusion and *Kessler* doctrines;

(2) PersonalWeb shall have up to and including January 9, 2019 to file its opposition to Amazon's motion; and

(3) Amazon shall have up to and including January 24, 2019 to file its reply in support of its motion.

Dated: November 9, 2018          Respectfully submitted,

FENWICK & WEST LLP

By: */s/ Saina S. Shamilov*
    Saina S. Shamilov

*Counsel for* AMAZON. COM, INC. and AMAZON WEB SERVICES, INC.

| | | |
|---|---|---|
| 1 | Dated: November 9, 2018 | STUBBS ALDERTON & MARKILES, LLP |
| 2 | | |
| 3 | | By: /s/ *Viviana Boero Hedrick* |
| | | Michael A. Sherman |
| 4 | | Jeffrey F. Gersh |
| | | Sandeep Seth |
| 5 | | Wesley W. Monroe |
| | | Viviana Boero Hedrick |
| 6 | | |
| 7 | | Attorneys for Patent Plaintiffs |
| 8 | Dated: November 9, 2018 | MACEIKO IP |
| 9 | | By: /s/ *Theodore S. Maceiko* |
| 10 | | Theodore S. Maceiko (SBN 150211) |
| | | ted@maceikoip.com |
| 11 | | MACEIKO IP |
| | | 420 2nd Street |
| 12 | | Manhattan Beach, CA  90266 |
| | | Telephone: (310) 545-3311 |
| 13 | | Facsimile: (310) 545-3344 |
| 14 | | |
| | | Attorneys for Plaintiff |
| 15 | | PERSONALWEB TECHNOLOGIES, LLC, a Texas limited liability company |
| 16 | | |
| 17 | Dated: November 9, 2018 | DAVID D. WIER |
| 18 | | |
| 19 | | By: /s/ *David D. Wier* |
| | | David D. Wier |
| 20 | | david.wier@level3.com |
| | | Assistant General Counsel |
| 21 | | 1025 Eldorado Boulevard |
| | | Broomfield, CO  80021 |
| 22 | | Telephone:         (720) 888-3539 |
| 23 | | Attorneys for Plaintiff |
| | | LEVEL 3 COMMUNICATIONS, LLC |

# ATTESTATION

The undersigned attests that concurrence in the filing of the foregoing document was obtained from all of its signatories.

Dated: November 9, 2018                FENWICK & WEST LLP

                                       */s/ Saina S. Shamilov*
                                       Saina S. Shamilov

                                       *Counsel for*
                                       AMAZON.COM, INC. AND
                                       AMAZON WEB SERVICES, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____              _____
                                   Honorable Beth Labson Freeman
                                   United States District Judge