1  J. DAVID HADDEN (CSB No. 176148)/
   dhadden@fenwick.com
2  SAINA S. SHAMILOV (CSB No. 215636)
   sshamilov@fenwick.com
3  TODD R. GREGORIAN (CSB No. 236096)
   tgregorian@fenwick.com
4  PHILLIP J. HAACK (CSB No. 262060)
   phaack@fenwick.com
5  RAVI R. RANGANATH (CSB No. 272981)
   rranganath@fenwick.com
6  CHIEH TUNG (CSB No. 318963)
   ctung@fenwick.com
7  FENWICK & WEST LLP
   Silicon Valley Center
8  801 California Street
   Mountain View, CA  94041
9  Telephone:     650.988.8500
   Facsimile:     650.938.5200
10
   Counsel for
11 AMAZON.COM, INC. and
   AMAZON WEB SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PERSONALWEB TECHNOLOGIES, LLC, ET AL., PATENT LITIGATION | Case No.: 5:18-md-02834-BLF |
| AMAZON.COM, INC. and AMAZON WEB SERVICES, INC., <br><br>Plaintiffs,<br><br>v.<br><br>PERSONALWEB TECHNOLOGIES, LLC, and LEVEL 3 COMMUNICATIONS, LLC,<br><br>Defendants. | **STATEMENT OF AMAZON.COM, INC. AND AMAZON WEB SERVICES, INC. REGARDING REPRESENTATIVE CASES** |
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC,<br><br>Counterclaimants,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON WEB SERVICES, INC.,<br><br>Counter-Defendants | Case No. 5:18-cv-00767-BLF |

FENWICK & WEST LLP
ATTORNEYS AT LAW

In response to the Court's request to select a representative case, the parties agreed to designate PersonalWeb's case against Twitch Interactive, Inc. (Case No. 5:18-cv-05619-BLF). PersonalWeb Technologies, LLC and Level3 Communications LLC ("PersonalWeb"), however, request that an additional case, against Kongregate, Inc., Case No. 5:18-cv-04625-BLF, also proceed. But there is no need for another representative case. In its case against Twitch, PersonalWeb asserts *all* of its infringement categories. And as it admitted at the last case management conference, if the Twitch case culminates in "a verdict against PersonalWeb that no infringement was found," "none of the customer cases could go forward because there would be findings in each of the buckets." (Nov. 2, 2018 CMC Hrg. Tr. at 6:17-22.) The Kongregate case, which involves only a subset of the buckets, adds nothing to the already selected representative case against Twitch.

During the parties' discussions, PersonalWeb's sole reason for requesting that the Kongregate case proceed as well was its "concern" that because Twitch became a wholly-owned subsidiary of Amazon.com, Inc. in 2014, its case will not adequately represent the interests of other defendants. But this concern is not valid. First, no defendant has raised such a concern or requested that its case be designated as representative. Kongregate itself opposes PersonalWeb's request. Second, PersonalWeb's concern would not even be addressed by the Kongregate case. As Kongregate told PersonalWeb in July, it used Amazon S3 during the relevant time period and is therefore no different than any other indemnified Amazon customer sued by PersonalWeb. And to be clear, every current defendant (or its predecessor) was an Amazon S3 customer before the patents expired. Third, although Twitch became an Amazon subsidiary in 2014, it retained full control of its website and its design. Accordingly, the technology to be litigated in the Twitch case is Twitch's own, and not one controlled by Amazon (outside of the implicated S3 functionality). Indeed, PersonalWeb alleges that Twitch's purported infringement began in 2012, years before Amazon's acquisition. Finally, Twitch, like Amazon and any other defendant, has a significant interest in defeating *all* of PersonalWeb's claims under *any* theory and vindicating its business and technology.

Accordingly, the Court should reject PersonalWeb's proposal to have an unnecessary and duplicative case against Kongregate proceed along with the Twitch case and Amazon's declaratory judgment action.

| | |
|---|---|
| Dated: November 9, 2018 | FENWICK & WEST LLP |
| | By: */s/ Saina S. Shamilov*<br>Saina S. Shamilov |
| | Counsel for<br>AMAZON.COM, INC. and<br>AMAZON WEB SERVICES, INC. |