| | |
|---|---|
| MICHAEL A. SHERMAN (SBN 94783) | J. DAVID HADDEN (CSB No. 176148) |
| masherman@stubbsalderton.com | dhadden@fenwick.com |
| JEFFREY F. GERSH (SBN 87124) | SAINA S. SHAMILOV (CSB No. 215636) |
| jgersh@stubbsalderton.com | sshamilov@fenwick.com |
| SANDEEP SETH (SBN 195914) | TODD R. GREGORIAN (CSB No. 236096) |
| sseth@ stubbsalderton.com | tgregorian@fenwick.com |
| WESLEY W. MONROE (SBN 149211) | PHILLIP J. HAACK (CSB No. 262060) |
| wmonroe@stubbsalderton.com | phaack@fenwick.com |
| STANLEY H. THOMPSON, JR. (SBN 198825) | RAVI R. RANGANATH (CSB No. 272981) |
| sthompson@stubbsalderton.com | rranganath@fenwick.com |
| VIVIANA B. HEDRICK (SBN 239359) | CHIEH TUNG (CSB No. 318963) |
| vhedrick@stubbsalderton.com | ctung@fenwick.com |
| STUBBS ALDERTON MARKILES, LLP | FENWICK & WEST LLP |
| 15260 Ventura Boulevard, 20TH Floor | Silicon Valley Center |
| Sherman Oaks, CA  91403 | 801 California Street |
| Telephone:      (818) 444-4500 | Mountain View, CA  94041 |
| Facsimile:       (818) 444-4520 | Telephone:     650.988.8500 |
| | Facsimile:      650.938.5200 |
| Attorneys for PERSONALWEB TECHNOLOGIES, LLC | |
| | Counsel for AMAZON.COM, INC. and AMAZON WEB SERVICES, INC. |
| DAVID D. WIER | |
| david.wier@level3.com | |
| Assistant General Counsel | |
| 1025 Eldorado Boulevard | |
| Broomfield, CO  80021 | |
| Telephone:     (720) 888-3539 | |
| | |
| Attorney for LEVEL 3 COMMUNICATIONS, LLC | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PERSONALWEB TECHNOLOGIES, LLC, ET AL., PATENT LITIGATION | Case No.: 5:18-md-02834-BLF |
| AMAZON.COM, INC. and AMAZON WEB SERVICES, INC., <br><br>Plaintiffs,<br><br>v.<br><br>PERSONAL WEB TECHNOLOGIES, LLC, and LEVEL 3 COMMUNICATIONS, LLC,<br><br>Defendants. | Case No.: 5:18-cv-00767-BLF <br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO SUBMIT POTENTIAL DISCOVERY DISPUTES TO THE MAGISTRATE JUDGE REGARDING CLAIM PRECLUSION /** *KESSLER* **MOTION** |

PersonalWeb Technologies, LLC and Level 3 Communications, LLC (collectively, "PersonalWeb") and Amazon.com, Inc. and Amazon Web Services, Inc. (collectively, "Amazon") hereby stipulate and recite as follows:

WHEREAS, on October 1, 2018, PersonalWeb personally served certain discovery, including Requests for Production of Documents (Set One), on Amazon, which discovery included, among other things, requests regarding claim preclusion and Kessler issues;

WHEREAS, on November 1, 2018, Amazon responded to the foregoing discovery with objections, other responses and produced certain documents, and subsequently supplemented those responses and produced additional documents after the parties met and conferred;

WHEREAS, on November 28, 2018, Amazon filed its motion for summary judgment on its declaratory judgment claims and defenses under the claim preclusion and Kessler doctrines (the "Kessler motion") (Dkt. No. 315);

WHEREAS, PersonalWeb's opposition to the Kessler motion is due on January 9, 2019 and Amazon's reply to PersonalWeb's opposition is due on January 24, 2019 (Dkt. No. 312);

WHEREAS, at the November 2, 2018 Case Management Conference ("CMC") counsel for PersonalWeb stated it needed to take the deposition of a 30(b)(6) witness for Amazon in connection with the anticipated and yet to be filed Kessler motion.

