Michael A. Sherman (SBN 94783)
masherman@stubbsalderton.com
Jeffrey F. Gersh (SBN 87124)
jgersh@stubbsalderton.com
Sandeep Seth (SBN 195914)
sseth@stubbsalderton.com
Wesley W. Monroe (SBN 149211)
wmonroe@stubbsalderton.com
Stanley H. Thompson, Jr. (SBN 198825)
sthompson@stubbsalderton.com
Viviana Boero Hedrick (SBN 239359)
vhedrick@stubbsalderton.com
STUBBS, ALDERTON & MARKILES, LLP
15260 Ventura Blvd., 20th Floor
Sherman Oaks, CA 91403
Telephone:   (818) 444-4500
Facsimile:   (818) 444-4520

**Attorneys for PersonalWeb Technologies, LLC and Level 3 Communications LLC**
[Additional Attorneys listed below]

J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
PHILLIP J. HAACK (CSB No. 262060)
phaack@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   650.988.8500
Facsimile:   650.938.5200

**Attorneys for Defendants Lesson Nine GMBH and Yotpo, Ltd.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PERSONALWEB TECHNOLOGIES, LLC, ET AL., PATENT LITIGATION | **CASE NO.: 5:18-md-02834-BLF** |
| PERSONALWEB TECHNOLOGIES, LLC, ET AL.,<br><br>Plaintiffs,<br>v.<br><br>LESSON NINE GMBH, a Germany limited liability company,<br><br>Defendant. | **Case No.: 5:18-cv-03453-BLF**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SERVE FOREIGN DEFENDANTS LESSON NINE GMBH AND YOTPO LTD** |
| PERSONALWEB TECHNOLOGIES, LLC, ET AL.,<br><br>Plaintiffs,<br>v.<br><br>YOTPO LTD., an Israel corporation,<br><br>Defendant. | **Case No.: 5:18-cv-03453-BLF** |

Plaintiffs PersonalWeb Technologies, LLC and Level 3 Communications, LLC's (collectively, "PersonalWeb") and specially appearing defendants Lesson Nine GmbH ("Lesson Nine"), a German corporation, and Yotpo, Ltd. ("Yotpo"), an Israeli corporation, (collectively, the "Unserved Defendants")[1] by and through their attorneys of record, hereby submit this joint stipulation requesting that this Court extend the date to complete service on the Unserved Defendants under the Hague Convention from January 2, 2019 to April 2, 2019.

## RECITALS

1. On November 9, 2018, this Court issued an Order Granting Motion for Leave to Extend Deadline to Effect Service of Process dated November 9, 2018 (Docket ("Dkt.") 305; the "November 9, 2018 Order"), whereby PersonalWeb was to complete service by January 2, 2019, and that PersonalWeb shall request any necessary extension of time to serve the foreign defendants in accordance with the Hague Convention before January 2, 2019. (Dkt. 305, p. 3:5-7.)

2. On November 14, 2018, the Court issued a Summons for the Second Amended Complaint ("SAC") on Lesson Nine. (Dkt. 30.)

3. On November 26, 2018, PersonalWeb sent via FedEx a Request for Service Abroad of Judicial or Extrajudicial Documents for service via the Hague Convention, with all SAC service documents translated into German. This was sent to the Central Authority in Germany for service of process under the Hague Convention. Confirmation has been made that said agent received these documents on November 28, 2018.

4. As of the date of this Stipulation PersonalWeb has received no further response regarding the service of Lesson Nine.

5. On November 11, 2018, the Court issued a Summons on the SAC against Yotpo. (Dkt. 25.)

6. On November 16, 2018, PersonalWeb sent a Request for Service Abroad of Judicial or Extrajudicial Documents for service of Summons and Second Amended Complaint via the Hague

---

[1] Lesson Nine and Yotpo specially appear for PersonalWeb's administrative convenience in seeking the requested extension, and expressly reserve their defenses, including their right to challenge personal jurisdiction.

1

STIPULATION TO EXTEND TIME  
TO SERVE FOREIGN DEFENDANTS  

CASE NO. 5:18-MD-02834-BLF  
CASE NO. 5:18-CV-03453-BLF  
CASE NO. 5:18-CV-03452-BLF  

4837-8292-2884, V. 1

Convention. This was sent to the Central Authority in Israel for service of process under the Hague Convention. Confirmation has been made that said agent received these documents on November 28, 2018.

7. As of the date of this motion PersonalWeb has received no further response regarding the service of Yotpo.

8. PersonalWeb is awaiting service to be made by the Central Authorities in Germany and Israel to serve the Unserved Defendants under the Hague Convention.

