1  Michael A. Sherman (SBN 94783)
   masherman@stubbsalderton.com
2  Jeffrey F. Gersh (SBN 87124)
   jgersh@stubbsalderton.com
3  Sandeep Seth (SBN 195914)
   sseth@stubbsalderton.com
4  Wesley W. Monroe (SBN 149211)
   wmonroe@stubbsalderton.com
5  Stanley H. Thompson, Jr. (SBN 198825)
   sthompson@stubbsalderton.com
6  Viviana Boero Hedrick (SBN 239359)
   vhedrick@stubbsalderton.com
7  STUBBS, ALDERTON & MARKILES, LLP
   15260 Ventura Blvd., 20th Floor
8  Sherman Oaks, CA 91403
   Telephone:    (818) 444-4500
9  Facsimile:    (818) 444-4520

10 **Attorneys for PersonalWeb Technologies, LLC
   and Level 3 Communications, LLC**
11 [Additional Attorneys listed below]

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                     SAN JOSE DIVISION

| | |
|---|---|
| IN RE PERSONALWEB TECHNOLOGIES, LLC, ET., AL., PATENT LITIGATION | **CASE NO.: 5:18-md-02834-BLF** |
| AMAZON.COM, INC., et., al., <br><br>Plaintiffs, <br><br>v. <br><br>PERSONALWEB TECHNOLOGIES, LLC, et., al., <br><br>Defendants. <br><br>PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, <br><br>Counterclaimants, <br><br>v. <br><br>AMAZON.COM, INC. and AMAZON WEB SERVICES, INC., <br><br>Counterdefendants. | **Case No.: 5:18-cv-00767-BLF** <br><br>**DECLARATION OF SANDEEP SETH IN SUPPORT OF PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC'S OPPOSITION TO AMAZON.COM, INC. AND AMAZON WEB SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT ON DECLARATORY JUDGMENT CLAIMS AND DEFENSES UNDER THE CLAIM PRECLUSION AND KESSLER DOCTRINE** <br><br>Date:    February 7, 2019 <br>Time:    2:00PM <br>Dept.:   Courtroom 3, 5th Floor <br>Judge:   Hon. Beth L. Freeman <br><br>Trial Date:   March 16, 2020 |

DECLARATION OF SANDEEP SETH ISO
PWEB'S OPPOSITION TO AMAZON'S
MSJ UNDER CP AND KESSLER DOCTRINE

CASE NO: 5:18-md-02834-BLF
CASE NO: 5:18-cv-00767-BLF

4849-4112-6533, V. 2

# DECLARATION OF SANDEEP SETH

I, Sandeep Seth, declare as follows:

1. I am over the age of 18 and competent to make this declaration.

2. I am Of Counsel at Stubbs Alderton & Markiles, LLP in connection with the firm's representation of Plaintiffs PersonalWeb Technologies, LLC ("PersonalWeb") and Level 3 Communications, LLC ("Level 3") (collectively, "Plaintiffs" or "PersonalWeb"). The facts herein are, unless otherwise stated, based upon personal knowledge, and if called upon to do so, I could, and would testify to their truth under oath. I submit this declaration in support of PersonalWeb's Opposition to Amazon.com Inc. and Amazon Web Service, Inc.'s Declaratory Judgement Claims and Defenses Under the Claim Preclusion and Kessler Doctrine.

3. On December 19, 2018, at my direction, James Ponce, a paralegal at Stubbs Alderton & Markiles LLP on the PersonalWeb matter, downloaded from PACER all publicly-accessible documents in *PersonalWeb Technologies v. Amazon.com*, et al. Case No. 6:11-cv-00658-LED (the "Prior Action"). Under my direction, Mr. Ponce then combined the downloaded documents into one PDF document using Adobe Acrobat Pro DC, eliminated any docketed pleading that was a U.S. Patent, (e.g., the exhibits to the Complaint and First Amended Complaint) and undertook a search in these docketed pleadings for the following terms:

   a.) "cache control";
   b.) "cache bust";
   c.) "browser";
   d.) "if-none-match";
   e.) "CloudFront"; and
   f.) "conditional get".

4. Mr. Ponce reported to me that the term "cache control" appeared zero times in the search of the Prior Action's docketed pleadings.

5. Mr. Ponce reported to me that the term "cache bust" appeared zero times in the search of the Prior Action's docketed pleadings.

6. Mr. Ponce reported to me that the term "browser" appeared one time in the search of

1

DECLARATION OF SANDEEP SETH ISO
PWEB'S OPPOSITION TO AMAZON'S
MSJ UNDER CP AND KESSLER DOCTRINE

CASE NO: 5:18-md-02834-BLF
CASE NO: 5:18-cv-00767-BLF

4849-4112-6533, V. 2

the Prior Action's docketed pleadings, in Dkt. 36-1, Amazon.com Inc.'s 2008 Annual Report, referencing an action by Quito Enterprises LLC, over a "Personal Feedback Browser for Obtaining Media Files".

7.   Mr. Ponce reported to me that the term "if-none-match" appeared zero times in the search of the Prior Action's docketed pleadings.

8.   Mr. Ponce reported to me that the term "CloudFront" appeared zero times in the search of the Prior Action's docketed pleadings.

9.   Mr. Ponce reported to me that the term "conditional get" appeared zero times in the search of the Prior Action's docketed pleadings.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of January, 2019 in Los Angeles, California.

*/s/Sandeep Seth*
Sandeep Seth

DECLARATION OF SANDEEP SETH ISO
PWEB'S OPPOSITION TO AMAZON'S
MSJ UNDER CP AND KESSLER DOCTRINE

CASE NO: 5:18-md-02834-BLF
CASE NO: 5:18-cv-00767-BLF

4849-4112-6533, V. 2