1   MICHAEL A. SHERMAN (SBN 94783)          J. DAVID HADDEN (CSB No. 176148)
    masherman@stubbsalderton.com            dhadden@fenwick.com
2   JEFFREY F. GERSH (SBN 87124)            SAINA S. SHAMILOV (CSB No. 215636)
    jgersh@stubbsalderton.com               sshamilov@fenwick.com
3   SANDEEP SETH (SBN 195914)               PHILLIP J. HAACK (CSB No. 262060)
    sseth@ stubbsalderton.com               phaack@fenwick.com
4   WESLEY W. MONROE (SBN 149211)           RAVI R. RANGANATH (CSB No. 272981)
    wmonroe@stubbsalderton.com              rranganath@fenwick.com
5   STANLEY H. THOMPSON, JR. (SBN 198825)   CHIEH TUNG (CSB No. 318963)
    sthompson@stubbsalderton.com            ctung@fenwick.com
6   VIVIANA B. HEDRICK (SBN 239359)         FENWICK & WEST LLP
    vhedrick@stubbsalderton.com             Silicon Valley Center
7   STUBBS ALDERTON MARKILES, LLP           801 California Street
    15260 Ventura Boulevard, 20TH Floor     Mountain View, CA  94041
8   Sherman Oaks, CA  91403                 Telephone:     650.988.8500
    Telephone:     (818) 444-4500           Facsimile:     650.938.5200
9   Facsimile:     (818) 444-4520

10  Attorneys for PERSONALWEB               Attorneys for AMAZON.COM, INC. and
    TECHNOLOGIES, LLC                       AMAZON WEB SERVICES, INC.

11                                          TODD R. GREGORIAN (CSB No. 236096)
    DAVID D. WIER                           tgregorian@fenwick.com
12  david.wier@level3.com                   FENWICK & WEST LLP
    Assistant General Counsel               Silicon Valley Center
13  1025 Eldorado Boulevard                 801 California Street
    Broomfield, CO  80021                   Mountain View, CA  94041
14  Telephone:     (720) 888-3539           Telephone:     650.988.8500
                                            Facsimile:     650.938.5200
15  Attorney for LEVEL 3
    COMMUNICATIONS, LLC                     Attorney for TWITCH INTERACTIVE,
16                                          INC.

17                  UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19                       SAN JOSE DIVISION

20  IN RE: PERSONAL WEB TECHNOLOGIES,       Case No. 5:18-md-02834-BLF
21  LLC ET AL., PATENT LITIGATION
                                            **SUPPLEMENTAL JOINT CASE**
22                                          **MANAGEMENT STATEMENT**

23

24        Amazon.com, Inc. and Amazon Web Services, Inc. (collectively, "Amazon"), Twitch In-

25  teractive, Inc. ("Twitch"), and PersonalWeb Technologies, LLC and Level 3 Communications,

26  LLC (collectively, "PersonalWeb") respectfully submit this Supplemental Joint Case Management

27  Statement in advance of the *Kessler* Hearing and Further Case Management Conference scheduled

28

1  for February 7, 2019.

2      The parties request the Court's assistance in setting dates for the close of fact and expert

3  discovery, expert reports, and summary judgment briefing.  The parties also jointly request a mod-

4  ification to the current deadline to file *Daubert* motions because the current deadline (August 16,

5  2019; *see* Dkt. 306) does not leave sufficient time for the parties to complete the expert reports,

6  which will be addressed in those motions.  As shown below, the parties propose having the *Daubert*

7  motions due on the same day as summary judgment motions with the hearing on the *Daubert* mo-

8  tions at the same time as the already scheduled summary judgment hearing so that the Court does

9  not need to schedule another hearing.  The parties propose the following deadlines:

10

11

| Proposed Date | Event/Deadline | Current Deadline |
|---|---|---|
| August 16, 2019 | Close of Fact Discovery | none |
| August 23, 2019 | Opening Expert Reports by the party with the burden of proof on the subject matter | none |
| September 18, 2019 | Responsive Expert Reports | none |
| September 27, 2019 | Close of Expert Discovery | none |
| October 4, 2019 | Last Day to file Summary Judgment Motions and *Daubert* Motions | *Daubert* motion deadline is currently August 16, 2019 (Dkt. 306); under Local Rules, last day to file opening summary judgment motions is October 11, 2019 |
| October 25, 2019 | Last Day to file Summary Judgment Oppositions and *Daubert* Oppositions | see above |
| November 1, 2019 | Last Day to file Summary Judgment Replies and *Daubert* Replies | see above |
| November 15, 2019 | Hearing on Summary Judgment and *Daubert* Motions | date of summary judgment hearing is unchanged (Dkt. 306); last date for hearing on *Daubert* motions is currently January 16, 2020 (60 days prior to trial) |

1    Dated: January 31, 2019              Respectfully submitted,

2                                         STUBBS ALDERTON & MARKILES, LLP

3
                                          By: */s/ Michael A. Sherman*
4                                             Michael A. Sherman
                                              Jeffrey F. Gersh
5                                             Sandeep Seth
                                              Wesley W. Monroe
6                                             Viviana Boero Hedrick

7
                                              Attorneys for Patent Plaintiffs
8

9    Dated: January 31, 2019              MACEIKO IP

10
                                          By: */s/ Theodore S. Maceiko*
11                                            Theodore S. Maceiko (SBN 150211)
                                              ted@maceikoip.com
12                                            MACEIKO IP
                                              420 2nd Street
13                                            Manhattan Beach, CA  90266
                                              Telephone: (310) 545-3311
14                                            Facsimile: (310) 545-3344
                                              Attorneys for Plaintiff
15                                            PERSONALWEB TECHNOLOGIES, LLC, a
                                              Texas limited liability company
16

17
     Dated: January 31, 2019              DAVID D. WIER
18

19                                        By: */s/ David D. Wier*
                                              David D. Wier
20                                            david.wier@level3.com
                                              Assistant General Counsel
21                                            1025 Eldorado Boulevard
                                              Broomfield, CO  80021
22                                            Telephone:       (720) 888-3539
                                              Attorneys for Plaintiff
23                                            LEVEL 3 COMMUNICATIONS, LLC

24

25

26

27

28

1

Dated: January 31, 2019

FENWICK & WEST LLP

2

By: */s/ J. David Hadden*
J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
PHILLIP J. HAACK (CSB No. 262060)
phaack@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
CHIEH TUNG (CSB No. 318963)
ctung@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:      650.988.8500
Facsimile:       650.938.5200

3

4

5

6

7

8

9

10

11

Attorneys for AMAZON.COM, INC. and
AMAZON WEB SERVICES, INC.

12

13

Dated: January 31, 2019

FENWICK & WEST LLP

14

By: */s/ Todd R. Gregorian*
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:      650.988.8500
Facsimile:       650.938.5200

15

16

17

18

19

20

Attorney for TWITCH INTERACTIVE, INC.

21

22

23

24

25

26

27

28

SUPPLEMENTAL JOINT CASE MANAGEMENT
STATEMENT

4

CASE NO.: 5:18-cv-02834-BLF