| | |
|---|---|
| 1 | Michael A. Sherman (SBN 94783) |
|   | masherman@stubbsalderton.com |
| 2 | Jeffrey F. Gersh (SBN 87124) |
|   | jgersh@stubbsalderton.com |
| 3 | Sandeep Seth (SBN 195914) |
|   | sseth@stubbsalderton.com |
| 4 | Wesley W. Monroe (SBN 149211) |
|   | wmonroe@stubbsalderton.com |
| 5 | Stanley H. Thompson, Jr. (SBN 198825) |
|   | sthompson@stubbsalderton.com |
| 6 | Viviana Boero Hedrick (SBN 239359) |
|   | vhedrick@stubbsalderton.com |
| 7 | STUBBS, ALDERTON & MARKILES, LLP |
|   | 15260 Ventura Blvd., 20th Floor |
| 8 | Sherman Oaks, CA 91403 |
|   | Telephone:    (818) 444-4500 |
| 9 | Facsimile:     (818) 444-4520 |

**Attorneys for PersonalWeb Technologies, LLC
and Level 3 Communications, LLC**
[Additional Attorneys listed below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PERSONALWEB TECHNOLOGIES, LLC, ET AL., PATENT LITIGATION | **CASE NO.: 5:18-md-02834-BLF** |
| AMAZON.COM, INC., et al., | **Case No.: 5:18-cv-00767-BLF** |
| Plaintiffs, | |
| v. | **ADMINISTRATIVE MOTION FOR RELIEF TO FILE A SUR-REPLY TO AMAZON.COM, INC. AND AMAZON WEB SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT ON DECLARATORY JUDGMENT CLAIMS AND DEFENSES UNDER THE CLAIM PRECLUSION AND KESSLER DOCTRINES** |
| PERSONALWEB TECHNOLOGIES, LLC, et al., | |
| Defendants. | |
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, | |
| Counterclaimants, | Date:    February 7, 2019 |
| v. | Time:    2:00PM |
|   | Dept.:   Courtroom 3, 5th Floor |
|   | Judge:   Hon. Beth L. Freeman |
| AMAZON.COM, INC. and AMAZON WEB SERVICES, INC., | Trial Date:    March 16, 2020 |
| Counterdefendants. | |

1  Pursuant to Civil Local Rule 7-11, PersonalWeb Technologies, LLC ("PersonalWeb") and Level 3 Communications LLC ("Level 3") (collectively, "PersonalWeb") hereby move for administrative relief to file a sur-reply to Amazon.com, Inc., and Amazon Web Services, Inc.'s ("Amazon") reply filed in support of its Motion for Summary Judgment on Declaratory Judgment Claims and Defenses Under The Claim Preclusion and Kessler Doctrines ("Reply") on the ground that Amazon asserts for the first time in its Reply (Dkt. 350 at pp. 8-10, Section H) that PersonalWeb does not having standing to assert infringement regarding CloudFront, or in the alternative, for an order striking the entire Section H on the same grounds.

It is improper for Amazon to first raise this issue in its Reply rather than its initial Motion. *Zamani v. Carnes*, 491 F.3d 990, 997 (9th Cir. 2007), and for the reasons articulated in the attached sur-reply, it is important that PersonalWeb have the opportunity for a brief rejoinder to this new, unforeseen argument.

Amazon will not be prejudiced by the filing of a sur-reply, but PersonalWeb will be prejudiced if it is not given the opportunity to respond to the standing issue that Amazon impermissibly raised for the first time in its Reply. *Zamani*, 491 F.3d at 997.

PersonalWeb seeks relief under L.R. 7-11, and not under L.R. 7-3 because in considering the totality of the new issue raised by Amazon in Section H, at pp. 8-10 of its Reply, this is not new evidence, but rather a new argument that Amazon has improperly included in its Reply.

On January 30, 2019, counsel for PersonalWeb asked Amazon to stipulate to PersonalWeb's filing of a sur-reply on the ground that Amazon raised, for the first time, an issue of standing in its Reply, or to agree to withdraw that section from its Reply (Seth Decl. ¶ 5, Ex. 2.). Amazon refused to stipulate, requiring PersonalWeb to file this administrative motion for relief to file a sur-reply. (*Id.*, at ¶ 5, Ex. 3.) Amazon has indicated that it intends to oppose this administrative motion.

Based the foregoing reasons, good cause exists to allow PersonalWeb to file its sur-reply to Amazon's Reply on this limited issue. PersonalWeb therefore respectfully requests that the Court grant this administrative motion for leave to file its sur-reply, a copy of which is attached to the Sandeep Seth Declaration as Exhibit 1 and is filed concurrently herewith. Alternatively, PersonalWeb respectfully requests that the Court strike the entire Section H of Amazon's reply, at pp. 8-10.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: January 31, 2019 | STUBBS, ALDERTON & MARKILES, LLP |

By: */s/ Michael A. Sherman*
    Michael A. Sherman
    Jeffrey F. Gersh
    Sandeep Seth
    Wesley W. Monroe
    Stanley H. Thompson, Jr.
    Viviana Boero Hedrick
    Attorneys for PERSONALWEB
    TECHNOLOGIES, LLC, and LEVEL 3
    COMMUNICATIONS, LLC

Dated: January 31, 2019    MACEIKO IP

By: */s/ Theodore S. Maceiko*
    Theodore S. Maceiko (SBN 150211)
    ted@maceikoip.com
    MACEIKO IP
    420 2nd Street
    Manhattan Beach, California 90266
    Telephone:  (310) 545-3311
    Facsimile:   (310) 545-3344

    Attorney for PERSONALWEB
    TECHNOLOGIES, LLC,

Dated: January 31, 2019    DAVID D. WIER

By: */s/ David D. Wier*
    David D. Wier
    david.wier@level3.com
    Vice President and Assistant General Counsel
    Level 3 Communications, LLC
    1025 Eldorado Boulevard
    Broomfield, CO 80021
    Telephone: (720) 888-3539

    Attorney for LEVEL 3
    COMMUNICATIONS, LLC