Michael A. Sherman (SBN 94783)
masherman@stubbsalderton.com
Jeffrey F. Gersh (SBN 87124)
jgersh@stubbsalderton.com
Sandeep Seth (SBN 195914)
sseth@stubbsalderton.com
Wesley W. Monroe (SBN 149211)
wmonroe@stubbsalderton.com
Stanley H. Thompson, Jr. (SBN 198825)
sthompson@stubbsalderton.com
Viviana Boero Hedrick (SBN 239359)
vhedrick@stubbsalderton.com
STUBBS, ALDERTON & MARKILES, LLP
15260 Ventura Blvd., 20th Floor
Sherman Oaks, CA 91403
Telephone:    (818) 444-4500
Facsimile:    (818) 444-4520

**Attorneys for PersonalWeb Technologies, LLC and Level 3 Communications LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PERSONAL WEB TECHNOLOGIES, LLC, ET AL., PATENT LITIGATION | **CASE NO.: 5:18-md-02834-BLF** |
| AMAZON.COM, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> PERSONALWEB TECHNOLOGIES, LLC, et al., <br><br> Defendants. | **Case No.: 5:18-cv-00767-BLF** <br><br> **NOTICE OF ERRATA** <br><br> Trial Date: March 16, 2020 |
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, <br><br> Counterclaimants, <br><br> v. <br><br> AMAZON.COM, INC. and AMAZON WEB SERVICES, INC., <br><br> Counterdefendants. | |

TO THE COURT AND ALL COUNSEL OF RECORD:

PersonalWeb Technologies, LLC and Level 3 Communications, LLC provide notice that the signature block of David D. Wier, counsel for Level 3 Communications LLC, was erroneously included within the Sur-Reply deemed filed by the Court at Dkt. No. 354-1 (*see* Order at Dkt. No. 360) in response to Amazon.com and Amazon Web Services, Inc.'s Motion for Summary Judgment on Declaratory Judgment Claims and Defenses Under the Claim Preclusion and Kessler Doctrines.

Respectfully submitted,

Dated: February 19, 2019

**STUBBS ALDERTON & MARKILES, LLP**

By: */s/ Michael A. Sherman*
    Michael A. Sherman
    Jeffrey F. Gersh
    Sandeep Seth
    Wesley W. Monroe
    Stanley H. Thompson
    Viviana Boero Hedrick

Attorneys for PersonalWeb Technologies, LLC and Level 3 Communications LLC