# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: PERSONALWEB TECHNOLOGIES, LLC, ET AL., PATENT LITIGATION | Case No. 18-md-02834-BLF<br><br>**CASE MANAGEMENT ORDER NO. 3** |

On February 28, 2019, the parties appeared for a Case Management Conference. As discussed on the record at the Case Management Conference, the Court **ORDERS** as follows:

(1) The Court DENIES the parties' request to modify the briefing schedule for *Daubert* motions. It is the parties' responsibility to reserve a hearing date for any *Daubert* motions. The Court will not entertain any proposal to schedule any *Daubert* hearings less than 60 days prior to trial.

(2) The Court adopts the parties' remaining proposed deadlines and adds them to the case schedule, as indicated below.

**IT IS FURTHER ORDERED** that the following schedule and deadlines shall apply to this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Claim Construction Tutorial | May 2, 2019 (Thursday, 1:30 p.m.) |
| Claim Construction Hearing | May 24, 2019 (Friday, 9 a.m.) |
| Close of Fact Discovery | August 16, 2019 |
| Opening Expert Reports by the party with the burden of proof on the subject matter | August 23, 2019 |

| | |
|---|---|
| Responsive Expert Reports | September 18, 2019 |
| Close of Expert Discovery | September 27, 2019 |
| Summary Judgment Motions due | October 4, 2019 |
| Summary Judgment Oppositions due | October 25, 2019 |
| Summary Judgment Replies due | November 1, 2019 |
| Hearing on Summary Judgment Motions | November 15, 2019 (Friday, 9 a.m.) |
| Final Pretrial Conference | February 6, 2020 (Thursday, 1:30 p.m.) |
| Trial | March 16, 2020 |

Dated: March 1, 2019

_____
BETH LABSON FREEMAN
United States District Judge