# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: PERSONALWEB TECHNOLOGIES, LLC, ET AL. PATENT LITIGATION | Case No. 18-md-02834-BLF<br><br>**ORDER RE: REDACTION OF ORDER GRANTING IN PART AND DENYING IN PART AMAZON'S MOTION FOR SUMMARY JUDGMENT** |

The Court's Order Granting in Part and Denying in Part Amazon's Motion for Summary Judgment (ECF 381) has been filed provisionally under seal because it contains information that the Court previously allowed to be filed under seal due to its highly confidential and business-sensitive nature. The parties shall meet and confer no later than March 27, 2019 and submit proposed redactions to the Court's order (to the extent any redaction is required), as well as supporting declaration(s) and a proposed order. If no proposed redactions are received by 11:59 p.m. on March 27, 2019, the Court shall unseal the order in its entirety.

**IT IS SO ORDERED.**

Dated: March 13, 2019

_____
BETH LABSON FREEMAN
United States District Judge