| | |
|---|---|
| MICHAEL A. SHERMAN (SBN 94783)<br>masherman@stubbsalderton.com<br>JEFFREY F. GERSH (SBN 87124)<br>jgersh@stubbsalderton.com<br>SANDEEP SETH (SBN 195914)<br>sseth@stubbsalderton.com<br>WESLEY W. MONROE (SBN 149211)<br>wmonroe@stubbsalderton.com<br>STANLEY H. THOMPSON, JR. (SBN 198825)<br>sthompson@stubbsalderton.com<br>VIVIANA BOERO HEDRICK (SBN 239359)<br>vhedrick@stubbsalderton.com<br>STUBBS, ALDERTON & MARKILES, LLP<br>15260 Ventura Blvd., 20th Floor<br>Sherman Oaks, CA 91403<br>Telephone:    (818) 444-4500<br>Facsimile:     (818) 444-4520<br><br>Attorneys for PERSONALWEB TECHNOLOGIES, LLC | J. DAVID HADDEN (CSB No. 176148)<br>dhadden@fenwick.com<br>SAINA S. SHAMILOV (CSB No. 215636)<br>sshamilov@fenwick.com<br>MELANIE L. MAYER (admitted *pro hac vice*)<br>mmayer@fenwick.com<br>PHILLIP J. HAACK (CSB No. 262060)<br>phaack@fenwick.com<br>RAVI R. RANGANATH (CSB No. 272981)<br>rranganath@fenwick.com<br>CHIEH TUNG (CSB No. 318963)<br>ctung@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA  94041<br>Telephone:     650.988.8500<br>Facsimile:      650.938.5200<br><br>Attorneys for AMAZON.COM, INC. and AMAZON WEB SERVICES, INC. |

DAVID D. WIER
david.wier@level3.com
1025 Eldorado Boulevard
Broomfield, CO  80021
Telephone:    (720) 888-3539

JOSE LUIS PATINO
CHRISTOPHER CARL BOLTEN
Foley & Lardner LLP
3579 Valley Centre Drive, Suite 3000
P.O. Box 80278
San Diego, CA 92138
Telephone:    (858) 847-6700
Facsimile:     (858) 792-6773

Attorneys for LEVEL 3 COMMUNICATIONS, LLC

APPROVED
*Beth Labson Freeman*
Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: PERSONALWEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION | Case No. 5:18-md-02834-BLF |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC.,<br>            Plaintiffs,<br>      v.<br>PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC,<br>            Defendants. | Case No.: 5:18-cv-00767-BLF<br><br>**STIPULATION RE ORDER ON AMAZON.COM, INC.'S AND AMAZON WEB SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT** |

1    Amazon.com, Inc. and Amazon Web Services, Inc. (collectively, "Amazon"), PersonalWeb
2 Technologies, LLC ("PersonalWeb"), and Level 3 Communications, LLC ("Level 3") hereby stip-
3 ulate and recite as follows:

4    WHEREAS, on March 13, 2019, the Court provisionally filed under seal its order granting
5 in part and denying in part Amazon's motion for summary judgment (the "Order") (Dkt. 381);

6    WHEREAS, the Court ordered the parties to confer and to submit by March 27, 2019 pro-
7 posed redactions to the Order (Dkt. 382);

8    WHEREAS, the parties agree that the Order contains no confidential information, that no
9 redactions are required, and that the Order may be made publicly available;

10    THE PARTIES HEREBY STIPULATE that no redactions are necessary to the Order, and
11 that the Order may be filed publicly in its entirety.

Dated: March 18, 2019                FENWICK & WEST LLP

By: /s/ J. David Hadden
    J. DAVID HADDEN (CSB No. 176148)
    SAINA S. SHAMILOV (CSB No. 215636)
    MELANIE L. MAYER (admitted *pro hac vice*)
    PHILLIP J. HAACK (CSB No. 262060)
    RAVI R. RANGANATH (CSB No. 272981)
    CHIEH TUNG (CSB No. 318963)
    FENWICK & WEST LLP
    Silicon Valley Center
    801 California Street
    Mountain View, CA  94041
    Telephone:    650.988.8500
    Facsimile:     650.938.5200

    Attorneys for AMAZON.COM, INC. and
    AMAZON WEB SERVICES, INC.

Dated:  March 18, 2019                STUBBS, ALDERTON & MARKILES, LLC

By: /s/ Viviana Boero Hedrick
    Michael A. Sherman
    Jeffrey F. Gersh
    Sandeep Seth
    Wesley W. Monroe
    Stanley H. Thompson, Jr.
    Viviana Boero Hedrick

    Attorneys for PERSONALWEB
    TECHNOLOGIES, LLC

STIPULATION RE ORDER ON SUMMARY JUDGMENT        2        5:18-md-02834-BLF
                                                         5:18-cv-00767-BLF

| | |
|---|---|
| Dated: March 18, 2019 | FOLEY & LARDNER LLP |
| | By: */s/ Jose Luis Patino* |
| | Jose Luis Patino |
| | Christopher Carl Bolten |
| | |
| | Attorneys for LEVEL 3 COMMUNICATIONS, LLC |