```
J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
PHILLIP J. HAACK (CSB No. 262060)
phaack@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
THOMAS J. FOX (CSB No. 322938)
tfox@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:    650.988.8500
Facsimile:    650.938.5200
```

Attorneys for Defendant Mavenlink, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: PERSONAL WEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION | Case No. 5:18-md-02834-BLF |
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MAVENLINK, INC.,<br><br>Defendant. | Case No.: 5:18-cv-05200-BLF<br><br>**NOTICE OF APPEARANCE OF THOMAS J. FOX** |

1  Pursuant to Civil L.R. 5-1 (c)(2), Thomas J. Fox of the law firm of Fenwick and West
2  LLP hereby enters his appearance in this action on behalf of Defendant Mavenlink, Inc.  The
3  email addresses for Thomas J. Fox are tfox@fenwick.com and vpieretti@fenwick.com.

Dated: March 20, 2019                    Respectfully submitted,

FENWICK & WEST LLP

By: */s/ Thomas J. Fox*
    Thomas J. Fox
    Attorneys for Defendant
    MAVENLINK, INC.