Audrey Lo (SBN 253738)
audrey.lo@klgates.com
**K&L GATES LLP**
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 798-6700
Facsimile: (650) 798-6701

Steven L. Caponi
steven.caponi@klgates.com
**K&L GATES LLP**
600 N. King Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 416-7000
Facsimile: (302) 416-7020

Attorneys for Defendant
Mavenlink, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In Re: Personal Web Technologies, LLC et al.<br><br>Personal Web Technologies, LLC and Level 3 Communications, LLC.<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Mavenlink, Inc.,<br><br>　　　　　　　　Defendant. | Case No.: 5:18-md-02834-BLF<br><br>Case No.: 5:18-cv-05200-BLF<br><br>**UNOPPOSED MOTION AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL FOR DEFENDANT MAVENLINK, INC.** |

　　　　Pursuant to Civil L.R. 11-5, Defendant Mavenlink, Inc. ("Mavenlink") hereby moves the Court for an order permitting the withdrawal of its counsel of record, Audrey Lo and Steven L. Caponi from its behalf in this action. Written notice has been given reasonably in advance to the client, as well as Plaintiffs Personal Web Technologies, LLC and Level 3 Communications LLC ("Plaintiffs'").  Plaintiffs indicated that they do not oppose this motion on March 25, 2019.

1  Accordingly, Mavenlink respectfully requests that the Court enter an order reflecting this
2  withdrawal and that all necessary changes be made to the Court's records and CM/ECF system,
3  including removing Ms. Lo and Mr. Caponi from the electronic service list in this case.

4

5  Dated: March 26, 2019                By: */s/ Audrey Lo*
                                            Audrey Lo
6                                           Steven L. Caponi
                                            **K&L GATES LLP**
7
                                            *Attorneys for Defendant Mavenlink, Inc.*
8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: Personal Web Technologies, LLC et al.<br><br>Personal Web Technologies, LLC and Level 3 Communications, LLC.<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Mavenlink, Inc.,<br><br>　　　　　　Defendant. | Case No.: 5:18-md-02834-BLF<br><br>Case No.: 5:18-cv-05200-BLF<br><br>**[PROPOSED] ORDER TO WITHDRAW AS COUNSEL FOR DEFENDANT MAVENLINK INC.** |

Before the Court is Defendant Mavenlink, Inc.'s Unopposed Motion to Withdraw as Counsel. Having reviewed the motion, the Court is of the opinion that it should be granted.

It is therefore ORDERED that Defendant Mavenlink, Inc.'s Unopposed Motion to Withdraw as Counsel is GRANTED. Audrey Lo of K&L Gates LLP, 620 Hansen Way, Palo Alto, CA 94304 and Steven L. Caponi of K&L Gates LLP, 600 N. King Street, Suite 901, Wilmington, DE 19801, are withdrawn as counsel and removed from the electronic service list in this case.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Hon. Beth Labson Freeman
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

3

UNOPPOSED MOTION AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL FOR DEFENDANT MAVENLINK, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's CM/ECF system on March 26, 2019.

        */s/ Audrey Lo*
        Audrey Lo