MICHAEL A. SHERMAN (SBN 94783)
masherman@stubbsalderton.com
JEFFREY F. GERSH (SBN 87124)
jgersh@stubbsalderton.com
SANDEEP SETH (SBN 195914)
sseth@stubbsalderton.com
WESLEY W. MONROE (SBN 149211)
wmonroe@stubbsalderton.com
STANLEY H. THOMPSON, JR. (SBN 198825)
sthompson@stubbsalderton.com
VIVIANA BOERO HEDRICK (SBN 239359)
vhedrick@stubbsalderton.com
STUBBS, ALDERTON & MARKILES, LLP
15260 Ventura Blvd., 20th Floor
Sherman Oaks, CA 91403
Telephone:    (818) 444-4500
Facsimile:    (818) 444-4520

Attorneys for PERSONALWEB
TECHNOLOGIES, LLC


DAVID D. WIER (admitted *pro hac vice*)
david.wier@level3.com
1025 Eldorado Boulevard
Broomfield, CO  80021
Telephone:    (720) 888-3539

JOSE L. PATIÑO (SBN 149568)
jpatino@foley.com
CHRISTOPHER C. BOLTEN (SBN 268284)
cbolten@foley.com
Foley & Lardner LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
Telephone:    (858) 847-6700
Facsimile:    (858) 792-6773

Attorneys for LEVEL 3 COMMUNICATIONS, LLC

J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
MELANIE L. MAYER (admitted *pro hac vice*)
mmayer@fenwick.com
PHILLIP J. HAACK (CSB No. 262060)
phaack@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
CHIEH TUNG (CSB No. 318963)
ctung@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

Attorneys for AMAZON.COM, INC. and
AMAZON WEB SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: PERSONALWEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION | Case No. 5:18-md-02834-BLF |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC.,<br>                    Plaintiffs,<br>        v.<br>PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC,<br>                    Defendants. | Case No.: 5:18-cv-00767-BLF<br><br>**STIPULATION RE DEADLINE ON IDENTIFYING ADJUDICATED CUSTOMER CASES PER SUMMARY JUDGMENT ORDER** |

1    Amazon.com, Inc. and Amazon Web Services, Inc. (collectively, "Amazon"), PersonalWeb

2  Technologies, LLC ("PersonalWeb"), and Level 3 Communications, LLC ("Level 3") hereby stip-

3  ulate and recite as follows:

4    WHEREAS, on March 13, 2019, the Court issued its order granting in part and denying in

5  part Amazon's motion for summary judgment (the "Order") (Dkt. 394);

6    WHEREAS, the Court ordered the parties to advise the Court by April 3, 2019 as to which

7  customer cases are fully adjudicated by the Order and which claims of the remaining cases are fully

8  adjudicated regarding accused S3 (*id.* at 27);

9    WHEREAS, the parties have met and conferred, and need additional time to further analyze

10  the issues;

11    WHEREAS, the parties have agreed to an extension of one week—to April 10, 2019—to

12  file a stipulation with the Court as to fully adjudicated customer cases and claims of the remaining

13  cases that are fully adjudicated regarding S3;

14    THE PARTIES HEREBY STIPULATE and jointly request a one-week extension to April

15  10, 2019 to submit a stipulation to this Court identifying fully adjudicated customer cases and

16  claims of the remaining cases that are fully adjudicated regarding S3.

17

18  Dated: April 3, 2019                    FENWICK & WEST LLP

19                                          By: */s/ J. David Hadden*
20                                               J. DAVID HADDEN (CSB No. 176148)
                                                 SAINA S. SHAMILOV (CSB No. 215636)
21                                               MELANIE L. MAYER (admitted *pro hac vice*)
                                                 PHILLIP J. HAACK (CSB No. 262060)
22                                               RAVI R. RANGANATH (CSB No. 272981)
                                                 CHIEH TUNG (CSB No. 318963)
23                                               FENWICK & WEST LLP
                                                 Silicon Valley Center
24                                               801 California Street
                                                 Mountain View, CA  94041
25                                               Telephone:    650.988.8500
                                                 Facsimile:    650.938.5200
26
                                                 Attorneys for AMAZON.COM, INC. and
27                                               AMAZON WEB SERVICES, INC.

28

1   Dated:  April 3, 2019                         STUBBS, ALDERTON & MARKILES, LLC

2
                                                 By: /s/ Viviana Boero Hedrick
3                                                     Michael A. Sherman
                                                     Jeffrey F. Gersh
4                                                     Sandeep Seth
                                                     Wesley W. Monroe
5                                                     Stanley H. Thompson, Jr.
                                                     Viviana Boero Hedrick
6
                                                     Attorneys for PERSONALWEB
7                                                     TECHNOLOGIES, LLC

8   Dated: April 3, 2019                          By: /s/ David D. Wier
                                                     David D. Wier (admitted *pro hac vice*)
9                                                    david.wier@level3.com
                                                     Level 3 Communications, LLC
10                                                   1025 Eldorado Boulevard
                                                     Broomfield, CO  80021
11                                                   Telephone:  (720) 888-3539

12                                                   Attorney for LEVEL 3
                                                     COMMUNICATIONS, LLC
13  Dated:  April 3, 2019                         FOLEY & LARDNER LLP

14
                                                 By: /s/ Jose L. Patiño
15                                                   Jose L. Patiño (SBN 149568)
                                                     Christopher C. Bolten (SBN 268284)
16                                                   FOLEY & LARDNER LLP
                                                     3579 Valley Centre Drive, Suite 300
17                                                   San Diego, CA 92130
                                                     Telephone:      (858) 847-6700
18                                                   Facsimile:      (858) 792-6773

19                                                   Attorneys for LEVEL 3
                                                     COMMUNICATIONS, LLC
20

21

22

23

24

25

26

27

28

STIPULATION RE DEADLINE ON IDENTIFYING            3                        5:18-md-02834-BLF
ADJUDICATED CUSTOMER CASES                                                 5:18-cv-00767-BLF