| | |
|---|---|
| 1 | J. DAVID HADDEN (CSB No. 176148) |
| | dhadden@fenwick.com |
| 2 | SAINA S. SHAMILOV (CSB No. 215636) |
| | sshamilov@fenwick.com |
| 3 | TODD R. GREGORIAN (CSB No. 236096) |
| | tgregorian@fenwick.com |
| 4 | PHILLIP J. HAACK (CSB No. 262060) |
| | phaack@fenwick.com |
| 5 | RAVI R. RANGANATH (CSB No. 272981) |
| | rranganath@fenwick.com |
| 6 | THOMAS J. FOX (CSB NO. 322938) |
| | tfox@fenwick.com |
| 7 | FENWICK & WEST LLP |
| | Silicon Valley Center |
| 8 | 801 California Street |
| | Mountain View, CA  94041 |
| 9 | Telephone:     650.988.8500 |
| | Facsimile:     650.938.5200 |

Attorneys for Twitch Interactive, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: PERSONAL WEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION | Case No. 5:18-md-02834-BLF |
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TWITCH INTERACTIVE, INC., <br><br> Defendant. | Case No.: 5:18-cv-05619-BLF <br><br> **NOTICE OF APPEARANCE OF THOMAS J. FOX** |

1  Pursuant to Civil L.R. 5-1 (c)(2), Thomas J. Fox of the law firm of Fenwick and West
2  LLP hereby enters his appearance in this action on behalf of Defendant Twitch Interactive, Inc.
3  The email addresses for Thomas J. Fox are tfox@fenwick.com and vpieretti@fenwick.com.

Dated: July 25, 2019

Respectfully submitted,

FENWICK & WEST LLP

By: */s/ Thomas J. Fox*
    Thomas J. Fox
    Attorney for Defendant
    TWITCH INTERACTIVE, INC.