J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
PHILLIP J. HAACK (CSB No. 262060)
phaack@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
CHIEH TUNG (CSB No. 318963)
ctung@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

Attorneys for AMAZON.COM, INC.
AMAZON WEB SERVICES, INC. and TWITCH
INTERACTIVE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: PERSONALWEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION, | Case No.: 5:18-md-02834-BLF |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC., | Case No.: 5:18-cv-00767-BLF |
| | Case No. 5:18-cv-05619-BLF |
| Plaintiffs, v. | **AMAZON.COM, INC. AND AMAZON WEB SERVICES, INC., AND TWITCH INTERACTIVE, INC. NOTICE OF ATTORNEY WITHDRAWAL OF PHILLIP J. HAACK** |
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, | |
| Defendants. | |
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, | |
| Counterclaimants, v. | |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC., | |
| Counterdefendants. | |

NOTICE OF WITHDRAWAL AS ATTORNEY

Case No.: 5:18-md-02834-BLF
Case No.: 5:18-cv-00767-BLF
Case No. 5:18-cv-05619-BLF

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | PERSONALWEB TECHNOLOGIES, LLC, a Texas limited liability company, and LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company<br>            Plaintiffs,<br>v.<br>TWITCH INTERACTIVE, INC. a Delaware corporation,<br>            Defendant. | |

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FENWICK & WEST LLP
ATTORNEYS AT LAW

NOTICE OF WITHDRAWAL AS ATTORNEY

Case No.: 5:18-md-02834-BLF
Case No.: 5:18-cv-00767-BLF
Case No. 5:18-cv-05619-BLF

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD AND TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that after July 26, 2019, Phillip J. Haack will no longer be affiliated with the firm of Fenwick & West LLP.  For this reason, AMAZON.COM, INC. AMAZON WEB SERVICES, INC. and TWITCH INTERACTIVE, INC respectfully request that Mr. Haack be removed as counsel of record and removed from the master service list in the above-entitled actions.  AMAZON.COM, INC., AMAZON WEB SERVICES, INC. and TWITCH INTERACTIVE, INC. will remain represented by its other counsel of record at Fenwick & West LLP.

Respectfully submitted,

Dated:  July 26, 2019            FENWICK & WEST LLP

By: */s/ Phillip J. Haack*
    Phillip J. Haack

    Attorney for AMAZON.COM, INC.
    AMAZON WEB SERVICES, INC. and
    TWITCH INTERACTIVE, INC.

NOTICE OF WITHDRAWAL AS ATTORNEY            1

Case No.: 5:18-md-02834-BLF
Case No.: 5:18-cv-00767-BLF
Case No. 5:18-cv-05619-BLF