# EXHIBIT 1



**FENWICK & WEST LLP**

SILICON VALLEY CENTER   801 CALIFORNIA STREET   MOUNTAIN VIEW, CA 94041
TEL 650.988.8500   FAX 650.938.5200   WWW.FENWICK.COM

August 16, 2019

J. DAVID HADDEN

EMAIL DHADDEN@FENWICK.COM
Direct Dial +1 (650) 335-7684

**VIA EMAIL (MASHERMAN@STUBBSALDERTON.COM)**

Michael A. Sherman
Stubbs Alderton & Markiles
15260 Ventura Boulevard, 20th Floor
Sherman Oaks, California 91403

Re:   *In re PersonalWeb Technologies, LLC et al. Patent Litigation*, Nos. 18-md-02834 (N.D. Cal.)

Dear Michael:

I write on behalf of Amazon.com, Inc. and Amazon Web Services, Inc. (collectively, "Amazon"), and Twitch Interactive, Inc. ("Twitch"). The Court's August 16, 2019 Claim Construction Order (Dkt. 485)—in particular the Court's constructions of the "authorization" terms and the "part" and "part value" terms—makes clear that PersonalWeb has no viable infringement claim against either Amazon or Twitch. *See MarcTec, LLC v. Johnson & Johnson*, 664 F.3d 907, 919 (Fed. Cir. 2012) (plaintiff's "decision to continue the litigation after claim construction further supports the district court's finding that this is an exceptional case"); *Taurus IP, LLC v. Daimlerchrysler Corp.*, 559 F. Supp. 2d 947, 968 (W.D. Wisc. 2008) (plaintiff's "decision to proceed in the face of [the] court's constructions prolong[s] . . . litigation in bad faith").

Please confirm that PersonalWeb will immediately dismiss all claims against Amazon and Twitch with prejudice. If not, we will seek all available sanctions, including under Rule 11, against both PersonalWeb and your firm.

Sincerely,

FENWICK & WEST LLP

J. David Hadden

JDH:icc