J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
CHIEH TUNG (CSB No. 318963)
ctung@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:      650.938.5200

Counsel for AMAZON.COM, INC.
and AMAZON WEB SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: PERSONAL WEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION | Case No.: 5:18-md-02834-BLF |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC.,<br>　　　　　Plaintiffs,<br>　　v.<br>PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC,<br>　　　　　Defendants. | Case No.: 5:18-cv-00767-BLF<br><br>**[PROPOSED] ORDER GRANTING MOTION OF AMAZON.COM, INC. AND AMAZON WEB SERVICES, INC. FOR SUMMARY JUDGMENT OF NONINFRINGEMENT** |
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC,<br>　　　　　Counterclaimants,<br>　　v.<br>AMAZON.COM, INC., and AMAZON WEB SERVICES, INC.,<br>　　　　　Counterdefendants. | |

**[PROPOSED] ORDER**

Before the Court is the motion of defendants Amazon.com, Inc. and Amazon Web Services, Inc. (collectively, "Amazon") for summary judgment of noninfringement. The Court heard argument on the motion on November 15, 2019. Amazon and plaintiffs PersonalWeb Technologies, LLC and Level 3 Communications, LLC (collectively, "PersonalWeb") were represented by counsel. After consideration of the motion, the supporting documents filed with the motion, the record herein, and the arguments of counsel, the Court concludes that with respect to those claims and defenses there is no genuine dispute as to any material fact, and Amazon is entitled to judgment as a matter of law. Amazon's motion for summary judgment is therefore **GRANTED**, and the Court hereby **ORDERS** as follows:

(1) Amazon does not infringe any claim of U.S. patent Nos. 5,978,791, 6,928,442, 7,802,310, 7,945,544, and 8,099,420 (the "patents-in-suit"); and

[PersonalWeb lacks standing to assert any claim of infringement based on use or operation of Amazon CloudFront, including any patent infringement claim against Amazon or an Amazon customer in which CloudFront is alleged to meet any limitation of any claim of the patents-in-suit; and]

(2) PersonalWeb's First Amended Counterclaim, filed on October 4, 2018, is **DISMISSED WITH PREJUDICE.**

Judgment shall be entered in favor of Amazon and against PersonalWeb in accordance with this order.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Beth L. Freeman
United States District Court Judge