J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
CHIEH TUNG (CSB No. 318963)
ctung@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:     650.938.5200

Counsel for Defendants
AMAZON.COM, INC., AMAZON WEB SER-
VICES, INC. & TWITCH INTERACTIVE, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: PERSONAL WEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION | Case No. 5:18-md-02834-BLF |
| PERSONALWEB TECHNOLOGIES, LLC, a Texas limited liability company, and LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> TWITCH INTERACTIVE, INC. a Delaware corporation, <br><br> Defendant. | Case No. 5:18-cv-05619-BLF <br><br> **DECLARATION OF SAINA S. SHAMILOV IN SUPPORT OF MOTION OF AMAZON.COM, INC., AND AMAZON WEB SERVICES, INC., FOR SUMMARY JUDGMENT OF NONINFRINGEMENT AND MOTION OF TWITCH INTERACTIVE, INC. FOR SUMMARY JUDGMENT OF NONINFRINGEMENT AND TO EXCLUDE THE TESTIMONY OF ERIK DE LA IGLESIA** <br><br> Date:        November 15, 2019 <br> Time:       9:00 a.m. <br> Dept:       Courtroom 3, 5th Floor <br> Judge:      Hon. Beth L. Freeman <br> Trial Date:  March 16, 2020 |

I, Saina S. Shamilov, declare as follows:

1.      I am a partner with the law firm of Fenwick & West LLP, counsel to Amazon.com, Inc., Amazon Web Services, Inc. (collectively, "Amazon"), and Twitch Interactive, Inc. ("Twitch) in this matter.  I have personal knowledge of the facts set forth herein unless otherwise indicated, and if called to testify, I could and would testify competently thereto.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the Technical Expert Report of PersonalWeb Technologies, LLC's expert Erik de la Iglesia, served August 23, 2019 in this matter.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the Responsive Expert Report of Amazon and Twitch's expert Dr. Jon B. Weissman on Non-Infringement, served September 18, 2019 in this matter.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the R Fielding et al., Network Working Group's Request for Comments 2616, "Hypertext Transfer Protocol -- HTTP/1.1" (June 1999).

5.      Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the July 26, 2019 deposition transcript of James Richard.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of the Infringement Contentions of PersonalWeb Technologies, Inc., served October 29, 2018 in this matter.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of a September 1, 2000 License Agreement between Kinetech, Inc. and Digital Island, Inc.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the January 17, 2014 deposition transcript of Ronald Lachman from *PersonalWeb Techs., LLC v. Microsoft Corp.*, No. 6:12-CV-00663 (E.D. Tex.).

//

FENWICK & WEST LLP
ATTORNEYS AT LAW

1   I declare under penalty of perjury under the laws of the United States that the foregoing is

2   true and correct.  Executed on this 4th day of October 2019.

3

4   _/s/ Saina S. Shamilov_____
    Saina S. Shamilov

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW