**Fenwick & West LLP**

**Time Accrued and Effective Rates by Category**

| **OVERVIEW OF TOTALS** | | | |
|---|---|---|---|
| **Category** | **Total Billed Hours** | **Effective Rate Before Final Discount** | **Effective Rate With Final Discount** |
| **Case Management** | 2,143.3 | $576.66 | $503.43 |
| **Multidistrict Litigation** | 296.8 | $561.98 | $490.61 |
| **Investigate/Respond to PersonalWeb's Claims** | 410.5 | $591.70 | $516.56 |
| **Declaratory Judgment Complaint** | 174.1 | $548.79 | $479.10 |
| **PersonalWeb's Motion to Dismiss** | 73.4 | $527.69 | $460.68 |
| **Motion to Stay** | 340.4 | $510.37 | $445.56 |
| **Motion for Preliminary Injunction** | 454.3 | $554.67 | $484.23 |
| **Summary Judgment on Claim Preclusion/Kessler Doctrine** | 1,050.3 | $646.55 | $564.44 |
| **Motion for Judgment on the Pleadings** | 263.9 | $640.07 | $558.79 |
| **Infringement Contentions** | 151.7 | $550.43 | $480.53 |
| **Invalidity Contentions** | 329.7 | $486.14 | $424.40 |
| **Damages Contentions** | 22.7 | $542.23 | $473.37 |
| **Claim Construction** | 953.9 | $625.29 | $545.88 |
| **Fact Discovery** | 2,753.4 | $553.92 | $483.58 |
| **Motions to Compel** | 554.3 | $636.23 | $555.43 |
| **Expert Discovery** | 1,593.1 | $494.19 | $431.43 |
| **Summary Judgment for Non-Infringement** | 370.1 | $661.64 | $577.62 |
| **PersonalWeb's Rule 54(b) Motion** | 25.8 | $608.52 | $531.24 |

| | | | |
|---|---|---|---|
| **Federal Circuit Appeal** | 271.1 | $573.45 | $500.63 |
| **TOTALS** | **12,232.8** | **$6,987,341.17** | **$6,100,000.00** |

| **Breakdown of Categories** | | | |
|---|---|---|---|
| **Category** | **Timekeeper** | **Hours** | **Fees** |
| **Case Management** | J. David Hadden | 117.2 | $67,584.86 |
| | Saina S. Shamilov | 129.5 | $74,677.81 |
| | Melanie Mayer | 514.8 | $296,865.90 |
| | Todd Gregorian | 122.1 | $70,410.50 |
| | Phillip Haack | 71.9 | $41,462.04 |
| | Ravi Ranganath | 338.4 | $195,142.62 |
| | Allen Wang | 0.7 | $403.66 |
| | Elizabeth Hagan | 383.9 | $221,380.77 |
| | Shannon Turner | 42.5 | $24,508.16 |
| | Chieh Tung | 244.5 | $140,994.00 |
| | Crystal Nwaneri | 100.8 | $58,127.59 |
| | TJ Fox | 36.2 | $20,875.19 |
| | Kwan Chan | 0.5 | $288.33 |
| | Patrick Doyle | 2.9 | $1,672.32 |
| | Robert Winant | 13.8 | $7,957.94 |
| | Lawrence Gallwas | 23.6 | $13,609.24 |
| | **Total:** | **2143.3** | **$1,235,960.94** |
| **Multidistrict Litigation** | J. David Hadden | 14.4 | $8,092.54 |
| | Saina S. Shamilov | 66.4 | $37,315.59 |

