| | |
|---|---|
| J. DAVID HADDEN (CSB No. 176148) <br> dhadden@fenwick.com <br> SAINA S. SHAMILOV (CSB No. 215636) <br> sshamilov@fenwick.com <br> TODD R. GREGORIAN (CSB No. 236096) <br> tgregorian@fenwick.com <br> RAVI R. RANGANATH (CSB No. 272981) <br> rranganath@fenwick.com <br> SHANNON E. TURNER (CSB No. 310121) <br> sturner@fenwick.com <br> CHIEH TUNG (CSB No. 318963) <br> ctung@fenwick.com <br> FENWICK & WEST LLP <br> Silicon Valley Center <br> 801 California Street <br> Mountain View, CA  94041 <br> Telephone:     650.988.8500 <br> Facsimile:     650.938.5200 <br><br> Attorneys for AMAZON.COM, INC., AMAZON WEB SERVICES, INC., and TWITCH INTERACTIVE, INC. | MICHAEL A. SHERMAN (SBN 94783) <br> masherman@stubbsalderton.com <br> JEFFREY F. GERSH (SBN 87124) <br> jgersh@stubbsalderton.com <br> SANDEEP SETH (SBN 195914) <br> sseth@ stubbsalderton.com <br> WESLEY W. MONROE (SBN 149211) <br> wmonroe@stubbsalderton.com <br> STANLEY H. THOMPSON, JR. (SBN 198825) <br> sthompson@stubbsalderton.com <br> VIVIANA B. HEDRICK (SBN 239359) <br> vhedrick@stubbsalderton.com <br> STUBBS ALDERTON MARKILES, LLP <br> 15260 Ventura Boulevard, 20th Floor <br> Sherman Oaks, CA  91403 <br> Telephone:     (818) 444-4500 <br> Facsimile:     (818) 444-4520 <br><br> Attorneys for PERSONALWEB TECHNOLOGIES, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PERSONALWEB TECHNOLOGIES, LLC, ET AL., PATENT LITIGATION | Case No.: 5:18-md-02834-BLF <br><br> Case No.: 5:18-cv-00767-BLF <br><br> Case No.: 5:18-cv-05619-BLF |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC., <br><br> Plaintiffs <br> v. <br><br> PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, <br><br> Defendants, | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION FOR ATTORNEY FEES AND COSTS OF AMAZON.COM, INC., AMAZON WEB SERVICES, INC., AND TWITCH INTERACTIVE, INC.** |
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br> v. <br><br> TWITCH INTERACTIVE, INC., <br><br> Defendant. | |

PersonalWeb Technologies, LLC ("PersonalWeb"), and Amazon.com, Inc. and Amazon Web Services, Inc. (collectively, "Amazon") and Twitch Interactive, Inc. ("Twitch") stipulate as follows:

WHEREAS, per agreement by the parties and Court order, the hearing on Amazon's and Twitch's motion for attorneys' fees and bill of costs (collectively, the "Motion"), originally set for hearing on June 4, 2020 is now moved to August 6, 2020 (Dkt. 597);

WHEREAS, the parties agree that PersonalWeb shall have up until June 18, 2020 to file its opposition papers to the Motion, and Amazon and Twitch shall have up until July 23, 2020 to file its reply papers in support of the Motion;

BASED ON THE FOREGOING, THE PARTIES HEREBY STIPULATE as follows:

1. PersonalWeb shall have up until June 18, 2020 to file its opposition papers to the Motion.

2. Amazon and Twitch shall have up until July 23, 2020 to file its reply papers in support of the Motion.

Dated: April 24, 2020                   STUBBS, ALDERTON & MARKILES, LLP

By: /s/ Viviana Boero Hedrick
    VIVIANA BOERO HEDRICK
    MICHAEL A. SHERMAN
    JEFFREY F. GERSH
    SANDEEP SETH
    WESLEY W. MONROE
    STANLEY H. THOMPSON, JR.

Attorneys for
PERSONALWEB TECHNOLOGIES, LLC

Dated: April 24, 2020                   FENWICK & WEST LLP

By: /s/ Todd R. Gregorian
    TODD R. GREGORIAN (CSB No. 236096)
    tgregorian@fenwick.com

Attorneys for AMAZON.COM, INC., and
AMAZON WEB SERVICES, INC.
TWITCH INTERACTIVE, INC.

**ATTESTATION**

The undersigned attests that concurrence in the filing of the foregoing document was obtained from all of its signatories.

Dated:   April 24, 2020

STUBBS, ALDERTON & MARKILES, LLP

By: */s/ Viviana Boero Hedrick*
VIVIANA BOERO HEDRICK
MICHAEL A. SHERMAN
JEFFREY F. GERSH
SANDEEP SETH
WESLEY W. MONROE
STANLEY H. THOMPSON, JR.

Attorneys for
PERSONALWEB TECHNOLOGIES, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 27, 2020

*[signature]*

Honorable Beth Labson Freeman
United States District Court Judge

STIP. AND P~~ROPOSED~~ ORDER RE BRIEFING SCHEDULE FOR FEES MOTION OF AMAZON AND TWITCH — 2 — CASE NOS.: 5:18-md-02834-BLF, 5:18-cv-00767-BLF, AND 5:18-cv-05619-BLF