J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
MELANIE L. MAYER (admitted *pro hac vice*)
mmayer@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
CHIEH TUNG (CSB No. 318963)
ctung@fenwick.com
TJ Fox (CSB No. 322938)
tfox@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:      650.938.5200

Counsel for AMAZON.COM, INC.,
and AMAZON WEB SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  PERSONAL WEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION | Case No.: 5:18-md-02834-BLF |
| | Case No.: 5:18-cv-00767-BLF |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC., | Case No.: 5:18-cv-05619-BLF |
| Plaintiffs | |
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, | **REPLY DECLARATION OF TODD R. GREGORIAN IN SUPPORT OF REPLY OF AMAZON.COM, INC., AMAZON WEB SERVICES, INC., AND TWITCH INTERACTIVE, INC. IN SUPPORT OF MOTION FOR ATTORNEY FEES AND COSTS** |
| Defendants, | |
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, | |
| Counterclaimants, v. | |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC., | |
| Counterdefendants. | |

I, Todd R. Gregorian, declare as follows:

1. I am counsel to Amazon.com, Inc., Amazon Web Services, Inc. (collectively, "Amazon"), and Twitch Interactive, Inc. ("Twitch") in this matter. I have personal knowledge of the facts set forth herein.

2. Attached as **Exhibit 1** are excerpts of the transcript of the August 22, 2019 deposition of Kevin Bermeister.

3. I reviewed PersonalWeb's opposition brief to Amazon's and Twitch's motion for attorney fees and costs, and noticed that PersonalWeb publicly filed various declarations describing, and exhibits containing, attorney-client privileged communications and/or attorney work product. *See, e.g.,* Declaration of Kevin Bermeister (Dkt. 608-1) ¶¶ 4, 9-10, Ex. 1 (advice from counsel regarding the applicability of claim preclusion); Declaration of Dr. Samuel H. Russ (Dkt. 608-11) ¶¶ 7-30, Ex. 3 (evidence-of-use chart compiled for counsel); Declaration of Michael A. Sherman (Dkt. 608-16) ¶¶ 6, 9-12, 17-18, 22 (advice concerning various topics including litigation settlements); Declaration of Wesley W. Monroe (Dkt. 608-6) ¶¶ 6-14, 16-21, 25-26, Ex. 2 (legal memorandum on preclusion doctrines and the *Kessler* doctrine). I believe these included at least some documents and information called for by Amazon's written discovery and deposition questioning during fact discovery.

4. On June 30, 2020, I sent a letter to Michael A. Sherman, lead counsel for PersonalWeb, outlining my concerns about PersonalWeb's selective disclosure of privileged information to defend against Amazon's fee request. I asked PersonalWeb to produce all documents it possessed regarding the subjects over which it had waived privilege. A true and correct copy of this letter is attached as **Exhibit 2**.

5. On June 30, 2020, Mr. Sherman responded by email to advise me, while reserving PersonalWeb's other rights, that my requested production date of July 7, 2020 was insufficient time for him to collect and produce the documents called for by the letter. I acknowledged that logistical challenge and requested PersonalWeb instead produce by July 14, 2020. A true and correct copy of this email string is attached as **Exhibit 3**.

6. On July 4, 2020, Jeffrey Gersh, counsel for PersonalWeb, provided a further response to my original letter, in which he indicated that PersonalWeb would not undertake the collection I had discussed with Mr. Sherman, but instead would produce only three narrow categories: (1) documents to or from prior counsel Roderick Dorman regarding the application of claim preclusion, issue preclusion, and the *Kessler* doctrine to the prior Texas action against Amazon's S3 (rather than, *e.g.*, all legal advice PersonalWeb had received on these subjects); (2) documents concerning the specific settlement discussions described in the Sherman Declaration (rather than, *e.g.*, all communications regarding settlements concerning the asserted patents, about which PersonalWeb claimed that on the advice of Mr. Sherman it had neither sought nor obtained any cost of litigation settlements (*i.e.* "nuisance settlements")); and (3) pre-suit legal advice from fall 2017 through January 2018 from Dr. Russ, Dr. Siritzky, PatBak, and PersonalWeb's counsel Mr. Sandeep Seth and Mr. Monroe. A true and correct copy of this letter is attached as **Exhibit 4**.

