J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
MELANIE L. MAYER (admitted *pro hac vice*)
mmayer@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
CHIEH TUNG (CSB No. 318963)
ctung@fenwick.com
TJ FOX (CSB No. 322938)
tfox@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:     650.938.5200

Counsel for AMAZON.COM, INC.,
AMAZON WEB SERVICES, INC., and
TWITCH INTERACTIVE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  PERSONAL WEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION | Case No.: 5:18-md-02834-BLF |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC., | Case No.: 5:18-cv-00767-BLF |
| | Case No.: 5:18-cv-05619-BLF |
| Plaintiffs<br>v.<br>PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC,<br>Defendants, | **SECOND NOTICE OF AMAZON.COM, INC., AMAZON WEB SERVICES, INC., AND TWITCH INTERACTIVE, INC. RE MOTION FOR ATTORNEY FEES AND COSTS** |
| PERSONALWEB TECHNOLOGIES, LLC, and LEVEL 3 COMMUNICATIONS, LLC,<br>Plaintiffs,<br>v.<br>TWITCH INTERACTIVE, INC.,<br>Defendant. | Dept:     Courtroom 3, 5th Floor<br>Judge:    Hon. Beth L. Freeman |

At the August 6, 2020 hearing on the motion for attorney fees and costs, the Court asked whether Amazon sought an exceptional case finding against both PersonalWeb Technologies LLC and Level 3 Communications LLC.  Dkt. 628 (8/6/20 Tx. at 21:11-20).

While it appeared as a co-Plaintiff with PersonalWeb, Level 3 took the position throughout the case that it had in fact asserted no claims.  Dkt. 175, ¶ 3 ("All infringement allegations, statements describing PersonalWeb, statements describing any Defendant (or any Defendant's products) and any statements made regarding jurisdiction and venue are made by PersonalWeb alone, and not by Level 3.").  After retaining separate outside counsel (*see* Dkts. 366, 383-85, & 426), Level 3 made only two substantive filings in the case.  In the first, it refused the Court's request to provide a position as to whether Amazon's CloudFront product fell within Level 3's exclusive field of use under the Kinetech-Digital Island Agreement.  *See* Dkt. 429 at 1:16-26.  In the second, it gave notice that PersonalWeb had commenced a related arbitration against it.  Dkt. 465.

Amazon and Twitch did not specify in their notice of motion against which parties they sought a fee award (Dkt. 593 at 1), but the motion did not identify the above conduct as part of the reason the Court should find the case exceptional, and the proposed order was directed to PersonalWeb.  Dkt. 592-18 ("PersonalWeb is ordered to pay $_____ in attorney fees and expenses incurred by Amazon and Twitch in defending PersonalWeb's claims in this multidistrict litigation and in the individual cases that comprise it.").  The majority rule under Rule 54 provides that the district court has discretion to apportion liability for fees as it sees fit.  *See, e.g.*, *Ortho-McNeil Pharm., Inc. v. Mylan Labs. Inc.*, 569 F.3d 1353, 1357 & n.4 (Fed. Cir. 2009) (noting "the default rule is that the losing parties are jointly and severally liable for costs," but that "the district court has discretion to apportion payment of jointly incurred costs among the losing parties . . . ."); *Anderson v. Griffin*, 397 F.3d 515, 522-23 (7th Cir. 2005) ("The cases say that the presumptive rule [for how to divide costs between the parties] is joint and several liability unless it is clear that one or more of the losing parties is responsible for a disproportionate share of the costs").  But given the limited role of Level 3 in this case, Amazon and Twitch wish to clarify their response at the hearing and confirm that, while "exceptional case" is determined from the totality of the circumstances, their motion seeks a fee award as against PersonalWeb Technologies and not Level 3.

FENWICK & WEST LLP
ATTORNEYS AT LAW

Dated: August 14, 2020

Respectfully submitted,

FENWICK & WEST LLP

By: */s/ J. David Hadden*
J. DAVID HADDEN (CSB No. 176148)

Counsel for AMAZON.COM, INC., AMAZON WEB SERVICES, INC., and TWITCH INTERACTIVE, INC.