MICHAEL A. SHERMAN (SBN 94783)
masherman@stubbsalderton.com
JEFFREY F. GERSH (SBN 87124)
jgersh@stubbsalderton.com
SANDEEP SETH (SBN 195914)
sseth@stubbsalderton.com
WESLEY W. MONROE (SBN 149211)
wmonroe@stubbsalderton.com
STANLEY H. THOMPSON, JR. (SBN 198825)
sthompson@stubbsalderton.com
VIVIANA BOERO HEDRICK (SBN 239359)
vhedrick@stubbsalderton.com
**STUBBS, ALDERTON & MARKILES, LLP**
15260 Ventura Blvd., 20th Floor
Sherman Oaks, CA 91403
Telephone:     (818) 444-4500
Facsimile:     (818) 444-4520

**Attorneys for PersonalWeb Technologies, LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PERSONAL WEB TECHNOLOGIES, LLC, ET AL., PATENT LITIGATION | **CASE NO.: 5:18-md-02834-BLF** |
| AMAZON.COM, INC. and AMAZON WEB SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PERSONALWEB TECHNOLOGIES, LLC, and LEVEL 3 COMMUNICATIONS, LLC, <br><br> Defendants. | **CASE NO.: 5:18-cv-00767-BLF** <br><br> **CASE NO.: 5:18-cv-05619-BLF** <br><br> **PLAINTIFF PERSONALWEB TECHNOLOGIES, LLC'S  NOTICE RE RELATED APPEAL** |
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, <br><br> Counterclaimants, <br><br> v. <br><br> AMAZON.COM, INC. and AMAZON WEB SERVICES, INC., <br><br> Counterdefendants. | |

| | |
|---|---|
| 1<br>2<br>3 | PERSONALWEB TECHNOLOGIES, LLC, a Texas limited liability company, and<br>LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company |
| | Plaintiffs, |
| 4 | v. |
| 5<br>6 | TWITCH INTERACTIVE, INC. a Delaware corporation,<br>Defendant. |

1  PersonalWeb Technologies, LLC ("PersonalWeb") hereby notifies the Court of the status of
2  its appeal pending with the Federal Circuit at Appeal No. 19-1918 ("Appeal").  After the Federal
3  Circuit issued its opinion and affirmed judgment on June 17, 2020 (Appeal, Dkt. 123, 124), on July
4  17, 2020, PersonalWeb timely filed a Petition for Panel Rehearing and En Banc Rehearing ("En
5  Banc Petition"). (Appeal, Dkt. 125.)
6   On August 11, 2020, the Federal Circuit invited a combined response from Defendants-
7  Appellees Patreon, Inc., Dictionary.com, LLC, Vox Media, Inc., Vice Media, LLC, Oath, Inc.,
8  Buzzfeed, Inc., Popsugar, Inc. and Ziff Davis LLC (collectively, "Defendants-Appellees") and
9  Intervenors Amazon.com, Inc. and Amazon Web Services, Inc. (collectively "Amazon") to
10 PersonalWeb's En Banc Petition, due on or before August 25, 2020. (Appeal, Dkt. 126.)
11  On August 14, 2020, Defendants-Appellees and Amazon collectively filed an unopposed
12 motion for a 45-day extension of time up to and including October 9, 2020 to file a combined
13 response to PersonalWeb's En Banc Petition (Appeal, Dkt. 127), which was granted on August 18,
14 2020. (Appeal, Dkt. 128.)
15  Respectfully submitted,
16 Dated:   August 18, 2020        STUBBS, ALDERTON & MARKILES, LLP

                                   By: */s/ Michael A. Sherman*
                                        Michael A. Sherman
                                        Jeffrey F. Gersh
                                        Sandeep Seth
                                        Wesley W. Monroe
                                        Stanley H. Thompson, Jr.
                                        Viviana Boero Hedrick

                                   Attorneys for Plaintiffs
                                   PERSONALWEB TECHNOLOGIES, LLC