# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: PERSONALWEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION | Case No. 18-md-02834-BLF<br><br>**ORDER DIRECTING PERSONALWEB TO FILE A DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL AT ECF 611**<br><br>[Re: ECF 611] |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC.,<br><br>    Plaintiffs<br>v.<br><br>PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC,<br><br>    Defendants, | Case No.: 5:18-cv-00767-BLF |
| PERSONALWEB TECHNOLOGIES, LLC, a Texas limited liability company, and LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company,<br><br>    Plaintiffs,<br>v.<br><br>TWITCH INTERACTIVE, INC. a Delaware corporation,<br><br>    Defendant. | Case No.: 5:18-cv-05619-BLF |

On July 23, 2020, Amazon.com, Inc., and Amazon Web Services, Inc. (collectively, "Amazon") and Twitch Interactive, Inc. ("Twitch") filed an administrative motion to file under seal portions of their Reply in Support of Motion for Attorney Fees and Costs and five accompanying

exhibits. ECF 611. All materials Amazon and Twitch seek to seal are designated as "Highly Confidential – Attorney's Eyes Only" under the Stipulated Protective Order by PersonalWeb Technologies LLC ("PersonalWeb").

Pursuant to Civil Local Rule 79-5(e), PersonalWeb was required to file a declaration establishing that all of the designated material is sealable by July 27, 2020. That deadline has long passed. The Court hereby ORDERS PersonalWeb to file a declaration in support of Amazon and Twitch's administrative motion to file under seal **no later than September 9, 2020**.

**IT IS SO ORDERED.**

Dated: September 4, 2020

_____
BETH LABSON FREEMAN
United States District Judge