MICHAEL A. SHERMAN (SBN 94783)
masherman@stubbsalderton.com
JEFFREY F. GERSH (SBN 87124)
jgersh@stubbsalderton.com
SANDEEP SETH (SBN 195914)
sseth@ stubbsalderton.com
WESLEY W. MONROE (SBN 149211)
wmonroe@stubbsalderton.com
STANLEY H. THOMPSON, JR. (SBN 198825)
sthompson@stubbsalderton.com
VIVIANA B. HEDRICK (SBN 239359)
vhedrick@stubbsalderton.com
**STUBBS ALDERTON MARKILES, LLP**
15260 Ventura Boulevard, 20TH Floor
Sherman Oaks, CA 91403
Telephone:    (818) 444-4500
Facsimile:    (818) 444-4520

Attorneys for **PersonalWeb Technologies, LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PERSONAL WEB TECHNOLOGIES, LLC, ET AL., PATENT LITIGATION | **CASE NO.: 5:18-md-02834-BLF** |
| AMAZON.COM, INC. and AMAZON WEB SERVICES, INC., <br><br>Plaintiffs,<br><br>v.<br><br>PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC,<br><br>Defendants. | **Case No.: 5:18-cv-00767-BLF**<br>**Case No.: 5:18-cv-05619-BLF**<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC,<br><br>Counterclaimants,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON WEB SERVICES, INC.,<br><br>Counterdefendants. | |

**NOTICE OF WITHDRAWAL OF COUNSEL**           **CASE NO: 5:18-MD-02834-BLF**
**CASE NO: 5:18-CV-00767-BLF**
**CASE NO: 5:18-CV-05619-BLF**

| | |
|---|---|
| 1 | PERSONALWEB TECHNOLOGIES, LLC, a Texas limited liability company, and |
| 2 | LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | TWITCH INTERACTIVE, INC. a Delaware corporation, |
| 6 | Defendant. |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**PLEASE TAKE NOTICE** that Stanley H. Thompson, Jr. is no longer affiliated with the law firm of Stubbs Alderton & Markiles, LLP, and therefore submits this Notice of Withdrawal of Counsel with regard to Plaintiff PersonalWeb Technologies, LLC ("PersonalWeb"). PersonalWeb continues to be represented by other counsel of record for PersonalWeb as listed on the docket for this matter.

Dated:   September 22, 2020                STUBBS, ALDERTON & MARKILES, LLP

                                           By: /s/ Michael A. Sherman
                                               Michael A. Sherman
                                               Jeffrey F. Gersh
                                               Sandeep Seth
                                               Wesley W. Monroe
                                               Stanley H. Thompson, Jr.
                                               Viviana Boero Hedrick

                                               Attorneys for PERSONALWEB
                                               TECHNOLOGIES, LLC