# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: PERSONALWEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION | Case Nos.<br>18-md-02834-BLF<br><br>18-cv-00149-BLF,<br>18-cv-00150-BLF, 18-cv-00154-BLF<br>18-cv-00155-BLF, 18-cv-00156-BLF<br>18-cv-00157-BLF, 18-cv-00159-BLF<br>18-cv-00160-BLF, 18-cv-00161-BLF<br>18-cv-00162-BLF, 18-cv-00163-BLF<br>18-cv-00165-BLF, 18-cv-00166-BLF<br>18-cv-00169-BLF, 18-cv-00170-BLF<br>18-cv-00171-BLF, 18-cv-00173-BLF<br>18-cv-00175-BLF, 18-cv-00176-BLF<br>18-cv-00177-BLF, 18-cv-00178-BLF<br>18-cv-00183-BLF, 18-cv-00196-BLF<br>18-cv-00409-BLF, 18-cv-00767-BLF<br>18-cv-03452-BLF, 18-cv-03453-BLF<br>18-cv-03455-BLF, 18-cv-03457-BLF<br>18-cv-03458-BLF, 18-cv-03459-BLF<br>18-cv-03461-BLF, 18-cv-03462-BLF<br>18-cv-03463-BLF, 18-cv-03571-BLF<br>18-cv-03572-BLF, 18-cv-03573-BLF<br>18-cv-03578-BLF, 18-cv-03579-BLF<br>18-cv-03577-BLF, 18-cv-03580-BLF<br>18-cv-03581-BLF, 18-cv-03582-BLF<br>18-cv-03583-BLF, 18-cv-03584-BLF<br>18-cv-03997-BLF, 18-cv-03998-BLF<br>18-cv-04037-BLF, 18-cv-02140-BLF<br>18-cv-04625-BLF, 18-cv-04626-BLF<br>18-cv-04627-BLF, 18-cv-04628-BLF<br>18-cv-04624-BLF, 18-cv-05195-BLF<br>18-cv-05198-BLF, 18-cv-05199-BLF<br>18-cv-05201-BLF, 18-cv-05202-BLF<br>18-cv-05203-BLF, 18-cv-05204-BLF<br>18-cv-05205-BLF, 18-cv-05206-BLF<br>18-cv-05200-BLF, 18-cv-05272-BLF<br>18-cv-05373-BLF, 18-cv-05436-BLF |

18-cv-05966-BLF, 18-cv-05967-BLF
18-cv-05968-BLF, 18-cv-05595-BLF,
18-cv-05596-BLF, 18-cv-05611-BLF,
18-cv-05600-BLF, 18-cv-05619-BLF
18-cv-05624-BLF, 18-cv-05625-BLF
18-cv-06042-BLF, 18-cv-06043-BLF
18-cv-06045-BLF, 18-cv-06614-BLF,
18-cv-06615-BLF

**JUDGMENT AS TO THE MDL CASE AND ALL MEMBER CASES NOTED IN THE JUDGMENT**

Pursuant to the Court's order entered on March 13, 2019 in the Multidistrict Litigation, Case No. 18-md-02834-BLF granting in part and denying in part Amazon.com, Inc.'s and Amazon Web Services, Inc.'s motion for summary judgment on the basis that all infringement claims made against Amazon's Simple Storage Service ("S3") were barred by claim preclusion and the Kessler doctrine (Dkt. 381), and the Court's order entered on February 3, 2020 granting in part and denying in part Amazon.com, Inc.'s and Amazon Web Services, Inc.'s motion for summary judgment of noninfringement, and granting Twitch Interactive, Inc.'s motion for summary judgment of noninfringement (Dkt. 578), IT IS ORDERED AND ADJUDGED that judgment as to the MDL case and all member cases noted in this Judgment be entered in favor of defendant(s) named in this action and against Plaintiff PersonalWeb Technologies, LLC and Level 3 Communications, LLC.

Dated: October 28, 2020

_____
BETH LABSON FREEMAN
United States District Judge