# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: PERSONALWEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION | Case No. 18-md-02834-BLF |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC., <br><br> Plaintiffs <br> v. <br><br> PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, <br><br> Defendants, | **ORDER REQUESTING SUPPLEMENTAL DECLARATION** <br><br><br> Case No.: 5:18-cv-00767-BLF |
| PERSONALWEB TECHNOLOGIES, LLC, and LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br> v. <br><br> TWITCH INTERACTIVE, INC., <br><br> Defendant. | Case No.: 5:18-cv-05619-BLF |

The Court REQUESTS that Amazon file a supplemental declaration in support of its request for fees related to its motion for attorneys' fees **no later than March 11, 2021**. *See* ECF 593 (motion); *see also* ECF 646 (supplemental brief). The declaration SHALL include billing records along with a chart of timekeepers and associated tasks. *See, e.g.*, ECF 592-5, 592-7.

**IT IS SO ORDERED.**

Dated: February 23, 2021

_____
BETH LABSON FREEMAN
United States District Judge