**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: PERSONALWEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION | Case No. 18-md-02834-BLF |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC., <br><br> Plaintiffs <br> v. <br><br> PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, <br><br> Defendants, | **ORDER SETTING CASE MANAGEMENT CONFERENCE** <br><br> Case No.: 5:18-cv-00767-BLF <br><br> Case No.: 5:18-cv-05619-BLF |
| PERSONALWEB TECHNOLOGIES, LLC, and LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br> v. <br><br> TWITCH INTERACTIVE, INC., <br><br> Defendant. | |

Upon request of Plaintiffs Amazon.com, Inc., Amazon Web Services, Inc., and Twitch Interactive, Inc., the Court SETS a case management conference for **May 13, 2021 at 11am**.

**IT IS SO ORDERED.**

Dated: April 27, 2021

_____
BETH LABSON FREEMAN
United States District Judge