MICHAEL A. SHERMAN (SBN 94783)
masherman@stubbsalderton.com
JEFFREY F. GERSH (SBN 87124)
jgersh@stubbsalderton.com
WESLEY W. MONROE (SBN 149211)
wmonroe@stubbsalderton.com
VIVIANA BOERO HEDRICK (SBN 239359)
vhedrick@stubbsalderton.com
**STUBBS ALDERTON & MARKILES, LLP**
15260 Ventura Blvd., 20th Floor
Sherman Oaks, CA 91403
Telephone:     (818) 444-4500
Facsimile:     (818) 444-4520

Attorneys for PERSONALWEB TECHNOLOGIES, LLC
(Excluding Post Judgment Debtor Collection Proceedings)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PERSONAL WEB TECHNOLOGIES, LLC, ET., AL., PATENT LITIGATION | **CASE NO.: 5:18-md-02834-BLF**<br><br>**Case No.: 5:18-cv-00767-BLF** |
| AMAZON.COM, INC. and AMAZON WEB SERVICE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PERSONALWEB TECHNOLOGIES, LLC, et al.,<br><br>Defendants. | **Case No.: 5:18-cv-05619-BLF**<br><br>**NOTICE OF MOTION AND MOTION OF STUBBS ALDERTON & MARKILES TO WITHDRAW AS COUNSEL FOR PERSONALWEB TECHNOLOGIES, LLC**<br><br>**DECLARATION OF JEFFREY F. GERSH FILED IN SUPPORT; [PROPOSED] ORDER**<br><br>**Hearing:   June 17, 2021**<br>**Time:        9:00 a.m.**<br>**Judge:      Hon. Beth Labson Freeman** |
| PERSONALWEB TECHNOLOGIES, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TWITCH INTERACTIVE, INC.,<br><br>Defendant. | |

**MOTION TO WITHDRAW**
**AS COUNSEL OF RECORD**

**CASE NO: 5:18-md-02834-BLF**
**CASE NO: 5:18-cv-00767-BLF**
**CASE NO.: 5:18-cv-05619-BLF**

4838-3604-8523, V. 2

# NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 17, 2021 at 9:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Beth Labson Freeman, Courtroom 3, 5th Floor, of the United States District Court for the Northern District of California, San Jose Division, 280 South First Street, San Jose, California 95113, Stubbs Alderton & Markiles, LLP ("SAM"), will and hereby does move the Court, pursuant to Civil Local Rule 11-5(a) and in compliance with California Rule of Professional Conduct 1.16, to withdraw as counsel for PersonalWeb Technologies, LLC ("PersonalWeb").

# MOTION TO WITHDRAW AS COUNSEL FOR PERSONALWEB

## I. INTRODUCTION

Pursuant to Civil Local Rule 11-5, SAM seeks to withdraw as counsel for PersonalWeb. SAM has not been retained to represent PersonalWeb in any post judgment collection proceedings and to SAM's knowledge PersonalWeb has engaged other counsel for that purpose. Based on the foregoing, SAM respectfully requests that the Court issue an order granting withdrawal.

## II. LEGAL ARGUMENT

Civil Local Rule 11-5(a) permits withdrawal of counsel by "order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case." Pursuant to the California Rules of Professional Conduct, Rule 1.16(b)(6), an attorney may withdraw from representing a client if "the client knowingly and freely assents to termination of the representation." Prior to the receipt of the legal authorities cited by Amazon/Twitch in their filing on Monday, May 10, 2021, SAM reasonably believed that the entry of judgment, conclusion of the disposition of the motion on attorneys' fees, and administrative closing of this case resulted in the termination of SAM's counsel of record status for PersonalWeb in the District Court.

Here, SAM should be permitted to withdraw because PersonalWeb assents to termination of SAM's representation since PersonalWeb never retained SAM to represent it in any post judgment collection proceedings. (Gersh Decl., ¶ 2.) SAM's engagement as counsel for PersonalWeb has been (1) limited to proceedings pending in this court up through entry of judgment and proceedings relating

1

**MOTION TO WITHDRAW**
**AS COUNSEL OF RECORD**

**CASE NO: 5:18-md-02834-BLF**
**CASE NO: 5:18-cv-00767-BLF**
**CASE NO.: 5:18-cv-05619-BLF**

4838-3604-8523, V. 2

to Amazon/Twitch's motion for attorneys' fees and costs, and (2) the appeals relating thereto pending in the United States Court of Appeals for the Federal Circuit, Case Nos. 19-1918, 20-1566, 21-1858, and the Petition for a Writ of Certiorari pending in the United States Supreme Court, Case No. 20-1394. (Gersh Decl., ¶¶ 2, 3.) PersonalWeb has engaged Ronald Richards of the Law Offices of Ronald Richards and Associates, APC to represent it in all post judgment collection proceedings. (Gersh Decl., ¶ 4, Ex. A.) Indeed, Mr. Richards sent an email communication to SAM attorneys expressly informing them that SAM is "not authorized to do anything post judgment" and that SAM "is only engaged for the appeal." (*Id.*, Ex. B.)

### III.    CONCLUSION

Based on the foregoing, SAM respectfully requests the Court grant this Motion and permit it to withdraw from this case.

Respectfully submitted,

Dated:  May 12, 2021                    STUBBS, ALDERTON & MARKILES, LLP

By: */s/ Michael A. Sherman*
      Michael A. Sherman
      Jeffrey F. Gersh
      Wesley W. Monroe
      Viviana Boero Hedrick

      Attorneys for PERSONALWEB
      TECHNOLOGIES, LLC
      (Excluding Post Judgment Debtor
      Collection Proceedings)

2

MOTION TO WITHDRAW
AS COUNSEL OF RECORD

CASE NO: 5:18-md-02834-BLF
CASE NO: 5:18-cv-00767-BLF
CASE NO.: 5:18-cv-05619-BLF

4838-3604-8523, V. 2