# UNITED STATES DISTRICT COURT

Northern **District of** California

In re: PersonalWeb Technologies, LLC et al.

Plaintiff (s),

V.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:18-md-02834, 5:18-cv-05619, 5:18-cv-00767

Notice is hereby given that, subject to approval by the court, __PersonalWeb Technologies, LLC__ substitutes
(Party (s) Name)

__In pro per - PersonalWeb Technologies, LLC__, State Bar No. __N/A__ as counsel of record in
(Name of New Attorney)

place of __Michael A. Sherman, Jeffrey F. Gersh, Wesley W. Monroe, Viviana B. Hedrick, Sandeep Seth, Ted Maceiko__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: PersonalWeb Technologies, LLC
Address: 5380 Old Bullard Road, Suite 600-322, Tyler, TX 75703
Telephone: 903-884-0777           Facsimile
E-Mail (Optional): mw@pweb.com

I consent to the above substitution.

Date: May 14, 2021

*Michael Weiss*

Michael Weiss, President, PersonalWeb Technologies
(Signature of Party (s))

I consent to being substituted.

Date: May 14, 2021

/s/ Michael A. Sherman
See attached additional signatures
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

## ATTACHMENT TO CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

### Additional Attorney Signatures

I consent to the above substitution.

Date: 5/14/21

_____
(Signature of Former Attorney, Jeffrey F. Gersh)

Date: 5/14/21

_____
(Signature of Former Attorney, Wesley W. Monroe)

Date: 5/13/21

_____
(Signature of Former Attorney, Viviana B. Hedrick)

Date: 5/13/21

_____
(Signature of Former Attorney, Sandeep Seth)

Date: 5/14/21

_____
(Signature of Former Attorney, Ted Maceiko)