| | |
|---|---|
| 1 | MICHAEL A. SHERMAN (SBN 94783) |
| | masherman@stubbsalderton.com |
| 2 | JEFFREY F. GERSH (SBN 87124) |
| | jgersh@stubbsalderton.com |
| 3 | WESLEY W. MONROE (SBN 149211) |
| | wmonroe@stubbsalderton.com |
| 4 | VIVIANA BOERO HEDRICK (SBN 239359) |
| | vhedrick@stubbsalderton.com |
| 5 | **STUBBS, ALDERTON & MARKILES, LLP** |
| | 15260 Ventura Blvd., 20th Floor |
| 6 | Sherman Oaks, CA 91403 |
| | Telephone:    (818) 444-4500 |
| 7 | Facsimile:    (818) 444-4520 |
| 8 | Attorneys for PERSONALWEB TECHNOLOGIES, LLC |
| 9 | (Excluding Post Judgment Debtor Collection Proceedings) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PERSONAL WEB TECHNOLOGIES, LLC, ET., AL., PATENT LITIGATION | **CASE NO.: 5:18-md-02834-BLF**<br><br>**Case No.: 5:18-cv-00767-BLF**<br><br>**Case No.: 5:18-cv-05619-BLF**<br><br>**STUBBS ALDERTON & MARKILES, LLP'S NOTICE OF WITHDRAWAL OF MOTION TO WITHDRAW AS COUNSEL FOR PERSONALWEB TECHNOLOGIES, LLC** |
| AMAZON.COM, INC. and AMAZON WEB SERVICE, INC., | |
| Plaintiffs, | |
| v. | |
| PERSONALWEB TECHNOLOGIES, LLC, et al., | |
| Defendants. | |
| PERSONALWEB TECHNOLOGIES, LLC, et al., | |
| Plaintiffs, | |
| v. | |
| TWITCH INTERACTIVE, INC., | |
| Defendant. | |

Pursuant to Civil L.R. 7-7(e), Stubbs Alderton & Markiles, LLP ("SAM") hereby provides notice that it withdraws its Notice of Motion and Motion of Stubbs Alderton & Markiles to Withdraw as Counsel for PersonalWeb Technologies, LLC (DKT 674). Accordingly, SAM requests this Court remove from calendar the hearing on SAM's motion to withdraw as counsel, currently set for October 28, 2021 at 9:00 am., without prejudice.

Respectfully submitted,

Dated: May 19, 2021         STUBBS, ALDERTON & MARKILES, LLP


By: /s/ Michael A. Sherman
    Michael A. Sherman
    Jeffrey F. Gersh
    Wesley W. Monroe
    Viviana Boero Hedrick

Attorneys for PERSONALWEB TECHNOLOGIES, LLC
(Excluding Post Judgment Debtor Collection Proceedings)