MICHAEL A. SHERMAN (SBN 94783)
masherman@stubbsalderton.com
JEFFREY F. GERSH (SBN 87124)
jgersh@stubbsalderton.com
WESLEY W. MONROE (SBN 149211)
wmonroe@stubbsalderton.com
VIVIANA BOERO HEDRICK (SBN 239359)
vhedrick@stubbsalderton.com
**STUBBS ALDERTON & MARKILES, LLP**
15260 Ventura Blvd., 20th Floor
Sherman Oaks, CA 91403
Telephone:   (818) 444-4500
Facsimile:   (818) 444-4520

Attorneys for PERSONALWEB TECHNOLOGIES, LLC
(Excluding Post Judgment Debtor Collection Proceedings)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PERSONAL WEB TECHNOLOGIES, LLC, ET., AL., PATENT LITIGATION | **CASE NO.: 5:18-md-02834-BLF**<br><br>**Case No.: 5:18-cv-00767-BLF** |
| AMAZON.COM, INC. and AMAZON WEB SERVICE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PERSONALWEB TECHNOLOGIES, LLC, et al.,<br><br>Defendants. | **Case No.: 5:18-cv-05619-BLF**<br><br>**DECLARATION OF JEFFREY F. GERSH IN SUPPORT OF NOTICE OF MOTION AND MOTION OF STUBBS ALDERTON & MARKILES TO WITHDRAW AS COUNSEL FOR PERSONALWEB TECHNOLOGIES, LLC PURSUANT TO CLIENT INSTRUCTION** |
| PERSONALWEB TECHNOLOGIES, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TWITCH INTERACTIVE, INC.,<br><br>Defendant. | |

1. I am a member of the bar of the State of California and am admitted to practice before the United States District Court for the Northern District of California. I am a partner at Stubbs Alderton & Markiles, LLP ("SAM"). The facts herein are, unless otherwise stated, based upon personal knowledge, and if called upon to do so, I could, and would testify to their truth under oath. I submit this declaration in support of SAM's Motion to Withdraw as Counsel for PersonalWeb.

2. PersonalWeb has discharged SAM as its counsel of record for any post judgment collection proceedings because it does not desire for SAM to represent it in post judgment collection proceedings, which is all that remains pending in this case before the district court.

3. SAM now remains engaged as counsel for PersonalWeb relating only to PersonalWeb's appeals pending in the United States Court of Appeals for the Federal Circuit, Case Nos. 19-1918, 20-1566, 21-1858, and the Petition for a Writ of Certiorari pending in the United States Supreme Court, Case No. 20-1394.

4. It is my understanding that Personal Web has engaged Ronald Richards of the Law Offices of Ronald Richards and Associates, APC to represent it in all post judgment collection proceedings. On April 27, 2021, I received an email from Mr. Richards wherein he advised me, other SAM attorneys, and Todd Gregorian, counsel for Amazon and Twitch in this action, that his office was engaged to represent PersonalWeb on all post judgment collection proceedings. Attached hereto as Exhibit A is a true and correct copy of this email. That same day, I received another email from Mr. Richards wherein he notified me that neither myself nor anyone at SAM is authorized to do anything post judgment, and that SAM was only engaged by PersonalWeb on the pending appeals. Mr. Richards further requested that I confirm receipt and acknowledge the limited scope of SAM's representation of PersonalWeb, which I did. Attached hereto as Exhibit B is a true and correct copy of this second email from Mr. Richards, and my response thereto.

Executed this 25th day of May, Sherman Oaks, California.


By: */s/ Jeffrey F. Gersh*
    Jeffrey F. Gersh

1

**GERSH DECL. ISO MOTION TO WITHDRAW**
**AS COUNSEL FOR PERSONALWEB**

**CASE NO: 5:18-md-02834-BLF**
**CASE NO: 5:18-cv-00767-BLF**
**CASE NO.: 5:18-cv-05619-BLF**

4838-3604-8523, V. 2