# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: PERSONALWEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION | Case No. 18-md-02834-BLF |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC., <br><br> Plaintiffs <br> v. <br><br> PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, <br><br> Defendants, | **ORDER REFERRING MOTION TO MAGISTRATE JUDGE VAN KEULEN** <br><br> Case No.: 5:18-cv-00767-BLF <br><br> Case No.: 5:18-cv-05619-BLF |
| PERSONALWEB TECHNOLOGIES, LLC, and LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br> v. <br><br> TWITCH INTERACTIVE, INC., <br><br> Defendant. | |

Amazon.com, Inc., Amazon Web Services, Inc., and Twitch Interactive, Inc.'s Motion to Compel Compliance with Court Order (ECF 687) is REFERRED to Judge Susan van Keulen. The hearing scheduled for September 30, 2021 before the undersigned is VACATED.

**IT IS SO ORDERED.**

Dated: June 3, 2021

_____
BETH LABSON FREEMAN
United States District Judge