1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: PERSONALWEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION | Case No. 18-md-02834-BLF |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC., Plaintiffs v. PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, Defendants, | **ORDER DENYING REQUEST FOR SECOND JUDGMENT** Case No.: 5:18-cv-00767-BLF Case No.: 5:18-cv-05619-BLF |
| PERSONALWEB TECHNOLOGIES, LLC, and LEVEL 3 COMMUNICATIONS, LLC, Plaintiffs, v. TWITCH INTERACTIVE, INC., Defendant. | |

The Court entered judgment in this case by sperate document on October 28, 2020. ECF 643. Plaintiffs Amazon.com, Inc., Amazon Web Services, Inc., and Twitch Interactive, Inc. now request a second judgment for the awarded fees and costs to enable enforcement of that award. ECF 698.

Fed. R. Civ. P. 58(d) does not provide for multiple judgments in a single case and thus the Court declines the request. The Court will issue an amended judgment that includes this fee and cost award upon request by Plaintiffs.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**IT IS SO ORDERED.**

Dated: July 15, 2021

BETH LABSON FREEMAN
United States District Judge