# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: PERSONALWEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION | Case No. 18-md-02834-BLF<br><br>**PROPOSED AMENDED JUDGMENT**<br><br>18-cv-00149-BLF,<br>18-cv-00150-BLF, 18-cv-00154-BLF<br>18-cv-00155-BLF, 18-cv-00156-BLF<br>18-cv-00157-BLF, 18-cv-00159-BLF<br>18-cv-00160-BLF, 18-cv-00161-BLF<br>18-cv-00162-BLF, 18-cv-00163-BLF<br>18-cv-00165-BLF, 18-cv-00166-BLF<br>18-cv-00169-BLF, 18-cv-00170-BLF<br>18-cv-00171-BLF, 18-cv-00173-BLF<br>18-cv-00175-BLF, 18-cv-00176-BLF<br>18-cv-00177-BLF, 18-cv-00178-BLF<br>18-cv-00183-BLF, 18-cv-00196-BLF<br>18-cv-00409-BLF, 18-cv-00767-BLF<br>18-cv-03452-BLF, 18-cv-03453-BLF<br>18-cv-03455-BLF, 18-cv-03457-BLF<br>18-cv-03458-BLF, 18-cv-03459-BLF<br>18-cv-03461-BLF, 18-cv-03462-BLF<br>18-cv-03463-BLF, 18-cv-03571-BLF<br>18-cv-03572-BLF, 18-cv-03573-BLF<br>18-cv-03578-BLF, 18-cv-03579-BLF<br>18-cv-03577-BLF, 18-cv-03580-BLF<br>18-cv-03581-BLF, 18-cv-03582-BLF<br>18-cv-03583-BLF, 18-cv-03584-BLF<br>18-cv-03997-BLF, 18-cv-03998-BLF<br>18-cv-04037-BLF, 18-cv-02140-BLF<br>18-cv-04625-BLF, 18-cv-04626-BLF<br>18-cv-04627-BLF, 18-cv-04628-BLF<br>18-cv-04624-BLF, 18-cv-05195-BLF<br>18-cv-05198-BLF, 18-cv-05199-BLF<br>18-cv-05201-BLF, 18-cv-05202-BLF<br>18-cv-05203-BLF, 18-cv-05204-BLF<br>18-cv-05205-BLF, 18-cv-05206-BLF<br>18-cv-05200-BLF, 18-cv-05272-BLF |

```
                                            18-cv-05373-BLF, 18-cv-05436-BLF
                                            18-cv-05599-BLF, 18-cv-05966-BLF,
                                            18-cv-05967-BLF, 18-cv-05968-BLF,
                                            18-cv-05595-BLF, 18-cv-05596-BLF,
                                            18-cv-05611-BLF, 18-cv-05600-BLF,
                                            18-cv-05606-BLF, 18-cv-05619-BLF,
                                            18-cv-05624-BLF, 18-cv-05625-BLF,
                                            18-cv-05969-BLF, 18-cv-05970-BLF,
                                            18-cv-06042-BLF, 18-cv-06043-BLF,
                                            18-cv-06044-BLF, 18-cv-06045-BLF,
                                            18-cv-06046-BLF, 18-cv-06612-BLF,
                                            18-cv-06614-BLF, 18-cv-06615-BLF,
                                            18-cv-07119-BLF
```

On March 13, 2019, the Court issued its order granting in part and denying in part Amazon's motion for summary judgment on the basis that all infringement claims made against Amazon's Simple Storage Service ("S3") were barred by claim preclusion and the *Kessler* doctrine. ECF 394. The following eight customer cases which allege infringement based solely on the customer's use of Amazon S3 are fully adjudicated by this March 13, 2019 order: 18-cv-05599-BLF, 18-cv-05606-BLF, 18-cv-05969-BLF, 18-cv-05970-BLF, 18-cv-06044-BLF, 18-cv-06046-BLF, 18-cv-06612-BLF, and 18-cv-07119-BLF. The Court hereby enters final judgment in these actions in favor of defendant(s) named in this action and against Plaintiff PersonalWeb Technologies, LLC and Level 3Communications, LLC.

