## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| IN RE: PERSONALWEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION | Case No. 18-md-02834-BLF |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC., <br><br> Plaintiffs <br> v. <br><br> PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, <br><br> Defendants, | **ORDER DENYING REQUEST FOR AMENDED JUDGMENT** <br><br> Case No.: 5:18-cv-00767-BLF <br><br> Case No.: 5:18-cv-05619-BLF |
| PERSONALWEB TECHNOLOGIES, LLC, and LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br> v. <br><br> TWITCH INTERACTIVE, INC., <br><br> Defendant. | |

The Court again DENIES the request by Amazon.com, Inc., Amazon Web Services, Inc., and Twitch Interactive, Inc. for a new judgment. ECF 700. As the Court explained in its previous order denying the request, ECF 699, Fed. R. Civ. P. 58(d) does not provide for multiple judgments in a single case. Thus, any amended judgment must incorporate the newly awarded fees and costs along with this Court's original judgment so as to produce a single judgment in each case. The Court has attached a proposed amended judgment to this Order. The Court will file the amended judgment on **July 26, 2021**, absent objection from either party.

**IT IS SO ORDERED.**

Dated: July 19, 2021

_____
BETH LABSON FREEMAN
United States District Judge