LAWRENCE M. HADLEY (SBN 157728)
lhadley@glaserweil.com
GLASER WEIL FINK HOWARD
   AVCHEN & SHAPIRO LLP
10250 Constellation Blvd., 19TH Floor
Los Angeles, CA  90067
Telephone:     (310) 282-6235
Facsimile:     (310) 556-2920

MICHAEL A. SHERMAN (SBN 94783)
masherman@stubbsalderton.com
JEFFREY F. GERSH (SBN 87124)
jgersh@stubbsalderton.com
WESLEY W. MONROE (SBN 149211)
wmonroe@stubbsalderton.com
STUBBS ALDERTON MARKILES, LLP
15260 Ventura Boulevard, 20TH Floor
Sherman Oaks, CA  91403
Telephone:     (818) 444-4500
Facsimile:     (818) 444-4520

Attorneys for PERSONALWEB TECHNOLOGIES, LLC

J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
MELANIE L. MAYER (*admitted pro hac vice*)
mmayer@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:     650.938.5200

Attorneys for AMAZON.COM, INC., AMAZON WEB SERVICES, INC., and TWITCH INTERACTIVE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  PERSONAL WEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION | Case No.: 5:18-md-02834-BLF |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC., <br><br>            Plaintiffs<br>     v.<br><br>PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC,<br><br>            Defendants. | Case No.: 5:18-cv-00767-BLF <br><br> Case No.: 5:18-cv-05619-BLF <br><br> **JOINT STIPULATION RE POST-JUDGMENT RELIEF** |
| PERSONALWEB TECHNOLOGIES, LLC, and LEVEL 3 COMMUNICATIONS, LLC,<br><br>            Plaintiffs,<br>     v.<br><br>TWITCH INTERACTIVE, INC.,<br><br>            Defendant. | |

WHEREAS, Plaintiff PersonalWeb Technologies, LLC ("PersonalWeb") has accused Defendants Amazon.com, Inc., Amazon Web Services, Inc., and Twitch Interactive, Inc. (collectively, "Amazon") (collectively, PersonalWeb and Amazon may be referred to as "Parties") of infringing, inter alia, U.S. Patent Nos. 7,802,310 ("'310 Patent") and 6,928,442 ("'442 Patent");

WHEREAS, on February 3, 2020, this Court granted summary judgment of non-infringement of claims of the '310 Patent and claims of the '442 Patent in favor of Amazon and against PersonalWeb (Dkt. 578) ("Order");

WHEREAS, on March 4, 2020, PersonalWeb appealed the Court's Order to the United States Court of Appeals for the Federal Circuit (Dkt. 587) ("Federal Circuit");

WHEREAS, on September 10, 2021, the Court granted the Parties' stipulation setting a deadline for Amazon to file a Motion for Fees (including Motion for Fees pursuant to 35 U.S.C. § 285; the appeal fees denied without prejudice by the Court in its April 19, 2021 Order (Dkt. 656); and fees that Amazon has incurred since) ("Fees Motion") before this Court be delayed until thirty (30) days after the Federal Circuit's issuance of the mandate regarding PersonalWeb's appeal of the Court's Order (Dkt. 712);

WHEREAS, on November 12, 2021, the Federal Circuit issued the Mandate (Dkt. 714);

WHEREAS, the deadline for Amazon's Fees Motion is December 13, 2021; and

WHEREAS, Amazon desires an extension of time to submit its Fees Motion due to other-arising case deadlines, professional obligations, and holidays, and PersonalWeb does not oppose such extension of time;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED amongst the Parties that that the deadline for Amazon to file its Fees Motion before this Court be delayed from December 13, 2021 until February 4, 2022.

**IT IS SO AGREED AND STIPULATED.**

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated:   December 10, 2021 | FENWICK & WEST LLP |
| 3 | | By: */s/ J. DAVID HADDEN*<br>        J. DAVID HADDEN |

J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
MELANIE L. MAYER (*admitted pro hac vice*)
mmayer@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:      650.938.5200

Attorneys for AMAZON.COM, INC.,
AMAZON WEB SERVICES, INC., and
TWITCH INTERACTIVE, INC.

Dated:   December 10, 2021          STUBBS ALDERTON MARKILES, LLP

By: */s/ JEFFREY F. GERSH*
        JEFFREY F. GERSH

| | |
|---|---|
| MICHAEL A. SHERMAN (SBN 94783)<br>masherman@stubbsalderton.com<br>JEFFREY F. GERSH (SBN 87124)<br>jgersh@stubbsalderton.com<br>WESLEY W. MONROE (SBN 149211)<br>wmonroe@stubbsalderton.com<br>STUBBS ALDERTON MARKILES, LLP<br>15260 Ventura Boulevard, 20TH Floor<br>Sherman Oaks, CA  91403<br>Telephone:     (818) 444-4500<br>Facsimile:      (818) 444-4520 | LAWRENCE M. HADLEY (SBN 157728)<br>lhadley@glaserweil.com<br>GLASER WEIL FINK HOWARD<br>        AVCHEN & SHAPIRO LLP<br>10250 Constellation Blvd., 19TH Floor<br>Los Angeles, CA  90067<br>Telephone:     (310) 282-6235<br>Facsimile:      (310) 556-2920<br><br>Attorneys for PERSONALWEB<br>TECHNOLOGIES, LLC |

### CERTIFICATION OF CONCURRENCE IN FILING

I, J. David Hadden, am the ECF user whose identification and password are being used to file this Joint Stipulation.  In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that Jeffrey F. Gersh has concurred in this filing.

Dated: December 10, 2021          By: */s/ J. DAVID HADDEN*
                                                 J. DAVID HADDEN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: December 13, 2021

_____
BETH LABSON FREEMAN
United States District Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW

JOINT STIPULATION RE
POST-JUDGMENT RELIEF

3

CASE NOS. 5:18-md-02834-BLF,
5:18-cv-00767-BLF, and
5:18-cv-05619-BLF