# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

PERSONALWEB TECHNOLOGIES, LLC, et al.,

    Plaintiffs,

  v.

AIRBNB, INC., et al.,

    Defendants.

Case No. 18-md-02834-BLF

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

Upon request of Plaintiffs Amazon.com, Inc., Amazon Web Services, Inc., and Twitch Interactive, Inc., the Court SETS a case management conference for **January 20, 2022 at 11 a.m.**

**IT IS SO ORDERED.**

Dated: January 10, 2022

_____
BETH LABSON FREEMAN
United States District Judge