| | |
|---|---|
| MICHAEL A. SHERMAN (SBN 94783)<br>masherman@stubbsalderton.com<br>JEFFREY F. GERSH (SBN 87124)<br>jgersh@stubbsalderton.com<br>WESLEY W. MONROE (SBN 149211)<br>wmonroe@stubbsalderton.com<br>STUBBS ALDERTON MARKILES, LLP<br>15260 Ventura Boulevard, 20TH Floor<br>Sherman Oaks, CA  91403<br>Telephone:      (818) 444-4500<br>Facsimile:      (818) 444-4520<br><br>Attorneys for PERSONALWEB TECHNOLOGIES, LLC | J. DAVID HADDEN (CSB No. 176148)<br>dhadden@fenwick.com<br>SAINA S. SHAMILOV (CSB No. 215636)<br>sshamilov@fenwick.com<br>MELANIE L. MAYER (*admitted pro hac vice*)<br>mmayer@fenwick.com<br>TODD R. GREGORIAN (CSB No. 236096)<br>tgregorian@fenwick.com<br>RAVI R. RANGANATH (CSB No. 272981)<br>rranganath@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA  94041<br>Telephone:      650.988.8500<br>Facsimile:      650.938.5200<br><br>Attorneys for AMAZON.COM, INC., AMAZON WEB SERVICES, INC., and TWITCH INTERACTIVE, INC. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  PERSONAL WEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION | Case No.: 5:18-md-02834-BLF |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC.,<br><br>       Plaintiffs<br>v.<br><br>PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC,<br><br>       Defendants, | Case No.: 5:18-cv-00767-BLF<br><br>Case No.: 5:18-cv-05619-BLF<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| PERSONALWEB TECHNOLOGIES, LLC, and LEVEL 3 COMMUNICATIONS, LLC,<br><br>       Plaintiffs,<br>v.<br><br>TWITCH INTERACTIVE, INC.,<br><br>       Defendant. | |

Plaintiff PersonalWeb Technologies, LLC ("PersonalWeb") and defendants Amazon.com, Inc., Amazon Web Services, Inc., and Twitch Interactive, Inc. (collectively, "Amazon") jointly submit this case management conference statement pursuant to Judge Freeman's Standing Order re Civil Cases, the Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement, and Civil Local Rules 16-9 and 16-10.

## I.    AMAZON'S STATEMENT

Amazon previously submitted a statement of its positions in its request for a case management conference. (Dkt. 717 (18-md-2834).) Amazon's position remains the same and there has been no meaningful change in the parties' respective positions. PersonalWeb has made no additional document production since August 6, 2021 and has refused to supplement or amend its interrogatory responses to comply with the Court's past orders.

## II.   PERSONALWEB'S STATEMENT

PersonalWeb, SAM and Mr. Gersh intend to submit a statement in response to Dkt 717, but unfortunately Mr. Gersh, who is the primary draftsperson of this submission, is quite with ill with COVID and is unable to go through each and every argument on such short notice, though either he or others at Stubbs Alderton & Markiles, LLP ("SAM") may supplement his submission early next week.

As this court is aware, SAM is caught in the middle given that it has been discharged by PersonalWeb on all post judgment matters other than the appeals, has sought to withdraw from these proceedings which was opposed by Amazon and its counsel and ultimately denied by this court. The request for a CMC, Dkt 717, reads more like a personal attack on SAM and Mr. Gersh and muddies the facts. The Receivership action was not filed by SAM and neither SAM nor Mr. Gersh are involved or represent anyone in those proceedings. In fact, neither SAM nor Mr. Gersh are on the service list in those proceedings so there is little that is known about the status of same absent reading the state court documents.

Amazon and its counsel complain about the nature of the receivership proceedings in the state court action (see exhibits to Mr. Gregorian's declaration), yet Amazon and its counsel have known about those proceedings for approximately 6 months. Although Mr. Gersh sent an email

to Amazon's counsel about the stay and his understanding of the impact on the discovery and collection efforts of Amazon, it is clear from Mr. Gregorian's declaration that Amazon and its counsel knew about the receivership action well before Mr. Gersh's email given that Amazon and its counsel actively participated in the state court action at least as early as August 2021 and filed a number of motions including attempting to intervene in that action which was denied without any opposition having been filed. Neither SAM nor Mr. Gersh appear on the service list for Amazon's intervention efforts and represented no one in connection with those intervention proceedings.

The conundrum is that this court issued an order regarding discovery; SAM and Mr. Gersh have complied with their ethical obligations as the court was told they would; as set forth in the recent filing by Amazon the California state court has issued an injunction against anyone "…prosecuting, commencing or enforcing any suit, judgment, levy lien or proceeding against Defendant PersonalWeb…" (Dkt 717 page 5)

The effect of the California state court receivership action is not a matter over which SAM expresses an opinion.  SAM has been advised that PersonalWeb is being managed by a receiver, Amazon lost its attempt to intervene in the state case, there is an injunction against Amazon from pursuing any further collection, Amazon appealed the order denying their motion to intervene. SAM represents no one in the state court receivership action. Amazon expresses frustration that its actions in the state court proceedings have not been successful.  But that does not mean that SAM and/or Mr. Gersh, or PersonalWeb, has done anything improper or not in conformity with applicable order in the state court action.

Fenwick & West LLP
Attorneys at Law

Joint CMC Statement 2

Case Nos. 5:18-md-02834-BLF,
5:18-cv-00767-BLF, and
5:18-cv-05619-BLF

Respectfully submitted,

Dated: January 13, 2022         FENWICK & WEST LLP

By: */s/ Todd R. Gregorian*
TODD R. GREGORIAN (CSB No. 236096)

Attorneys for AMAZON.COM, INC., AMAZON WEB SERVICES, INC., and TWITCH INTERACTIVE, INC.

Dated: January 13, 2022         STUBBS ALDERTON & MARKILES LLP

By: */s/ Jeffrey F. Gersh*
JEFFREY F. GERSH (CSB No. 87124)

Attorneys for PERSONALWEB TECHNOLOGIES, LLC

### CERTIFICATION OF CONCURRENCE IN FILING

I, Todd R. Gregorian, am the ECF user whose identification and password are being used to file this Joint Case Management Conference Statement. In compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that Jeffrey F. Gersh has concurred in this filing.

Dated: January 13, 2022         By: */s/ Todd R. Gregorian*
TODD R. GREGORIAN