| | |
|---|---|
| MICHAEL A. SHERMAN (SBN 94783)<br>masherman@stubbsalderton.com<br>JEFFREY F. GERSH (SBN 87124)<br>jgersh@stubbsalderton.com<br>WESLEY W. MONROE (SBN 149211)<br>wmonroe@stubbsalderton.com<br>STUBBS ALDERTON MARKILES, LLP<br>15260 Ventura Boulevard, 20TH Floor<br>Sherman Oaks, CA 91403<br>Telephone:     (818) 444-4500<br>Facsimile:      (818) 444-4520<br><br>Attorneys for PERSONALWEB TECHNOLOGIES, LLC | J. DAVID HADDEN (CSB No. 176148)<br>dhadden@fenwick.com<br>SAINA S. SHAMILOV (CSB No. 215636)<br>sshamilov@fenwick.com<br>MELANIE L. MAYER (*admitted pro hac vice*)<br>mmayer@fenwick.com<br>TODD R. GREGORIAN (CSB No. 236096)<br>tgregorian@fenwick.com<br>RAVI R. RANGANATH (CSB No. 272981)<br>rranganath@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br>Telephone:     650.988.8500<br>Facsimile:     650.938.5200<br><br>Attorneys for AMAZON.COM, INC., AMAZON WEB SERVICES, INC., and TWITCH INTERACTIVE, INC. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: PERSONAL WEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION | Case No.: 5:18-md-02834-BLF |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC.,<br><br>            Plaintiffs<br>     v.<br><br>PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC,<br><br>            Defendants. | Case No.: 5:18-cv-00767-BLF<br><br>Case No.: 5:18-cv-05619-BLF<br><br>**JOINT STIPULATION RE POST-JUDGMENT RELIEF** |
| PERSONALWEB TECHNOLOGIES, LLC, and LEVEL 3 COMMUNICATIONS, LLC,<br><br>            Plaintiffs,<br>     v.<br><br>TWITCH INTERACTIVE, INC.,<br><br>            Defendant. | |

WHEREAS, Plaintiff PersonalWeb Technologies, LLC ("PersonalWeb") has accused Defendants Amazon.com, Inc., Amazon Web Services, Inc., and Twitch Interactive, Inc. (collectively, "Amazon") (collectively, PersonalWeb and Amazon may be referred to as "Parties") of infringing, inter alia, U.S. Patent Nos. 7,802,310 ("'310 Patent") and 6,928,442 ("'442 Patent");

WHEREAS, on February 3, 2020, this Court granted summary judgment of non-infringement of claims of the '310 Patent and claims of the '442 Patent in favor of Amazon and against PersonalWeb (Dkt. 578) ("Order");

WHEREAS, on March 4, 2020, PersonalWeb appealed the Court's Order to the United States Court of Appeals for the Federal Circuit (Dkt. 587) ("Federal Circuit");

WHEREAS, on September 10, 2021, the Court granted the Parties' stipulation setting a deadline for Amazon to file a request for supplemental fees (including for fees pursuant to 35 U.S.C. § 285; the appeal fees denied without prejudice by the Court in its April 19, 2021 Order (Dkt. 656); and fees that Amazon has incurred since) ("Fees Submission") before this Court until thirty (30) days after the Federal Circuit's issuance of the mandate regarding PersonalWeb's appeal of the Court's Order (Dkt. 712);

WHEREAS, on November 12, 2021, the Federal Circuit issued the Mandate (Dkt. 714);

WHEREAS, on December 10, 2021, the Parties stipulated to extending the time for Amazon to submit its Fees Submission to February 4, 2022 (Dkt. 715);

WHEREAS, on December 13, 2021, the Court granted the Parties' stipulation extending the time for Amazon to submit its Fees Submission to February 4, 2022 (Dkt. 716);

WHEREAS, on January 25, 2022, the Parties stipulated to extending the time for Amazon to submit its Fees Submissions to March 11, 2022 (Dkt. 726);

WHEREAS, on January 25, 2022, the Court granted the Parties' stipulation extending the time for Amazon to submit its Fees Submission to March 11, 2022 (Dkt. 727);

WHEREAS, on February 10, 2022, Stubbs, Alderton & Markiles, LLP ("Stubbs Alderton"), counsel for PersonalWeb, moved to withdraw from the action with a hearing on that motion scheduled for June 23, 2022 (Dkt. 728); and

FENWICK & WEST LLP
ATTORNEYS AT LAW

WHEREAS, the Parties jointly agree that the time for Amazon to file its Fees Submission may be extended in the interest of possibly avoiding Stubbs Alderton from having to oppose the Fees Submission on behalf of PersonalWeb;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED amongst the Parties that that the deadline for Amazon to file its Fees Submission before this Court be extended from March 11, 2022 until June 9, 2022.

**IT IS SO AGREED AND STIPULATED.**

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: March 3, 2022 | FENWICK & WEST LLP |
| | By: */s/ J. David Hadden* |
| |     J. DAVID HADDEN |
| | J. DAVID HADDEN (CSB No. 176148) |
| | dhadden@fenwick.com |
| | SAINA S. SHAMILOV (CSB No. 215636) |
| | sshamilov@fenwick.com |
| | MELANIE L. MAYER (*admitted pro hac vice*) |
| | mmayer@fenwick.com |
| | TODD R. GREGORIAN (CSB No. 236096) |
| | tgregorian@fenwick.com |
| | RAVI R. RANGANATH (CSB No. 272981) |
| | rranganath@fenwick.com |
| | FENWICK & WEST LLP |
| | 801 California Street |
| | Mountain View, CA 94041 |
| | Telephone: 650.988.8500 |
| | Facsimile: 650.938.5200 |
| | Attorneys for AMAZON.COM, INC., AMAZON WEB SERVICES, INC., and TWITCH INTERACTIVE, INC. |
| Dated: March 3, 2022 | STUBBS ALDERTON MARKILES, LLP |
| | By: */s/ Jeffrey F. Gersh* |
| |     JEFFREY F. GERSH |
| | MICHAEL A. SHERMAN (SBN 94783) |
| | masherman@stubbsalderton.com |
| | JEFFREY F. GERSH (SBN 87124) |
| | jgersh@stubbsalderton.com |
| | WESLEY W. MONROE (SBN 149211) |
| | wmonroe@stubbsalderton.com |
| | STUBBS ALDERTON MARKILES, LLP |
| | 15260 Ventura Boulevard, 20TH Floor |
| | Sherman Oaks, CA 91403 |
| | Telephone: (818) 444-4500 |
| | Facsimile: (818) 444-4520 |
| | Attorneys for PERSONALWEB TECHNOLOGIES, LLC |

## CERTIFICATION OF CONCURRENCE IN FILING

I, J. David Hadden, am the ECF user whose identification and password are being used to file this Joint Stipulation. In compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that Jeffrey F. Gersh has concurred in this filing.

Dated: March 3, 2022     By: */s/ J. David Hadden*
    J. DAVID HADDEN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____

_____
BETH LABSON FREEMAN
United States District Judge

Fenwick & West LLP
Attorneys at Law

JOINT STIPULATION RE
POST-JUDGMENT RELIEF

4

Case Nos. 5:18-md-02834-BLF,
5:18-cv-00767-BLF, and
5:18-cv-05619-BLF