NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: PERSONALWEB TECHNOLOGIES LLC,**

---

**AMAZON.COM, INC., AMAZON WEB SERVICES, INC.,**
*Plaintiffs-Appellees*

v.

**PERSONALWEB TECHNOLOGIES LLC,**
*Defendant-Appellant*

**LEVEL 3 COMMUNICATIONS, LLC,**
*Defendant*

---

**PERSONALWEB TECHNOLOGIES LLC,**
*Plaintiff-Appellant*

**LEVEL 3 COMMUNICATIONS, LLC,**
*Plaintiff*

v.

**TWITCH INTERACTIVE, INC.,**
*Defendant-Appellee*

---

2021-1858, 2021-1859, 2021-1860

---

Appeals from the United States District Court for the Northern District of California in Nos. 5:18-md-02834-BLF, 5:18-cv-00767-BLF, and 5:18-cv-05619-BLF, Judge Beth Labson Freeman.

―――――――――――

**ON MOTION**

―――――――――――

Before LOURIE, *Circuit Judge*.

## O R D E R

Stubbs Alderton & Markiles, LLP submits a motion to withdraw as counsel for PersonalWeb Technologies LLC in these appeals. Appellees oppose the motion and alternatively request holding the motion in abeyance until the district court rules on a similar motion pending before it, which is set for a hearing on June 23, 2022. In reply, Stubbs Alderton states that it does not oppose holding the motion in abeyance. Stubbs Alderton also moves for the court to take judicial notice of an order entered by the district court in the underlying cases.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw counsel, ECF No. 57, is held in abeyance. Stubbs Alderton should promptly inform this court when the district court acts on the motion to withdraw.

(2) The motion to take judicial notice, ECF No. 65, is

granted.

FOR THE COURT

| | |
|---|---|
| <u>May 19, 2022</u> | <u>/s/ Peter R. Marksteiner</u> |
| Date | Peter R. Marksteiner |
| | Clerk of Court |

cc: United States District Court for the Northern District of California