1  MICHAEL A. SHERMAN (SBN 94783)
   masherman@stubbsalderton.com
2  JEFFREY F. GERSH (SBN 87124)
   jgersh@stubbsalderton.com
3  **STUBBS ALDERTON & MARKILES, LLP**
   15260 Ventura Blvd., 20th Floor
4  Sherman Oaks, CA 91403
   Telephone:    (818) 444-4500
5  Facsimile:    (818) 444-4520

6  Attorneys for PERSONALWEB
   TECHNOLOGIES, LLC
7

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PERSONAL WEB TECHNOLOGIES, LLC, ET., AL., PATENT LITIGATION | **CASE NO.: 5:18-md-02834-BLF**<br><br>**Case No.: 5:18-cv-00767-BLF** |
| AMAZON.COM, INC. and AMAZON WEB SERVICE, INC.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PERSONALWEB TECHNOLOGIES, LLC, et al.,<br><br>　　　　Defendants. | **Case No.: 5:18-cv-05619-BLF**<br><br>**PERSONALWEB STATUS UPDATE IN ACCORDANCE WITH COURT ORDER DATED JUNE 24, 2022** |
| PERSONALWEB TECHNOLOGIES, LLC, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>TWITCH INTERACTIVE, INC.,<br><br>　　　　Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Attached as Exhibit 1 is the written response from the Receiver to the Court's subject order (docket 760).

Executed this 22nd day of July 2022 at Sherman Oaks, California.

By: */s/ Michael A. Sherman*
    Michael A. Sherman
    Jeffrey F. Gersh

    Attorneys for PERSONALWEB
    TECHNOLOGIES, LLC

# EXHIBIT 1



**Michael E. Bubman**
mbubman@mbn.law

July 22, 2022

*VIA EMAIL (msherman@stubbsalderton, jgersh@stubbsalderton )*

Michael Sherman, Esq.
Jeffrey F. Gersh, Esq.
Stubbs, Alderton & Markiles, LLP
15620 Ventura Blvd., 20th Floor
Sherman Oaks, CA 91403

      RE:    <u>*In re PersonalWeb Technologies, LLC et al, N.D. Cal 5:18-md-02834-BLF*</u>

Dear Messrs. Sherman and Gersh:

As you are aware, I represent behalf of Robb Evans & Associates ("Receiver") in the matter entitled *Brilliant Digital Entertainment, Inc., etc., v. PersonalWeb Technologies, LLC*, LASC Case No. 21VECV00575 (the "State Court Action"). I am writing to you in response to the order issued by the Honorable Beth Labson Freeman, issued June 24, 2022, Document 760 in the case entitled *In re PersonalWeb Technologies, LLC, et al Patent Litigation*, in the United States District Court for the Northern District of California, Case No. 5:18-md-02834-BLF (the "District Court Action").

In response to the inquiry of the Court, the Receiver will not retain counsel to represent it, as the Receiver is not a party to the District Court Action. The Receiver is advised that PersonalWeb is in the process of retaining counsel to represent it in the District Court Action, which retention will be completed the week of July 25, 2022.

While the Judgment rendered in the District Court Action occurred prior to the appointment of the Receiver in the State Court Action, the Receiver is authorized to pay fees of counsel for PersonalWeb in the District Court Action, and will do so for so long as the Receiver is able to obtain the funding necessary through the State Court processes. So long as the Receiver is able to obtain authorization for the issuance of Receiver's Certificates in the State Court Action sufficient to allow: (i) the cost of administration of the Receivership Estate; (ii) the protection of the Collateral of the Receivership Estate; and (iii) to pay the expenses for PersonalWeb's counsel in this District Court Action, the Receiver will continue to pay such fees and expenses. At any point the Receiver is unable to do so, it will seek to terminate the Receivership.

Michael Sherman, Esq.
Jeffrey F. Gersh, Esq.
July 22, 2022
Page 2

I hope this sufficiently responds to the Court's inquiry.

                                    Very Truly Yours,

                                    Michael E. Bubman

MEB

Cc:   M. Val Miller, Esq.
       Robert M. Charles, Jr., Esq.
       Patrick Emerson McCormick, Esq.

{00741003}