| | |
|---|---|
| ROBERT M. CHARLES, JR. (*adm. pro hac vice*) RCharles@lewisroca.com PATRICK EMERSON MCCORMICK (SBN 307298) PMcCormick@lewisroca.com LEWIS ROCA ROTHGERBER CHRISTIE LLP One South Church Ave., Ste. 2000 Tucson, AZ 85701-1611 Telephone: (520) 622-2090 Facsimile: (520) 622-3088 | J. DAVID HADDEN (CSB No. 176148) dhadden@fenwick.com SAINA S. SHAMILOV (CSB No. 215636) sshamilov@fenwick.com MELANIE L. MAYER (*admitted pro hac vice*) mmayer@fenwick.com TODD R. GREGORIAN (CSB No. 236096) tgregorian@fenwick.com RAVI R. RANGANATH (CSB No. 272981) rranganath@fenwick.com FENWICK & WEST LLP Silicon Valley Center 801 California Street Mountain View, CA 94041 Telephone: 650.988.8500 Facsimile: 650.938.5200 |
| MICHAEL A. SHERMAN (SBN 94783) masherman@stubbsalderton.com JEFFREY F. GERSH (SBN 87124) jgersh@stubbsalderton.com WESLEY W. MONROE (SBN 149211) wmonroe@stubbsalderton.com STUBBS ALDERTON MARKILES, LLP 15260 Ventura Boulevard, 20TH Floor Sherman Oaks, CA 91403 Telephone: (818) 444-4500 Facsimile: (818) 444-4520 | Attorneys for AMAZON.COM, INC., AMAZON WEB SERVICES, INC., and TWITCH INTERACTIVE, INC. |
| Attorneys for PERSONALWEB TECHNOLOGIES, LLC | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: PERSONAL WEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION | Case No.: 5:18-md-02834-BLF |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC.,<br><br>Plaintiffs<br>v.<br>PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC,<br><br>Defendants. | Case No.: 5:18-cv-00767-BLF<br><br>Case No.: 5:18-cv-05619-BLF<br><br>**JOINT STIPULATION RE POST-JUDGMENT RELIEF** |

PERSONALWEB TECHNOLOGIES, LLC, and
LEVEL 3 COMMUNICATIONS, LLC,

        Plaintiffs,

  v.

TWITCH INTERACTIVE, INC.,

        Defendant.

FENWICK & WEST LLP
ATTORNEYS AT LAW

JOINT STIPULATION RE
POST-JUDGMENT RELIEF

CASE NOS. 5:18-md-02834-BLF,
5:18-cv-00767-BLF, and
5:18-cv-05619-BLF

WHEREAS, Plaintiff PersonalWeb Technologies, LLC ("PersonalWeb") has accused Defendants Amazon.com, Inc., Amazon Web Services, Inc., and Twitch Interactive, Inc. (collectively, "Amazon") (collectively, PersonalWeb and Amazon may be referred to as "Parties") of infringing, inter alia, U.S. Patent Nos. 7,802,310 and 6,928,442;

WHEREAS, the current deadline for Amazon to file a request for supplemental fees (including for fees pursuant to 35 U.S.C. § 285; the appeal fees denied without prejudice by the Court in its April 19, 2021 Order (Dkt. 656); and fees that Amazon has incurred since) ("Fees Submission") is September 30, 2022 (Dkt. 743);

WHEREAS, the Parties have an ongoing dispute regarding whether Stubbs, Alderton & Markiles, LLP, counsel for PersonalWeb, may withdraw from this action and whether Lewis Roca Rothgerber Christie LLP, new counsel for PersonalWeb, has entered a notice of appearance in this case sufficient to meet the Court's requirements for substitute counsel, and the Court has scheduled a case management conference to address this issue for September 29, 2022;

WHEREAS, Amazon has filed two motions to compel related to the Fees Submission that remain pending before the Court (Dkts. 771 & 773);

WHEREAS, Amazon desires to make one final supplemental fees submission rather than serial requests for supplemental fees;

WHEREAS, the Parties jointly agree that the time for Amazon to file its Fees Submission shall be extended to allow additional time: (i) to clarify who will be representing PersonalWeb on the Fees Submission and going forward in the case before any response to the Fees Submission becomes due, (ii) to resolve the pending motions to compel and for the parties to comply with any orders therefrom, and (iii) for Amazon to make one final supplemental fees submission rather than serial requests for supplemental fees;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED amongst the Parties that that the deadline for Amazon to file its Fees Submission before this Court be extended from September 30, 2022 until January 15, 2023.

**IT IS SO AGREED AND STIPULATED.**

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated: August 31, 2022 | FENWICK & WEST LLP |
| 3 |   | By: /s/ Todd R. Gregorian |
|   |   | TODD R. GREGORIAN |

J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
MELANIE L. MAYER (*admitted pro hac vice*)
mmayer@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:      650.938.5200

Attorneys for AMAZON.COM, INC.,
AMAZON WEB SERVICES, INC., and
TWITCH INTERACTIVE, INC.

Dated: August 31, 2022           LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ Patrick Emerson McCormick
   PATRICK EMERSON MCCORMICK

MICHAEL A. SHERMAN (SBN 94783)
masherman@stubbsalderton.com
JEFFREY F. GERSH (SBN 87124)
jgersh@stubbsalderton.com
W. MONROE (SBN 149211)
wmonroe@stubbsalderton.com
STUBBS ALDERTON MARKILES, LLP
15260 Ventura Boulevard, 20TH Floor
Sherman Oaks, CA  91403
Telephone:     (818) 444-4500
Facsimile:      (818) 444-4520

ROBERT M. CHARLES, JR.
(*adm. pro hac vice*)
RCharles@lewisroca.com
PATRICK EMERSON MCCORMICK
(SBN 307298)
PMcCormick@lewisroca.com
LEWIS ROCA ROTHGERBER
   CHRISTIE LLP
One South Church Ave., Ste. 2000
Tucson, AZ 85701-1611
Telephone:     (520) 622-2090
Facsimile:      (520) 622-3088

Attorneys for PERSONALWEB
TECHNOLOGIES, LLC

JOINT STIPULATION RE
POST-JUDGMENT RELIEF

2

Case Nos. 5:18-md-02834-BLF,
5:18-cv-00767-BLF, and
5:18-cv-05619-BLF

**CERTIFICATION OF CONCURRENCE IN FILING**

I, Todd R. Gregorian, am the ECF user whose identification and password are being used to file this Joint Stipulation. In compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that Patrick Emerson McCormick has concurred in this filing.

Dated:   August 31, 2022                              By:  */s/ Todd R. Gregorian*
                                                                    TODD R. GREGORIAN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:  September 12, 2022

BETH LABSON FREEMAN
United States District Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW

JOINT STIPULATION RE
POST-JUDGMENT RELIEF

3

CASE NOS. 5:18-md-02834-BLF,
5:18-cv-00767-BLF, and
5:18-cv-05619-BLF