Michael Gerard Fletcher (State Bar No. 070849)
mfletcher@frandzel.com
Craig A. Welin (State Bar No. 138418)
cwelin@frandzel.com
Bruce D. Poltrock (State Bar No. 162448)
bpoltrock@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Third Parties
BRILLIANT DIGITAL ENTERTAINMENT,
INC.; EUROPLAY CAPITAL ADVISORS, LLC;
CLARIA INNOVATIONS, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: PERSONAL WEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION<br><br>AMAZON.COM, INC., and AMAZON WEB SERVICES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PERSONAL WEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC,<br><br>Defendants.<br><br>PERSONAL WEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TWITCH INTERACTIVE, INC.,<br><br>Defendant. | Case No. 5:18-md-02834-BLF<br>Case No. 5:18-cv-00767-BLF<br>Case No. 5:18-cv-05619-BLF<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

1  PLEASE TAKE NOTICE THAT subject to the approval by the Court, non-party discovery
2  respondents Europlay Capital Advisors, LLC and Claria Innovations, LLC substitute Mark Holscher
3  (State Bar No. 139582) and Michael Shipley (State Bar No. 233674) of the law firm Kirkland & Ellis
4  LLP as counsel of record in place of Michael Gerard Fletcher (State Bar No. 070849), Craig A. Welin
5  (State Bar No. 138418), and Bruce D. Poltrock (State Bar No. 162448) of the law firm Frandzel Robins
6  Bloom & Csato, L.C.

Contact information for new counsel is as follows:

KIRKLAND & ELLIS LLP
Mark Holscher
mark.holscher@kirkland.com
Michael Shipley
michael.shipley@kirkland.com
555 South Flower Street
Los Angeles, CA 90071
Tel.: 213-680-8400

I consent to the above substitution:

Date: _____

Murray Markiles
For Europlay Capital Advisors, LLC

Date: _____

Murray Markiles
For Claria Innovations, LLC

I consent to the above substitution:

Date: _____   FRANDZEL ROBINS BLOOM & CSATO, L.C.

Michael Gerard Fletcher (State Bar No. 070849)

Date: _____

Craig A. Welin (State Bar No. 138418)

Date: _____

Bruce D. Poltrock (State Bar No. 162448)

---

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**   2   Case No. 5:18-md-02834-BLF
Case No. 5:18-cv-00767-BLF
Case No. 5:18-cv-05619-BLF

I consent to the above substitution.

Date: September 7, 2022

KIRKLAND & ELLIS LLP

*signature*

Mark Holscher (State Bar No. 139582)

*signature*

Michael Shipley (State Bar No. 233674)

\* \* \*

**[PROPOSED] ORDER**

The substitution of attorney is hereby approved and so ORDERED.

DATED this ____ day of September, 2022    _____

Hon. Beth Labson Freeman
United States District Judge

---

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**     3     Case No. 5:18-CV-05619-BLF