UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PERSONALWEB TECHNOLOGIES, LLC, et al.,<br><br>Patent Litigation | Case No. 18-md-02834-BLF  (SVK)<br><br>**ORDER FOLLOWING DISCOVERY HEARING**<br><br>Re: Dkt. Nos. 801, 802, 807, 808, 810, 814, 823, 824, 828, 833, 834 |

On January 6, 2023 the Court held an in-person hearing regarding post-judgment discovery disputes arising out of document productions to judgment-creditor Amazon by judgment-debtor Personal Web and subpoenaed third parties Brilliant Digital Entertainment Inc. ("BDE"), Claria Innovations, LLC ("Claria"), and Europlay Captial Adivsors, LLC ("ECA").  Personal Web's former litigation firm, Stubbs, Alderton & Markilies ("SAM"), a custodian of some of the documents at issue, also appeared pursuant to order of this Court.  The Court evaluated the numerous briefs, statements and declarations addressing the search, processing and production of documents by the participating parties identified herein and entertained lengthy presentations and argument by counsel.  The Court ruled from the bench as to each of the outstanding issues and ordered completion of remaining tasks by dates certain.  The Court's order is summarized in Exhibit A hereto for the Parties' and the Court's convenience.  Completion of the tasks in Exhibit A resolves all of the issues raised in the aforementioned briefs.

With regards to deadlines for production of documents, the Court had previously ruled production of documents to be completed by January 20, 2023.  Dkt. 799.  In limited instances the Court has modified that deadline or, where the Court determined that additional time may be needed because the content of certain productions is as yet unknown, instructed the parties to meet

1    and confer to set a date for production.  All productions addressed at the hearing are to be

2    completed either by the previously ordered date of January 20, 2023, a new, specific date

3    identified in Exhibit A[1] or, if subject to meet and confer, **no later than January 31, 2023**.

4        **SO ORDERED.**

5    Dated: January 9, 2023

                                                        *Susan van Keulen*
SUSAN VAN KEULEN
United States Magistrate Judge

---

[1] Where the deadline in Exhibit A differs from a date given on the record, Exhibit A controls.