UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PERSONALWEB TECHNOLOGIES, LLC, et al., <br><br>PATENT LITIGTION | Case No. 18-md-02834-BLF   (SVK) <br><br>**ORDER FOLLOWING STUBBS, ALDERTON STATUS REPORT** <br><br>Re: Dkt. No. 837 |

The Court is in receipt of the status report prepared by the Stubbs, Alderton law firm ("SAM") (Dkt. 837) pursuant to this Court's order (Dkt. 836-1) following a hearing that was held on January 5, 2023. The status report addresses Action Items Nos. 3-5 in Dkt. 836-1. The information provided in response to Action Item Nos. 3 & 4 is responsive and thorough. The response to Action Item No. 5 is incomplete, and the status of providing the required information unclear.

Action Item No. 5 relates to documents identified pursuant to the search terms and participants identified at the hearing on January 5, 2023, but for which, upon review, SAM has a good faith belief either do not belong to Personal Web or implicate privileges held by third parties. SAM was ordered to identify the number of documents at issue and to propose a timeline for resolution. Dkt. 836-1 at 3. SAM does not provide this information but indicates that it is provided elsewhere in the report. It is not. What is provided is a detailed status of SAM's review of sources of documents and a timeline to complete previously court-ordered productions.

Accordingly, the Court **ORDERS** as follows: Upon completion of the productions referenced in Action Item No. 4, indicated by SAM to be finished no later than January 25, 2023, SAM is to provide the information requested in Action Item No. 5: the number of documents at

issue and a timeline to address any remaining issues regarding the documents covered by Action Item No. 5.  This further status report is to be filed **no later than January 31, 2023**.  The Court will ask for additional briefing from all parties on the remaining issues if needed.

**SO ORDERED.**

Dated: January 23, 2023

_____
SUSAN VAN KEULEN
United States Magistrate Judge