# EXHIBIT 3



# AIPLA
# 2021
## Report of the Economic Survey

www.aipla.org



# Report of the Economic Survey 2021

Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee

Arlene Neal, Chair

September 2021

Prepared by:



**10097 Tyler Court, Suite 3 ■ Ijamsville, Maryland 21754
TEL: (240) 268-1262 ■ ARI@associationresearch.com**

# Average hourly billing rate in 2020 (Q33)

*Private Firm, Equity Partner*

| | | Average hourly billing rate in 2020 | | | | | |
|---|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals | | 253 | $558 | $344 | $400 | $500 | $650 | $887 |
| Years of IP Law Attorney Experience | 7-9 | 7 | $372 | ISD | $290 | $375 | $401 | ISD |
| | 10-14 | 31 | $545 | $341 | $395 | $480 | $625 | $889 |
| | 15-24 | 89 | $532 | $340 | $398 | $495 | $614 | $757 |
| | 25-34 | 82 | $577 | $377 | $424 | $530 | $680 | $899 |
| | 35 or More | 36 | $648 | $340 | $450 | $593 | $855 | $1,100 |
| Location | Boston CMSA | 6 | $637 | ISD | $464 | $600 | $831 | ISD |
| | NYC CMSA | 19 | $712 | $400 | $500 | $600 | $980 | $1,150 |
| | Philadelphia CMSA | 6 | $726 | ISD | $528 | $700 | $861 | ISD |
| | Washington, DC CMSA | 31 | $633 | $400 | $460 | $525 | $847 | $962 |
| | Other East | 12 | $523 | $315 | $385 | $488 | $528 | $1,046 |
| | Metro Southeast | 15 | $564 | $358 | $375 | $500 | $590 | $1,026 |
| | Other Southeast | 5 | $453 | ISD | $368 | $410 | $559 | ISD |
| | Chicago CMSA | 10 | $586 | $329 | $469 | $640 | $700 | $736 |
| | Minne.-St. Paul PMSA | 19 | $530 | $295 | $360 | $500 | $675 | $875 |
| | Other Central | 56 | $453 | $300 | $368 | $415 | $544 | $665 |
| | Texas | 23 | $549 | $339 | $415 | $498 | $700 | $900 |
| | Los Angeles CMSA | 14 | $657 | $372 | $443 | $613 | $780 | $1,200 |
| | San Francisco CMSA | 5 | $665 | ISD | $463 | $595 | $903 | ISD |
| | Other West | 32 | $513 | $308 | $356 | $470 | $613 | $787 |
| IP Technical Specialization (>=50%) | Biotechnology | 10 | $569 | $400 | $402 | $473 | $700 | $1,015 |
| | Chemical | 7 | $430 | ISD | $350 | $450 | $500 | ISD |
| | Computer Software | 27 | $546 | $320 | $375 | $450 | $560 | $1,004 |
