# EXHIBIT A

*In re: PersonalWeb Techs., LLC* (Case No. 18-md-02834-BLF (*consol.*))     Attorneys' Fees Chart (Per Standing Order, § VII)

**ATTORNEYS' FEES CHART**

| Task | J. David Hadden | Todd Gregorian | Michael Baratz | Stephen B. Kinnaird | Matthew Becker | Chris Lavin | Deena Feit | Emma Marshak | Chieh Tung |
|---|---|---|---|---|---|---|---|---|---|
| (Billing Rate) | $905.95 | $649.27 | $955.00 | $1,500.00 | $743.00 | $743.00 | $714.00 | $745.00 | $406.85 |
| Federal Appeals (Fees) | 3.3 | 124.5 | - | - | - | 75.9 | 138.6 | - | 35.5 |
| Federal Appeals (Other) | 28.1 | 154.9 | - | 121.5 | 8.7 | 86.7 | 165.4 | - | 11.5 |
| Post-Judgment Enforcement | 2.3 | 278.1 | - | - | - | 921 | - | - | 100.9 |
| State Court Judgment Enforcement | 1.2 | 204.1 | 110.2 | - | 80.9 | 541.6 | - | 194.9 | 12 |
| Case Management | 5 | 8.7 | - | - | - | 133.1 | 1 | - | 1.5 |
| **TOTAL HOURS** | 39.9 | 770.3 | 110.2 | 121.5 | 89.6 | 1,758.3 | 305 | 194.9 | 161.4 |

1

*In re: PersonalWeb Techs., LLC* (Case No. 18-md-02834-BLF (*consol.*))   Attorneys' Fees Chart (Per Standing Order, § VII)

### ATTORNEYS' FEES CHART (CONT.)

| Task | Wenbo Zhang | Alyssa Crooke | Su Li | Adrian Rios | Tor O. Tarantola | Michelle Waziri | Robert Winant | Lawrence Gallwas |
|---|---|---|---|---|---|---|---|---|
| (Billing Rate) | $623.00 | $419.00 | $419.00 | $419.00 | $725.00 | $324.00 | $342.16 | $344.74 |
| Federal Appeals (Fees) | - | 41.9 | - | - | - | - | 44.2 | 18 |
| Federal Appeals (Other) | - | 98.1 | - | - | 37.7 | - | 122.9 | 1.3 |
| Post-Judgment Enforcement | 48.8 | 177.3 | - | 26.2 | - | 261.3 | 100.1 | 63.4 |
| State Court Judgment Enforcement | 6.8 | 4 | 62 | 81.2 | - | - | 27.7 | 45.8 |
| Case Management | 10.9 | 8.3 | - | 1.2 | - | - | 4.6 | 0.6 |
| **TOTAL HOURS** | 66.5 | 329.6 | 62 | 108.6 | 37.7 | 261.3 | 299.5 | 129.1 |