J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
MELANIE L. MAYER (*admitted pro hac vice*)
mmayer@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
CHRISTOPHER S. LAVIN (CSB No. 301702)
clavin@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     (650) 988.8500
Facsimile:     (650) 938.5200

Counsel for AMAZON.COM, INC.,
AMAZON WEB SERVICES INC., and
TWITCH INTERACTIVE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: PERSONALWEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION, | Case No. 5:18-md-02834-BLF |
| | Case No. 5:18-cv-00767-BLF |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC., | Case No. 5:18-cv-05619-BLF |
| Plaintiffs, <br> v. <br> PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, <br> Defendants. | **NOTICE OF REVISED FEES AND COSTS CHART FOR FURTHER SUPPLEMENTAL FEES REQUEST OF AMAZON.COM, INC., AMAZON WEB SERVICES, INC., AND TWITCH INTERACTIVE, INC.  PURSUANT TO COURT ORDER** |
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, <br> Plaintiffs, <br> v. <br> TWITCH INTERACTIVE, INC., <br> Defendant. | |

Pursuant to Court Order issued during the hearing held on November 16, 2023 regarding Amazon.com, Inc., Amazon Web Services, Inc., and Twitch Interactive, Inc.'s (collectively, "Amazon") request for further supplemental fees (Dkt. 880), Amazon submits as **Exhibit A** hereto a revised fees and costs chart reflecting the categories and amounts of the current fees and costs that it requests. (Dkt. 913 (Hearing Tr. (11/16/23)) at 7:17-23, 8:18-9:3, 27:15-16.)

Dated: November 28, 2023

FENWICK & WEST LLP

By: /s/ Todd R. Gregorian
    Todd R. Gregorian

Attorney for AMAZON.COM, INC., AMAZON WEB SERVICES, INC., and TWITCH INTERACTIVE, INC.

# EXHIBIT A

*In re: PersonalWeb Techs., LLC* (Case No. 18-md-02834-BLF (*consol.*))  Total Fees and Costs Chart

**REVISED FEES AND COSTS CHART**

| Attorney's Fees (March 2021-March 2023) | |
|---|---|
| **Category** | **Total Amount Requested** |
| Federal Appeal re Noninfringement/ Claim Construction | $110,173.37[1] |
| Federal Appeal re Kessler | $499,017.28[2] |
| Fees on Fees | $344,990.62[3] |
| District Court | $1,164,436.67 |
| State Court Receivership Proceeding | $619,053.23[4] |

---

[1] Includes Amazon's renewed request for the $106,291.43 that the Court denied without prejudice to renewal after Amazon succeeded in this appeal, as well as an additional $3,881.94 previously categorized as "Federal Appeals."

[2] Previously categorized as "Federal Appeals."

[3] Includes $292,505.92 from Amazon's request for supplemental "fees on fees" (Dkts. 873, 880, 898) plus $52,484.70 previously categorized as "Federal Appeals."

[4] Includes fees incurred in the state court receivership proceeding, excluding the anti-SLAPP fees that Amazon voluntarily deducted. (*See* Dkt. 903.1 at 1.) This total also excludes fees incurred in the alter ego action filed by PersonalWeb's principals, *see id.*, but includes $57,487.80 originally inadvertently categorized as appellate fees (*e.g.*, fees incurred in the state court appeal of the intervention issue).

*In re: PersonalWeb Techs., LLC* (Case No. 18-md-02834-BLF (*consol.*))   Total Fees and Costs Chart

| Case Management | $122,947.95 |
| Steptoe Discount Feb 2023 | -$4,048.50 |
| **Total Fees Requested** | **$2,856,570.62** |
| **Costs (March 2021-March 2023)** ||
| **Total Costs Requested** | **$193,299.37**[5] |
| **Grand Total** | **$3,049,869.99** |

---

[5] Amazon also revised the costs requested down by $306.32 from $193,605.69 to $193,299.37 in connection with a settlement of its Superior Court's anti-SLAPP fee award against PersonalWeb's principals. (*See* Dkt. 903.1 at 1.)