WHEREAS, in the Court's Case Management Order No. 2 the Court ordered "[a]s to discovery required for the Kessler motion, the parties shall submit any disputes to Magistrate Judge van Keulen by December 4, 2018" (Dkt. No. 306);

WHEREAS, PersonalWeb noticed a deposition of Amazon pursuant to Federal Rule of Civil Procedure 30(b)(6) and was advised that Amazon's witness is only available on December 5, 2018, which is the date now set for the deposition to occur;

WHEREAS, PersonalWeb has requested, and Amazon has agreed to, an extension, until December 13, of the deadline to submit discovery disputes related to the Kessler motion to the Magistrate Judge, so that it can raise any discovery disputes that it believes remain following that deposition;

1  WHEREAS, the parties do not believe that the requested extension will affect the briefing
2  schedule on the Kessler motion or any other deadline set by the Court;

3  THE PARTIES HEREBY STIPULATE and jointly request that the deadline to submit
4  discovery disputes related to the Kessler motion to Magistrate Judge van Keulen shall be extended
5  to December 13, 2018.

6                                     Respectfully submitted,

7

8  Dated:  December 4, 2018           STUBBS ALDERTON & MARKILES, LLP

9                                     By: */s/ Michael Sherman*
                                           Michael A. Sherman
10                                         Jeffrey F. Gersh
                                           Sandeep Seth
11                                         Wesley W. Monroe
                                           Viviana Boero Hedrick
12

13 Dated:  December 4, 2018           MACEIKO IP

14
                                      By: */s/ Theodore S. Maceiko*
15                                         Theodore S. Maceiko (SBN 150211)
                                           ted@maceikoip.com
16                                         MACEIKO IP
                                           420 2nd Street
17                                         Manhattan Beach, CA  90266
                                           Telephone: (310) 545-3311
18                                         Facsimile: (310) 545-3344

19
                                      Attorneys for Plaintiff
20                                    PERSONALWEB TECHNOLOGIES, LLC, a
                                      Texas limited liability company
21

22 Dated:  December 4, 2018           DAVID D. WIER

23                                    By: */s/ David D. Wier*
                                           David D. Wier
24                                         david.wier@level3.com
                                           Assistant General Counsel
25                                         1025 Eldorado Boulevard
                                           Broomfield, CO  80021
26                                         Telephone:        (720) 888-3539

27

28
   STIPULATION AND [PROPOSED] ORDER RE           - 2 -           CASE NO.:  5:18-md-2834-BLF
   DEADLINE TO SUBMIT DISCOVERY DISPUTES                         CASE NO.:  5:18-cv-00767-BLF
   TO THE MAGISTRATE JUDGE RE *KESSLER*
   MOTION

4848-0020-1858, v. 1

Attorney for Plaintiff
LEVEL 3 COMMUNICATIONS, LLC

Dated: December 4, 2018          FENWICK & WEST LLP

By: */s/ Saina S. Shamilov*
     Saina S. Shamilov

*Counsel for* AMAZON. COM, INC. and
AMAZON WEB SERVICES, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

Honorable Susan van Keulen
United States Magistrate Judge

**ATTESTATION**

The undersigned attests that concurrence in the filing of the foregoing document was obtained from all of its signatories.

Dated: December 4, 2018

STUBBS ALDERTON & MARKILES, LLP

By: */s/ Jeffrey F. Gersh*
     Jeffrey F. Gersh
     Attorneys for Plaintiff
     PERSONALWEB TECHNOLOGIES, LLC, a
     Texas limited liability company

# CERTIFICATE OF SERVICE

I, Elizabeth Saál de Casas, certify that on this 4th day of December 2018, I caused the foregoing **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO SUBMIT POTENTIAL DISCOVERY DISPUTES TO THE MAGISTRATE JUDGE REGARDING CLAIM PRECLUSION / *KESSLER* MOTION** to be served by electronic mail to:

J. David Hadden
dhadden@fenwick.com
Phillip John Haack
phaack@fenwick.com
Saina Sason Shamilov
sshamilov@fenwick.com
Ravi Ragavendra Ranganath
rranganath@fenwick.com
Chieh Tung
ctung@fenwick.com
FENWICK & WEST LLP
**NDCA Case No. 5:18-cv-00767-BLF**
*Attorney for Amazon.com, Inc. and Amazon Web Services, Inc.*

STUBBS, ALDERTON & MARKILES, LLP

By: */s/ Elizabeth Saál de Casas*
Elizabeth Saal de Casas

STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO SUBMIT DISCOVERY DISPUTES TO THE MAGISTRATE JUDGE RE *KESSLER* MOTION — - 4 - — CASE NO.: 5:18-md-2834-BLF / CASE NO.: 5:18-cv-00767-BLF

4848-0020-1858, v. 1