NOW THEREFORE, PersonalWeb and the Unserved Defendants hereby stipulate and agree that PersonalWeb shall have until April 2, 2019 to serve the Unserved Defendants under the Hague Convention.

Respectfully submitted,

Dated:   December 28, 2018              STUBBS, ALDERTON & MARKILES, LLP


By: */s/ Jeffrey F. Gersh*
     Jeffrey F. Gersh
     Michael A. Sherman
     Sandeep Seth
     Wesley W. Monroe
     Stanley H. Thompson, Jr.
     Viviana Boero Hedrick
     Attorneys for PersonalWeb Technologies, LLC
     and Level 3 Communications, LLC

Dated:   December 28, 2018              MACEIKO IP


By: */s/ Theodore S. Maceiko*
     Theodore S. Maceiko (SBN 150211)
     ted@maceikoip.com
     MACEIKO IP
     420 2nd Street
     Manhattan Beach, California 90266
     Telephone:   (310) 545-3311
     Facsimile:   (310) 545-3344
     Attorneys for Plaintiff
     PERSONALWEB TECHNOLOGIES, LLC,

| | | |
|---|---|---|
| 1 | Dated:   December 28, 2018 | DAVID D. WIER |
| 2 | | |
| 3 | | By: */s/ David D. Wier* |
| 4 | | David D. Wier |
| | | david.wier@level3.com |
| 5 | | Vice President and Assistant General Counsel |
| | | Level 3 Communications, LLC |
| 6 | | 1025 Eldorado Boulevard |
| | | Broomfield, CO 80021 |
| 7 | | Telephone: (720) 888-3539 |
| | | Attorneys for Plaintiff |
| 8 | | LEVEL 3 COMMUNICATIONS, LLC |
| 9 | Dated: December 28, 2018 | FENWICK & WEST, LLP |
| 10 | | |
| 11 | | By: */s/ Todd R. Gregorian* |
| | | Todd R. Gregorian |
| 12 | | Attorney for Defendants LESSON NINE GMBH and YOPTO, LTD |

**ATTESTATION**

The undersigned attests that concurrence in the filing of the forgoing document was obtained from all of its signatories.

Dated:   December 28, 2018               STUBBS, ALDERTON & MARKILES, LLP

                                         By: */s/ Jeffrey F. Gersh*
                                             Jeffrey F. Gersh

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____             _____
                                       Honorable Beth Labson Freeman
                                       United States District Judge

3

STIPULATION TO EXTEND TIME                           CASE NO. 5:18-MD-02834-BLF
TO SERVE FOREIGN DEFENDANTS                          CASE NO. 5:18-CV-03453-BLF
                                                     CASE NO. 5:18-CV-03452-BLF
4837-8292-2884, V. 1

# PROOF OF SERVICE

I declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 15260 Ventura Blvd., 20th Floor, Sherman Oaks, California 91403. On **December 28, 2018**, I served the documents described as: **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SERVE FOREIGN DEFENDANTS LESSON NINE GMBH AND YOTPO LTD** on the interested parties in this action as follows:

☒ **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") pursuant to FRCP, Rule 5(b)(2)(E) and JPML Rule 4.1** (Pursuant to controlling General Order(s) and Local Rule(s) ("LR"), the foregoing document will be served by the court via NEF and hyperlink to the document to counsel at the email address(es) listed on Case Docket 5:18-md-02834-BLF).

☒ **BY U.S. MAIL: (SEE ATTACHED SERVICE LIST)** By depositing for collection and mailing in the ordinary course of business. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Sherman Oaks, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing on affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **December 28, 2018**, at Sherman Oaks, California.

/s/ *Elizabeth Saal de Casas*
ELIZABETH SAAL DE CASAS

4

STIPULATION TO EXTEND TIME
TO SERVE FOREIGN DEFENDANTS

CASE NO. 5:18-MD-02834-BLF
CASE NO. 5:18-CV-03453-BLF
CASE NO. 5:18-CV-03452-BLF

4837-8292-2884, V. 1

**SERVICE LIST**
*In Re: PersonalWeb Technologies, LLC Case No.: 5:18-md-02834-BLF*
*PersonalWeb Technologies, LLC et al., v. Lesson Nine GMBH Case No.: 5:18-cv-03453-BLF*
*PersonalWeb Technologies, LLC et al.v. Yotpo, Ltd. Case No.: 5:18-cv-03453-BLF*