| Breakdown of Categories | | | |
|---|---|---|---|
| **Category** | **Timekeeper** | **Hours** | **Fees** |
| | Melanie Mayer | 56 | $31,470.98 |
| | Todd Gregorian | 65.9 | $37,034.60 |
| | Phillip Haack | 4.2 | $2,360.32 |
| | Ravi Ranganath | 26.2 | $14,723.92 |
| | Elizabeth Hagan | 27.4 | $15,398.30 |
| | Shannon Turner | 1.5 | $842.97 |
| | Chieh Tung | 11.1 | $6,238.00 |
| | Robert Winant | 22.5 | $12,644.59 |
| | Lawrence Gallwas | 1.2 | $674.38 |
| | **Total:** | **296.8** | **$166,796.19** |
| **Investigate/Respond to PersonalWeb's Complaints** | J. David Hadden | 41.7 | $24,674.00 |
| | Saina S. Shamilov | 20.1 | $11,893.22 |
| | Melanie Mayer | 61.8 | $36,567.23 |
| | Todd Gregorian | 13 | $7,692.13 |
| | Phillip Haack | 133.6 | $79,051.48 |
| | Ravi Ranganath | 58.9 | $34,851.29 |
| | Elizabeth Hagan | 5.2 | $3,076.85 |
| | Shannon Turner | 13.3 | $7,869.65 |
| | Chieh Tung | 44.7 | $26,449.11 |
| | Crystal Nwaneri | 8.4 | $4,970.30 |
| | TJ Fox | 1.3 | $769.21 |
| | Robert Winant | 6 | $3,550.22 |
| | Lawrence Gallwas | 2.5 | $1,479.26 |

| Breakdown of Categories | | | |
|---|---|---|---|
| **Category** | **Timekeeper** | **Hours** | **Fees** |
| | **Total:** | **410.5** | **$242,893.95** |
| **Declaratory Judgment Complaint** | J. David Hadden | 6.2 | $3,402.50 |
| | Saina S. Shamilov | 24.6 | $13,500.25 |
| | Melanie Mayer | 12.4 | $6,805.01 |
| | Todd Gregorian | 38.4 | $21,073.57 |
| | Phillip Haack | 33.2 | $18,219.85 |
| | Ravi Ranganath | 21.1 | $11,579.49 |
| | Elizabeth Hagan | 6.5 | $3,567.14 |
| | Chieh Tung | 25.1 | $13,774.65 |
| | Robert Winant | 3.4 | $1,865.89 |
| | Lawrence Gallwas | 3.2 | $1,756.13 |
| | **Total:** | **174.1** | **$95,544.47** |
| **PersonalWeb's Motion to Dismiss** | J. David Hadden | 5.9 | $3,113.38 |
| | Saina S. Shamilov | 4.6 | $2,427.38 |
| | Todd Gregorian | 17.6 | $9,287.37 |
| | Phillip Haack | 3 | $1,583.07 |
| | Elizabeth Hagan | 27.1 | $14,300.44 |
| | Chieh Tung | 4.2 | $2,216.30 |
| | Robert Winant | 8.9 | $4,696.46 |
| | Lawrence Gallwas | 2.1 | $1,108.15 |
| | **Total:** | **73.4** | **$38,732.57** |
| **Motion to Stay (Customer Suits)** | J. David Hadden | 2.2 | $1,122.81 |
| | Saina S. Shamilov | 41.3 | $21,078.15 |

| **Breakdown of Categories** | | | |
|---|---|---|---|
| **Category** | **Timekeeper** | **Hours** | **Fees** |
| | Melanie Mayer | 87.4 | $44,606.05 |
| | Todd Gregorian | 15.9 | $8,114.83 |
| | Phillip Haack | 0.5 | $255.18 |
| | Ravi Ranganath | 43.5 | $22,200.95 |
| | Elizabeth Hagan | 58.1 | $29,652.31 |
| | Shannon Turner | 15.2 | $7,757.57 |
| | Chieh Tung | 63.6 | $32,459.32 |
| | Robert Winant | 11.1 | $5,665.07 |
| | Lawrence Gallwas | 1.6 | $816.59 |
| | **Total** | **340.4** | **$173,728.83** |
| **Motion for Preliminary Injunction** | J. David Hadden | 45.8 | $25,403.78 |
| | Saina S. Shamilov | 80.6 | $44,706.22 |
| | Melanie Mayer | 2 | $1,109.34 |
| | Todd Gregorian | 56.8 | $31,505.13 |
| | Phillip Haack | 86.2 | $47,812.36 |
| | Ravi Ranganath | 73 | $40,490.74 |
| | Elizabeth Hagan | 39.3 | $21,798.44 |
| | Chieh Tung | 33.5 | $18,581.37 |
| | Robert Winant | 28.5 | $15,808.03 |
| | Lawrence Gallwas | 8.6 | $4,770.14 |
| | **Total** | **454.3** | **$251,985.54** |
| **Summary Judgment on Claim Preclusion/Kessler** | J. David Hadden | 93.3 | $60,323.39 |
| | Saina S. Shamilov | 202.9 | $131,185.59 |