7. On July 8, I replied to Mr. Gersh, outlining my continuing concerns with PersonalWeb's attempt to waive privilege selectively, and the resulting prejudice to Amazon. A true and correct copy of this letter is attached as **Exhibit 5**.

8. On July 10, Mr. Sherman wrote to me stating that PersonalWeb would produce only the narrow set of documents outlined in Mr. Gersh's July 4 letter, and would move for a protective order to preclude production the other requested documents. I understood from this letter that PersonalWeb continued to assert attorney-client privilege and/or work product protection over these other requested documents. A true and correct copy of this letter is attached as **Exhibit 6**.

9. On July 13, 2020, I participated in a telephonic conference with my colleague Chieh Tung and PersonalWeb's counsel Michael Sherman, Sandeep Seth, and Stanley S. Thompson, Jr. regarding PersonalWeb's motion for protective order. The parties did not reach a resolution, though to narrow its requests, Amazon offered to forego production of all materials reflecting only legal advice or work product regarding patent validity, provided PersonalWeb would not treat that compromise as waiving Amazon's right to seek those materials in some context other than litigation of the attorney fee motion.

10. PersonalWeb made a limited production to Amazon and Twitch on July 14, 2020 consisting of 863 documents. PersonalWeb made another production of 186 documents after midnight Eastern Standard Time on July 22, 2020, the day before Amazon and Twitch's reply brief was due. A copy of the cover-email for this production as I received it is attached as **Exhibit 7**. I directed my team to review these productions, which they have reported appear consistent with PersonalWeb's representations about the limited categories that it intended to produce. As of this filing, PersonalWeb has not confirmed that even its intended production is complete, nor has it denied that it continues to shield other requested documents behind the privilege.

11. Attached as **Exhibit 8** is an March 15, 2019 article published in the Los Angeles Business Journal, titled "Law Firms Find Fit with Venture Capital Funds," accessed on July 23, 2020, and available at https://labusinessjournal.com/news/2019/mar/15/law-firms-find-fit-venture-capital-funds/.

12. Attached as **Exhibit 9** is a copy of an e-mail string dated January 25, 2018 among Murray Markiles, Kevin Bermeister, Anthony Neumann, Michael Sherman, Jeffrey Gersh, and Sandy Seth. This document was produced by PersonalWeb with Bates Nos. PERSONALWEB130162-PERSONALWEB130163.

13. Attached as **Exhibit 10** is a copy of a patent license and settlement agreement concerning the patents-in-suit. This document was produced by PersonalWeb with Bates Nos. PERSONALWEB006775–PERSONALWEB006787.

14. Attached as **Exhibit 11** is a copy of a June 15, 2018 letter from PersonalWeb's counsel to an accused infringer of the patents-in-suit. This letter was produced by PersonalWeb with Bates Nos. PERSONALWEB108099–PERSONALWEB108127.

15. Attached as **Exhibit 12** is an excerpt from a report published by the Federal Trade Commission in October 2016 titled "Patent Assertion Entity Activity, an FTC Study."

16. Attached as **Exhibit 13** is a copy of a string of emails dated January 23, 2018 to March 9, 2018, between Sandy Seth and counsel for another accused infringer of the patents-in-suit. This document was produced by PersonalWeb with Bates Nos. PERSONALEB109449–PERSONALWEB109454.

I declare under penalty of perjury under the laws of the United Sates that the foregoing is true and correct. Executed in Mount Desert, Maine on this 23rd of July 2020.

*Todd R. Gregorian*

_____
Todd R. Gregorian