On February 3, 2020, the Court issued its order granting in part and denying in part Amazon.com, Inc.'s and Amazon Web Services, Inc.'s motion for summary judgment of noninfringement, and granting Twitch Interactive, Inc.'s motion for summary judgment of noninfringement. ECF 578. Based on this order and the Court's March 13, 2019 order, the following cases are fully adjudicated: 18-md-2834-BLF, 18-cv-05966-BLF, 18-cv-05967-BLF18-cv-05968-BLF, 18-cv-05595-BLF, 18-cv-05596-BLF,18-cv-05611-BLF, 18-cv-05600-BLF, 18-cv-05619-BLF18-cv-05624-BLF, 18-cv-05625-BLF18-cv-06042-BLF, 18-cv-06043-BLF, 18-cv-06045-BLF, 18-cv-06614-BLF, 18-cv-06615-BLF, 18-cv-00149-BLF, 18-cv-00150-BLF, 18-cv-00154-BLF, 18-cv-00155-BLF, 18-cv-00156-BLF, 18-cv-00157-BLF, 18-cv-00159-BLF, 18-cv-

00160-BLF, 18-cv-00161-BLF, 18-cv-00162-BLF, 18-cv-00163-BLF, 18-cv-00165-BLF, 18-cv-00166-BLF, 18-cv-00169-BLF, 18-cv-00170-BLF, 18-cv-00171-BLF, 18-cv-00173-BLF, 18-cv-00175-BLF, 18-cv-00176-BLF, 18-cv-00177-BLF, 18-cv-00178-BLF, 18-cv-00183-BLF, 18-cv-00196-BLF, 18-cv-00409-BLF, 18-cv-00767-BLF, 18-cv-03452-BLF, 18-cv-03453-BLF, 18-cv-03455-BLF, 18-cv-03457-BLF, 18-cv-03458-BLF, 18-cv-03459-BLF, 18-cv-03461-BLF, 18-cv-03462-BLF, 18-cv-03463-BLF, 18-cv-03571-BLF, 18-cv-03572-BLF, 18-cv-03573-BLF, 18-cv-03578-BLF, 18-cv-03579-BLF, 18-cv-03577-BLF, 18-cv-03580-BLF, 18-cv-03581-BLF, 18-cv-03582-BLF, 18-cv-03583-BLF, 18-cv-03584-BLF, 18-cv-03997-BLF, 18-cv-03998-BLF, 18-cv-04037-BLF, 18-cv-02140-BLF, 18-cv-04625-BLF, 18-cv-04626-BLF, 18-cv-04627-BLF, 18-cv-04628-BLF, 18-cv-04624-BLF, 18-cv-05195-BLF, 18-cv-05198-BLF, 18-cv-05199-BLF, 18-cv-05201-BLF, 18-cv-05202-BLF, 18-cv-05203-BLF, 18-cv-05204-BLF, 18-cv-05205-BLF, 18-cv-05206-BLF, 18-cv-05200-BLF, 18-cv-05272-BLF, 18-cv-05373-BLF, and 18-cv-05436-BLF. The Court hereby enters final judgment in these actions in favor of defendant(s) named in this action and against Plaintiff PersonalWeb Technologies, LLC and Level 3Communications, LLC.

Pursuant to this final judgment, PersonalWeb's claims in the above actions are DISMISSED WITH PREJUDICE.

On March 2, 2021, the Court awarded Amazon.com, Inc., Amazon Web Services, Inc., and Twitch Interactive, Inc. $4,615,242.28 in attorney fees and $203,300.10 in non-taxable costs. ECF 648. On April 19, 2021, the Court granted an additional $571,961.71 in attorney fees and $11,120.97 in non-taxable costs in a separate order. ECF 656. $1,497.62 in post-judgment interest has accrued through July 14, 2021. Accordingly, judgment is hereby entered in favor of, Amazon and against PersonalWeb Technologies LLC, in the amount of $5,403,122.68.

**IT IS SO ORDERED.**

Dated: July 26, 2021

BETH LABSON FREEMAN
United States District Judge