| | Electrical | 21 | $603 | $302 | $398 | $498 | $838 | $1,073 |
| | Mechanical | 51 | $492 | $342 | $380 | $460 | $560 | $700 |
| | Medical/ Health Care | 15 | $541 | $298 | $400 | $600 | $685 | $702 |
| | Other areas | 4 | $481 | ISD | $406 | $463 | $575 | ISD |
| Age | Younger than 35 | 4 | $364 | ISD | $305 | $376 | $412 | ISD |
| | 35-39 | 13 | $498 | $366 | $385 | $425 | $553 | $900 |
| | 40-44 | 32 | $513 | $297 | $375 | $450 | $634 | $831 |
| | 45-49 | 29 | $616 | $350 | $400 | $520 | $750 | $1,100 |
| | 50-54 | 48 | $517 | $349 | $400 | $475 | $594 | $710 |
| | 55-59 | 57 | $546 | $350 | $400 | $500 | $617 | $806 |
| | 60 or Older | 64 | $614 | $308 | $429 | $528 | $748 | $1,100 |
| Gender | Male | 208 | $563 | $350 | $400 | $500 | $650 | $903 |
| | Female | 32 | $510 | $340 | $381 | $450 | $583 | $735 |
| | Prefer not to respond | 6 | $500 | ISD | $375 | $475 | $638 | ISD |
| Highest Non-Law Degree | Bachelor's Degree | 187 | $563 | $350 | $401 | $500 | $650 | $879 |
| | Master's Degree | 44 | $571 | $300 | $400 | $525 | $700 | $933 |
| | Doctorate Degree | 21 | $489 | $261 | $360 | $460 | $613 | $748 |
| Ethnicity | White/Caucasian | 200 | $548 | $350 | $400 | $500 | $642 | $873 |
| | Black/African American | 3 | $463 | ISD | ISD | $400 | ISD | ISD |
| | Hispanic/Latino | 4 | $570 | ISD | $424 | $558 | $729 | ISD |
| | Asian/Pacific Islander | 14 | $578 | $340 | $400 | $625 | $716 | $776 |
| | Blended | 4 | $681 | ISD | $469 | $600 | $975 | ISD |
| | Prefer not to respond | 19 | $612 | $300 | $400 | $510 | $750 | $1,250 |
| | Other | 3 | $412 | ISD | ISD | $350 | ISD | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 24 | $406 | $284 | $353 | $400 | $500 | $530 |
| | 3-5 | 29 | $441 | $340 | $383 | $420 | $483 | $625 |
| | 6-10 | 28 | $486 | $323 | $400 | $463 | $569 | $713 |
| | 11-25 | 57 | $508 | $340 | $380 | $435 | $598 | $750 |
| | 26-50 | 33 | $585 | $329 | $435 | $525 | $685 | $1,016 |
| | 51-100 | 47 | $686 | $415 | $520 | $600 | $850 | $1,100 |
| | 101-150 | 17 | $606 | $347 | $498 | $600 | $693 | $860 |
| | More than 150 | 15 | $822 | $441 | $560 | $795 | $1,100 | $1,240 |