| | |
|---|---|
| AMICUS FTW, INC.<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE  19801 | **NDCA Case No. 5:18-cv-00150-BLF**<br>*Agent for Service of Process for Amicus FTW, Inc.*<br>***By U.S. Mail*** |
| BUZZFEED, INC.<br>c/o CSC<br>80 State Street<br>Albany, NY 12207 | **NDCA Case No. 5:18-cv-06046-BLF**<br>*Agent for Service of Process on behalf of BuzzFeed, Inc.*<br>**Via U.S. Mail** |
| INTUIT, INC.<br>c/o Becky DeGeorge<br>CSC LAWYERS INCORPORATING SERVICE<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 | **NDCA Case No. 5:18-cv-05611-BLF**<br>*Agent for Service of Process on behalf of Intuit, Inc.*<br>**Via U.S. Mail** |
| MWM MY WEDDING MATCH LTD.<br>c/o Angel Pui, CEO<br>609 Hastings St. W 11th Floor<br>Vancouver<br>British Columbia<br>V6B4W4 | **NDCA Case No. 5:18-cv-03457-BLF**<br>*Unrepresented Party*<br>*Last known address*<br>***Via U.S. Mail*** |
| OATH, INC.<br>c/o CT CORPORATION SYSTEM<br>111 Eighth Avenue, 13th Fl<br>New York, NY 10011 | **NDCA Case No. 5:18-cv-06044-BLF**<br>*Agent for Service of Process on behalf of Oath, Inc.*<br>**Via U.S. Mail** |

5

**STIPULATION TO EXTEND TIME**
**TO SERVE FOREIGN DEFENDANTS**

**CASE NO. 5:18-MD-02834-BLF**
**CASE NO. 5:18-CV-03453-BLF**
**CASE NO. 5:18-CV-03452-BLF**

4837-8292-2884, V. 1

| | | |
|---|---|---|
| 1 | RETAILMENOT, INC.<br>c/o Amy McLaren, Authorized Agent<br>Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | **NDCA Case No. 5:18-cv-05966**<br>*Agent for Service of Process on behalf of RetailMeNot, Inc.*<br>**Via U.S. Mail** |
| 2 | ROCKETHUB, INC.<br>c/o Secretary of State, Authorized Agent<br>99 Washington Avenue<br>Albany, NY 12207 | **NDCA Case No. 5:18-cv-03583-BLF**<br>*Authorized Agent for Service of Process on behalf of Rockethub, Inc.*<br>**Via U.S. Mail** |
| 3 | ELEQT GROUP LTD.<br>34 Queen Anne Street<br>London, W1G 8HG<br>United Kingdom | **NDCA Case No. 5:18-cv-03583-BLF**<br>*Unrepresented Party Last known address*<br>**Via U.S. Mail** |
| 4 | STACK EXCHANGE, INC.<br>c/o CSC<br>80 State Street<br>Albany, NY 12207 | **NDCA Case No. 5:18-cv-06045-BLF**<br>*Agent for Service of Process on behalf of Stack Exchange, Inc.*<br>**Via U.S. Mail** |
| 5 | UPWORK GLOBAL, INC.<br>c/o Trisha Rosano<br>REGISTERED AGENT SOLUTIONS, INC.<br>1220 S. Street, Suite 150<br>Sacramento, CA 95811 | **NDCA Case No. 5:18-cv-05624-BLF**<br>*Authorized Agent to Accept Service on behalf of UpWork Global, Inc.*<br>**Via U.S. Mail** |
| 6 | ZIFF DAVIS, LLC<br>c/o Corporation Service Company<br>80 State Street<br>Albany, NY  12207-2543 | **SDNY Case No. 1:18-cv-10027-DLC-SDA**<br>*Agent for Service of Process for Ziff Davis, LLC*<br>**Via U.S. Mail** |
| 7 | ZOOM VIDEO COMMUNICATIONS, INC.<br>c/o Mason Tse<br>Authorized Agent to Accept Service<br>55 S. Almaden Boulevard, Suite 600<br>San Jose, CA 95113 | **NDCA Case No. 5:18-cv-05625-BLF**<br>*Agent authorized to accept service on behalf of Zoom Video Communications, Inc.*<br>**Via U.S. Mail** |

6

**STIPULATION TO EXTEND TIME**
**TO SERVE FOREIGN DEFENDANTS**

**CASE NO. 5:18-MD-02834-BLF**
**CASE NO. 5:18-CV-03453-BLF**
**CASE NO. 5:18-CV-03452-BLF**

4837-8292-2884, V. 1