| Breakdown of Categories | | | |
|---|---|---|---|
| **Category** | **Timekeeper** | **Hours** | **Fees** |
| **Doctrine** | Melanie Mayer | 61.8 | $39,956.97 |
| | Todd Gregorian | 60.1 | $38,857.83 |
| | Phillip Haack | 171.1 | $110,625.20 |
| | Ravi Ranganath | 185.3 | $119,806.26 |
| | Elizabeth Hagan | 7.7 | $4,978.46 |
| | Shannon Turner | 9.4 | $6,077.60 |
| | Chieh Tung | 83.7 | $54,116.48 |
| | Crystal Nwaneri | 51.1 | $33,038.85 |
| | TJ Fox | 47.3 | $30,581.95 |
| | Robert Winant | 52.5 | $33,944.03 |
| | Lawrence Gallwas | 24.1 | $15,581.93 |
| | **Total** | **1050.3** | **$679,074.53** |
| **Motion for Judgment on the Pleadings** | J. David Hadden | 18.6 | $11,905.35 |
| | Saina S. Shamilov | 28.2 | $18,050.05 |
| | Melanie Mayer | 4.1 | $2,624.30 |
| | Todd Gregorian | 84.8 | $54,278.15 |
| | Phillip Haack | 9.3 | $5,952.67 |
| | Ravi Ranganath | 34.2 | $21,890.48 |
| | Elizabeth Hagan | 2.4 | $1,536.17 |
| | Shannon Turner | 0.1 | $64.01 |
| | Chieh Tung | 58.4 | $37,380.24 |
| | Crystal Nwaneri | 9.6 | $6,144.70 |
| | TJ Fox | 0.4 | $256.03 |

| Breakdown of Categories | | | |
|---|---|---|---|
| **Category** | **Timekeeper** | **Hours** | **Fees** |
| | Robert Winant | 12 | $7,680.87 |
| | Lawrence Gallwas | 1.8 | $1,152.13 |
| | **Total** | **263.9** | **$168,915.14** |
| **Infringement Contentions** | J. David Hadden | 13.3 | $7,320.76 |
| | Saina S. Shamilov | 10.9 | $5,999.72 |
| | Melanie Mayer | 9.9 | $5,449.29 |
| | Todd Gregorian | 16.7 | $9,192.23 |
| | Phillip Haack | 3.9 | $2,146.69 |
| | Ravi Ranganath | 12.9 | $7,100.58 |
| | Elizabeth Hagan | 0.2 | $110.09 |
| | Shannon Turner | 4 | $2,201.73 |
| | Chieh Tung | 5.2 | $2,862.25 |
| | Crystal Nwaneri | 0.4 | $220.17 |
| | TJ Fox | 67 | $36,879.00 |
| | Robert Winant | 1.8 | $990.78 |
| | Lawrence Gallwas | 5.5 | $3,027.38 |
| | **Total** | **151.7** | **$83,500.66** |
| **Invalidity Contentions** | J. David Hadden | 1.5 | $729.22 |
| | Saina S. Shamilov | 4.5 | $2,187.65 |
| | Melanie Mayer | 14.5 | $7,049.10 |
| | Phillip Haack | 118.1 | $57,413.68 |
| | Ravi Ranganath | 2.2 | $1,069.52 |
| | Elizabeth Hagan | 1.4 | $680.60 |