**Private Firm, Partner-Track Attorney**

## Billable hours recorded in 2020 (Q32)

*Private Firm, Partner-Track Attorney*

| | | How many billable hours did you record in 2020? | | | | | |
|---|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals | | 71 | 1,716 | 1,106 | 1,450 | 1,785 | 1,950 | 2,100 |
| Years of IP Law Attorney Experience | Fewer than 5 | 14 | 1,482 | 486 | 949 | 1,705 | 2,000 | 2,201 |
| | 5-6 | 9 | 2,232 | ISD | 1,880 | 1,980 | 2,100 | ISD |
| | 7-9 | 19 | 1,754 | 1,400 | 1,618 | 1,785 | 1,850 | 2,100 |
| | 10-14 | 18 | 1,638 | 1,163 | 1,350 | 1,574 | 1,850 | 2,153 |
| | 15-24 | 7 | 1,578 | ISD | 1,131 | 1,718 | 1,900 | ISD |
| Location | Boston CMSA | 5 | 1,749 | ISD | 1,612 | 1,718 | 1,901 | ISD |
| | NYC CMSA | 4 | 1,676 | ISD | 1,543 | 1,609 | 1,875 | ISD |
| | Philadelphia CMSA | 3 | 1,943 | ISD | ISD | 1,785 | ISD | ISD |
| | Washington, DC CMSA | 12 | 1,812 | 1,249 | 1,588 | 1,900 | 2,082 | 2,100 |
| | Other East | 4 | 1,299 | ISD | 1,009 | 1,300 | 1,588 | ISD |
| | Metro Southeast | 4 | 1,680 | ISD | 1,350 | 1,710 | 1,980 | ISD |
| | Other Southeast | 5 | 1,733 | ISD | 1,425 | 1,836 | 1,990 | ISD |
| | Chicago CMSA | 3 | 1,765 | ISD | ISD | 2,000 | ISD | ISD |
| | Minne.-St. Paul PMSA | 5 | 1,738 | ISD | 1,521 | 1,825 | 1,912 | ISD |
| | Other Central | 8 | 1,525 | ISD | 1,167 | 1,675 | 1,808 | ISD |
| | Texas | 4 | 2,446 | ISD | 1,560 | 1,850 | 3,927 | ISD |
| | San Francisco CMSA | 3 | 2,094 | ISD | ISD | 1,850 | ISD | ISD |
| | Other West | 10 | 1,471 | 257 | 943 | 1,805 | 1,857 | 1,893 |
| IP Technical Specialization (>=50%) | Chemical | 4 | 1,523 | ISD | 1,225 | 1,625 | 1,718 | ISD |
| | Computer Software | 12 | 1,507 | 917 | 1,300 | 1,500 | 1,800 | 1,950 |
| | Electrical | 8 | 1,985 | ISD | 1,426 | 1,910 | 2,259 | ISD |
| | Mechanical | 12 | 1,614 | 1,022 | 1,293 | 1,721 | 1,850 | 2,018 |
| | Pharmaceutical | 3 | 1,667 | ISD | ISD | 1,800 | ISD | ISD |
| Age | Younger than 35 | 16 | 1,867 | 985 | 1,409 | 1,800 | 2,000 | 3,041 |
| | 35-39 | 22 | 1,703 | 861 | 1,518 | 1,800 | 1,850 | 2,078 |
| | 40-44 | 12 | 1,657 | 1,270 | 1,413 | 1,622 | 1,943 | 2,071 |
| | 45-49 | 9 | 1,718 | ISD | 1,283 | 1,800 | 1,990 | ISD |
| | 50-54 | 6 | 1,402 | ISD | 875 | 1,718 | 1,820 | ISD |
| | 55-59 | 3 | 1,867 | ISD | ISD | 1,850 | ISD | ISD |
| Gender | Male | 52 | 1,814 | 1,319 | 1,551 | 1,800 | 1,950 | 2,100 |
| | Female | 18 | 1,460 | 715 | 1,063 | 1,600 | 1,933 | 2,100 |
| Highest Non-Law Degree | Bachelor's Degree | 42 | 1,750 | 965 | 1,488 | 1,759 | 1,985 | 2,100 |
| | Master's Degree | 14 | 1,653 | 1,250 | 1,347 | 1,685 | 1,840 | 2,162 |
| | Doctorate Degree | 15 | 1,679 | 740 | 1,643 | 1,800 | 1,950 | 2,198 |
| Ethnicity | White/Caucasian | 54 | 1,705 | 1,050 | 1,400 | 1,730 | 1,931 | 2,063 |
| | Black/African American | 3 | 1,519 | ISD | ISD | 1,547 | ISD | ISD |
| | Asian/Pacific Islander | 9 | 1,850 | ISD | 1,587 | 1,850 | 2,223 | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 3 | 1,603 | ISD | ISD | 1,810 | ISD | ISD |
| | 3-5 | 5 | 1,090 | ISD | 948 | 1,100 | 1,228 | ISD |
| | 11-25 | 15 | 1,716 | 1,150 | 1,554 | 1,800 | 1,879 | 2,160 |
| | 26-50 | 13 | 1,983 | 700 | 1,525 | 1,800 | 2,100 | 4,042 |
| | 51-100 | 15 | 1,723 | 1,089 | 1,600 | 1,800 | 1,980 | 2,198 |
| | 101-150 | 7 | 1,616 | ISD | 1,400 | 1,650 | 1,924 | ISD |
| | More than 150 | 8 | 1,781 | ISD | 1,678 | 1,830 | 1,963 | ISD |