| Breakdown of Categories | | | |
|---|---|---|---|
| **Category** | **Timekeeper** | **Hours** | **Fees** |
| | Shannon Turner | 1.4 | $680.60 |
| | Crystal Nwaneri | 1.1 | $534.76 |
| | TJ Fox | 139.1 | $67,622.72 |
| | Kwan Chan | 33.1 | $16,091.39 |
| | Patrick Doyle | 3.8 | $1,847.35 |
| | Robert Winant | 1.8 | $875.06 |
| | Lawrence Gallwas | 7.2 | $3,500.24 |
| | **Total** | **329.7** | **$160,281.89** |
| **Damages Contentions** | Saina S. Shamilov | 0.6 | $325.34 |
| | Melanie Mayer | 3 | $1,626.68 |
| | Phillip Haack | 2.8 | $1,518.23 |
| | Chieh Tung | 16.3 | $8,838.28 |
| | **Total** | **22.7** | **$12,308.52** |
| **Claim Construction** | J. David Hadden | 137.3 | $85,851.83 |
| | Saina S. Shamilov | 105 | $65,655.08 |
| | Melanie Mayer | 14.6 | $9,129.18 |
| | Todd Gregorian | 48.4 | $30,263.87 |
| | Phillip Haack | 305.3 | $190,899.96 |
| | Ravi Ranganath | 10.8 | $6,753.09 |
| | Shannon Turner | 1.2 | $750.34 |
| | Chieh Tung | 1.1 | $687.82 |
| | Crystal Nwaneri | 9.5 | $5,940.22 |
| | TJ Fox | 244.8 | $153,070.13 |

| Breakdown of Categories | | | |
|---|---|---|---|
| **Category** | **Timekeeper** | **Hours** | **Fees** |
| | Robert Winant | 37.9 | $23,698.36 |
| | Lawrence Gallwas | 38 | $23,760.89 |
| | **Total** | **953.9** | **$596,460.77** |
| **Fact Discovery** | J. David Hadden | 77.4 | $42,873.51 |
| | Saina S. Shamilov | 138.9 | $76,939.67 |
| | Melanie Mayer | 323.3 | $179,082.76 |
| | Todd Gregorian | 62.7 | $34,730.87 |
| | Phillip Haack | 223.9 | $124,022.98 |
| | Ravi Ranganath | 254.9 | $141,194.55 |
| | Elizabeth Hagan | 23.4 | $12,961.76 |
| | Shannon Turner | 286.9 | $158,920.03 |
| | Chieh Tung | 195.7 | $108,402.40 |
| | Crystal Nwaneri | 304.9 | $168,890.61 |
| | TJ Fox | 390 | $216,029.32 |
| | Patrick Doyle | 6.7 | $3,711.27 |
| | Robert Winant | 163 | $90,289.18 |
| | Lawrence Gallwas | 301.7 | $167,118.06 |
| | **Total** | **2753.4** | **$1,525,166.97** |
| **Discovery Disputes/Motions to Compel** | J. David Hadden | 10.5 | $6,680.38 |
| | Saina S. Shamilov | 37.8 | $24,049.36 |
| | Melanie Mayer | 133 | $84,618.12 |
| | Todd Gregorian | 115.9 | $73,738.65 |
| | Phillip Haack | 26.8 | $17,050.87 |