Private Firm, Partner-Track Attorney

# Average hourly billing rate in 2020 (Q33)

*Private Firm, Partner-Track Attorney*

| | | | Average hourly billing rate in 2020 | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals | | 74 | $432 | $275 | $320 | $390 | $500 | $650 |
| Years of IP Law Attorney Experience | Fewer than 5 | 13 | $375 | $233 | $263 | $340 | $443 | $676 |
| | 5-6 | 6 | $338 | ISD | $267 | $308 | $421 | ISD |
| | 7-9 | 20 | $446 | $287 | $329 | $390 | $515 | $738 |
| | 10-14 | 19 | $490 | $300 | $320 | $425 | $550 | $950 |
| | 15-24 | 12 | $412 | $308 | $335 | $385 | $450 | $599 |
| Location | Boston CMSA | 6 | $540 | ISD | $366 | $508 | $728 | ISD |
| | NYC CMSA | 3 | $717 | ISD | ISD | $755 | ISD | ISD |
| | Philadelphia CMSA | 3 | $482 | ISD | ISD | $515 | ISD | ISD |
| | Washington, DC CMSA | 11 | $424 | $260 | $320 | $421 | $500 | $584 |
| | Other East | 4 | $325 | ISD | $284 | $320 | $371 | ISD |
| | Metro Southeast | 4 | $413 | ISD | $366 | $410 | $461 | ISD |
| | Other Southeast | 5 | $399 | ISD | $311 | $400 | $488 | ISD |
| | Minne.-St. Paul PMSA | 7 | $354 | ISD | $285 | $340 | $360 | ISD |
| | Other Central | 9 | $324 | ISD | $288 | $325 | $373 | ISD |
| | Texas | 6 | $486 | ISD | $354 | $450 | $593 | ISD |
| | San Francisco CMSA | 3 | $737 | ISD | ISD | $910 | ISD | ISD |
| | Other West | 10 | $376 | $227 | $267 | $350 | $508 | $547 |
| IP Technical Specialization (>=50%) | Chemical | 4 | $384 | ISD | $284 | $405 | $463 | ISD |
| | Computer Software | 13 | $419 | $240 | $315 | $450 | $503 | $624 |
| | Electrical | 7 | $458 | ISD | $300 | $365 | $595 | ISD |
| | Mechanical | 13 | $422 | $260 | $305 | $360 | $500 | $816 |
| | Pharmaceutical | 4 | $449 | ISD | $273 | $368 | $706 | ISD |
| Age | Younger than 35 | 13 | $381 | $243 | $263 | $325 | $450 | $684 |
| | 35-39 | 22 | $422 | $240 | $296 | $365 | $456 | $847 |
| | 40-44 | 14 | $546 | $358 | $399 | $488 | $653 | $905 |
| | 45-49 | 12 | $390 | $268 | $320 | $363 | $488 | $514 |
| | 50-54 | 6 | $414 | ISD | $330 | $405 | $511 | ISD |
| | 55-59 | 4 | $397 | ISD | $316 | $393 | $480 | ISD |
| Gender | Male | 57 | $450 | $289 | $335 | $400 | $513 | $711 |
| | Female | 16 | $373 | $218 | $256 | $330 | $414 | $641 |
| Highest Non-Law Degree | Bachelor's Degree | 41 | $433 | $275 | $309 | $395 | $500 | $724 |
| | Master's Degree | 15 | $428 | $247 | $310 | $377 | $510 | $784 |
| | Doctorate Degree | 17 | $434 | $290 | $333 | $400 | $515 | $638 |
| Ethnicity | White/Caucasian | 56 | $419 | $275 | $325 | $383 | $494 | $590 |
| | Black/African American | 3 | $497 | ISD | ISD | $400 | ISD | ISD |
| | Asian/Pacific Islander | 10 | $520 | $300 | $319 | $463 | $674 | $946 |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 3 | $265 | ISD | ISD | $275 | ISD | ISD |
| | 3-5 | 5 | $377 | ISD | $293 | $375 | $463 | ISD |
| | 6-10 | 3 | $350 | ISD | ISD | $375 | ISD | ISD |
| | 11-25 | 20 | $377 | $254 | $305 | $364 | $444 | $510 |
| | 26-50 | 12 | $397 | $256 | $300 | $363 | $408 | $808 |
| | 51-100 | 14 | $496 | $275 | $355 | $483 | $546 | $863 |
| | 101-150 | 7 | $428 | ISD | $340 | $380 | $400 | ISD |
| | More than 150 | 7 | $640 | ISD | $500 | $585 | $810 | ISD |