| **Breakdown of Categories** | | | |
|---|---|---|---|
| **Category** | **Timekeeper** | **Hours** | **Fees** |
| | Ravi Ranganath | 33.4 | $21,249.96 |
| | Elizabeth Hagan | 2.3 | $1,463.32 |
| | Shannon Turner | 47.3 | $30,093.51 |
| | Chieh Tung | 91.6 | $58,278.35 |
| | Crystal Nwaneri | 38.4 | $24,431.10 |
| | TJ Fox | 8.2 | $5,217.06 |
| | Robert Winant | 7 | $4,453.59 |
| | Lawrence Gallwas | 2.1 | $1,336.08 |
| | **Total** | **554.3** | **$352,660.34** |
| **Expert Discovery** | J. David Hadden | 87.5 | $43,241.76 |
| | Saina S. Shamilov | 283.9 | $140,300.97 |
| | Melanie Mayer | 110.4 | $54,558.74 |
| | Todd Gregorian | 1.5 | $741.29 |
| | Phillip Haack | 3.4 | $1,680.25 |
| | Ravi Ranganath | 11 | $5,436.11 |
| | Allen Wang | 25.5 | $12,601.88 |
| | Shannon Turner | 28.9 | $14,282.13 |
| | Chieh Tung | 4.5 | $2,223.86 |
| | Crystal Nwaneri | 28 | $13,837.36 |
| | TJ Fox | 290.1 | $143,364.96 |
| | Kwan Chan | 488.5 | $241,412.55 |
| | Patrick Doyle | 101.9 | $50,358.12 |
| | Robert Winant | 56.1 | $27,724.14 |

| Breakdown of Categories | | | |
|---|---|---|---|
| **Category** | **Timekeeper** | **Hours** | **Fees** |
| | Lawrence Gallwas | 71.9 | $35,532.37 |
| | **Total** | **1593.1** | **$787,296.50** |
| **Summary Judgment for Non-Infringement** | J. David Hadden | 27.9 | $18,459.62 |
| | Saina S. Shamilov | 106.3 | $70,331.82 |
| | Melanie Mayer | 4.3 | $2,845.03 |
| | Todd Gregorian | 18.5 | $12,240.25 |
| | Ravi Ranganath | 16.6 | $10,983.14 |
| | Allen Wang | 99.5 | $65,832.70 |
| | Shannon Turner | 2.9 | $1,918.74 |
| | Chieh Tung | 0.1 | $66.16 |
| | Crystal Nwaneri | 10.8 | $7,145.66 |
| | TJ Fox | 48.7 | $32,221.63 |
| | Kwan Chan | 0.8 | $529.31 |
| | Robert Winant | 22.1 | $14,622.14 |
| | Lawrence Gallwas | 11.6 | $7,674.97 |
| | **Total** | **370.1** | **$244,871.18** |
| **PersonalWeb's Rule 54(b) Motion** | J. David Hadden | 0.5 | $304.26 |
| | Melanie Mayer | 0.5 | $304.26 |
| | Todd Gregorian | 8.8 | $5,355.02 |
| | Ravi Ranganath | 3 | $1,825.57 |
| | Allen Wang | 4.9 | $2,981.77 |
| | Crystal Nwaneri | 5.8 | $3,529.44 |
| | TJ Fox | 0.1 | $60.85 |

| Breakdown of Categories | | | |
|---|---|---|---|
| **Category** | **Timekeeper** | **Hours** | **Fees** |
| | Robert Winant | 2.2 | $1,338.75 |
| | **Total** | **25.8** | **$15,699.94** |
| **Federal Circuit Appeal** | J. David Hadden | 6.3 | $3,612.73 |
| | Melanie Mayer | 9.8 | $5,619.81 |
| | Todd Gregorian | 134.1 | $76,899.62 |
| | Elizabeth Hagan | 0.1 | $57.34 |
| | Shannon Turner | 0.6 | $344.07 |
| | Chieh Tung | 62.8 | $36,012.65 |
| | Crystal Nwaneri | 1.3 | $745.48 |
| | TJ Fox | 15.9 | $9,117.85 |
| | Robert Winant | 39.9 | $22,880.65 |
| | Lawrence Gallwas | 0.3 | $172.03 |
| | **Total** | **271.1** | **$155,462.24** |