**Minimum and maximum 2020 attorney billing rates for IP work (Q31a-Q31b)**

| Number of Attorneys/Location | | | Number of Firms Reporting | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
|---|---|---|---|---|---|---|---|
| Minimum billing rate for IP work | All Firms | | 134 | $296 | $225 | $278 | $350 |
| | Number of Attorneys | One | 21 | $370 | $280 | $380 | $473 |
| | | Two | 8 | $305 | $243 | $298 | $388 |
| | | 3-5 | 21 | $307 | $250 | $300 | $355 |
| | | 6-10 | 17 | $274 | $200 | $250 | $325 |
| | | 11-30 | 25 | $254 | $188 | $240 | $313 |
| | | 31-100 | 22 | $255 | $219 | $260 | $283 |
| | | 101 or More | 19 | $321 | $235 | $295 | $375 |
| | Location | Boston CMSA | 8 | $326 | $239 | $300 | $394 |
| | | NYC CMSA | 11 | $305 | $250 | $295 | $360 |
| | | Philadelphia CMSA | 6 | $268 | $208 | $238 | $355 |
| | | Washington, DC CMSA | 19 | $333 | $250 | $325 | $400 |
| | | Other East | 5 | $286 | $178 | $275 | $400 |
| | | Metro Southeast | 6 | $276 | $244 | $270 | $318 |
| | | Other Southeast | 3 | $325 | ISD | $325 | ISD |
| | | Chicago CMSA | 9 | $332 | $268 | $300 | $403 |
| | | Minne.-St. Paul PMSA | 7 | $271 | $180 | $275 | $340 |
| | | Other Central | 19 | $240 | $185 | $235 | $285 |
| | | Texas | 9 | $328 | $255 | $275 | $410 |
| | | Los Angeles CMSA | 5 | $328 | $250 | $315 | $413 |
| | | San Francisco CMSA | 5 | $433 | $323 | $500 | $510 |
| | | Other West | 19 | $248 | $195 | $200 | $295 |
| Maximum billing rate for IP work | All Firms | | 134 | $625 | $445 | $550 | $750 |
| | Number of Attorneys | One | 21 | $452 | $338 | $425 | $500 |
| | | Two | 8 | $378 | $313 | $375 | $423 |
| | | 3-5 | 21 | $510 | $400 | $490 | $550 |
| | | 6-10 | 17 | $566 | $498 | $550 | $648 |
| | | 11-30 | 25 | $582 | $490 | $560 | $675 |
| | | 31-100 | 22 | $741 | $638 | $715 | $876 |
| | | 101 or More | 19 | $1,032 | $785 | $995 | $1,200 |
| | Location | Boston CMSA | 8 | $949 | $475 | $750 | $1,410 |
| | | NYC CMSA | 11 | $685 | $575 | $695 | $785 |
| | | Philadelphia CMSA | 6 | $815 | $505 | $923 | $1,069 |
| | | Washington, DC CMSA | 19 | $563 | $400 | $550 | $680 |
| | | Other East | 5 | $405 | $313 | $400 | $500 |
| | | Metro Southeast | 6 | $549 | $350 | $488 | $718 |
| | | Other Southeast | 3 | $605 | ISD | $500 | ISD |
| | | Chicago CMSA | 9 | $613 | $475 | $535 | $808 |
| | | Minne.-St. Paul PMSA | 7 | $630 | $385 | $507 | $870 |
| | | Other Central | 19 | $520 | $375 | $480 | $660 |
| | | Texas | 9 | $709 | $523 | $635 | $863 |
| | | Los Angeles CMSA | 5 | $633 | $458 | $500 | $875 |
| | | San Francisco CMSA | 5 | $850 | $538 | $695 | $1,240 |
| | | Other West | 19 | $541 | $450 | $500 | $600 |